PLAINTIFF'S
EXHIBIT

5

Page 1

CAUSE NO. DC-19-09828

| | |
|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), | IN THE DISTRICT COURT OF |
| Plaintiff, | |
| V. | DALLAS COUNTY, TEXAS |
| ACET GLOBAL, LLC; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK MANAGEMENT, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; and WINDSPEED TRADING, LLC, | |
| Defendants. | 116TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REMOTE ORAL DEPOSITION OF

ZHEXIAN "JANE" LIN

MARCH 26, 2021

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REMOTE ORAL DEPOSITION of ZHEXIAN "JANE" LIN, produced as a witness at the instance of the Defendants, and duly sworn, was taken in the above-styled and numbered cause on March 26, 2021, from 9:43 a.m. to 12:57 p.m., before Mendy A. Schneider, CSR, RPR, in and for the State of Texas, recorded by machine shorthand, remotely at the offices of MENDY SCHNEIDER, LLC, The Woodlands, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto; that the deposition shall be read and signed.

Zhexian Jane Lin  *  March 26, 2021

## Page 2

REMOTE APPEARANCES

FOR THE PLAINTIFF:

MR. JASON B. FREEMAN
MR. ZACHARY MONTGOMERY
FREEMAN LAW
7011 Main Street
Frisco, Texas 75035
(214) 984-3410
jason@freemanlaw.com

FOR THE DEFENDANT WINDSPEED TRADING, LLC:

MS. BRENDA HARD-WILSON
MR. TIM WOODS
HIGIER ALLEN & LAUTIN
2711 North Haskell Ave
Dallas, Texas 75204
(972) 371-2481
bhard-wilson@higierallen.com

FOR THE DEFENDANTS ACET GLOBAL, LLC; BAYMARK ACET
HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK
MANAGEMENT, LLC; BAYMARK PARTNERS; DAVID HOOK; and
TONY LUDLOW:

MR. EDWARD P. PERRIN, Jr.
HALLETT & PERRIN
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
(214) 922-4132
eperrin@hallettperrin.com

ALSO PRESENT:

MR. TOMER DAMTI
MR. RAY AGUIRRE, Worldwide IT Tech

## Page 3

EXAMINATION INDEX
WITNESS:  ZHEXIAN "JANE" LIN
EXAMINATION                        PAGE
    BY MR. FREEMAN                     4

SIGNATURE REQUESTED                131

REPORTER'S CERTIFICATION           134

EXHIBIT INDEX
                                   PAGE

LIN EXHIBIT NO. 2                   80
    Zulily Purchase Order

LIN EXHIBIT NO. 3                   84
    DHL Invoice 21275737
LIN EXHIBIT NO. 8                   90
    Authorize.net Request for New Account
    Holder
LIN EXHIBIT NO. 9                   94
    RDC-Merchant Promotion Agreement

LIN EXHIBIT NO. 10                  99
    Memo Closing Bank Accounts
LIN EXHIBIT NO. 11                 103
    Toshiba Scanner E-mail

LIN EXHIBIT NO. 12                 105
    Zulily Vendor Profile & Banking Change
    Form

LIN EXHIBIT NO. 13                 107
    E-mail with CPAs
LIN EXHIBIT NO. 14                 118
    Notice of Disposition

LIN EXHIBIT NO. 15                 123
    2019 Baymark ACET Holdco TB & AJES
LIN EXHIBIT NO. 16                 124
    Amended and Restated Business Loan &
    Security Agreement

## Page 4

ZHEXIAN "JANE" LIN,
having been first duly sworn, testified as follows:
            E X A M I N A T I O N
BY MR. FREEMAN:
    Q.  Thank you.
        Good -- good morning, Ms. Lin.
    A.  Good morning.
    Q.  Could you please state your full name for the
record?
    A.  Yeah.  My full name, my official full name is
called Zhexian Lin, so -- uh-huh.  Jane is -- Jane is
my English name I use in the -- in the company, mm-hm.
    Q.  Do you have a preference of what you would
like me to -- to call you?
    A.  You can call me Jane or just -- you can call
me Jane.
    Q.  Okay.  Jane, my name is Jason Freeman.  I --
I represent D&T Partners, LLC, which is technically
the successor in interest to ACET Venture Partners,
LLC.
        Do you understand that you're here today
in connection with a lawsuit between D&T Partners and
ACET Global, LLC, Baymark ACET Holdco, LLC, Baymark
ACET Direct Invest, LLC, Baymark Management, LLC,
Baymark Partners, David Hook, Tony Ludlow and

## Page 5

Windspeed Trading, LLC?
        Do you understand that?
    A.  You mentioned too many names.
    Q.  It's a lot of them.
        Do you understand you're -- you're here
in connection with a lawsuit?
    A.  Right.  And --
    Q.  Okay.
    A.  Yeah.  Mm-hm.
    Q.  Jane, have you ever given a deposition
before?
    A.  No.
    Q.  Do you understand that you're under oath
today?
    A.  Mm-hm.
    Q.  And that basically means you just have to
tell the truth?
    A.  Mm-hm.  Yes.
    Q.  Okay.  So this will be relatively painless,
and -- and I think we'll move pretty quickly.  I'll
just give you some of the ground rules.
        Whenever I ask a question, if you will,
just to help keep a clear record, if you'll let me
complete before you answer, that will help the court
reporter.

2 (Pages 2 to 5)

Zhexian Jane Lin   *   March 26, 2021

## Page 6

1        This one is timely now:  Whenever you
2    give an answer, if you will, give a verbal response
3    and not -- not nodding, because it's hard for them
4    to --
5        A.  Okay.
6        Q.  Yeah.
7            If I ask a question you don't understand
8    or it's not clear, please just let me know and I'll
9    clarify it.
10       A.  Okay.
11       Q.  And would it be fair to say, if -- if you
12   don't tell me you don't understand a question, can I
13   assume you understand it?
14       A.  If I don't understand, I will ask.
15       Q.  Okay.  And then, if you need to take a break
16   at any point -- need to use the restroom or
17   anything -- if you will, just let me know.  That's no
18   problem at all.
19           I -- I may just ask that you answer
20   whatever question I've asked before a break.
21       A.  Mm-hm.  Okay.
22       Q.  Did you do anything to prepare for this
23   deposition?
24       A.  Not really.
25       Q.  And when you say, "Not really," was there

## Page 7

1    anything at all or...?
2        A.  No, I -- I just tell the truth.
3        Q.  Okay.
4        A.  Whatever I remember.
5        Q.  Okay.  Did you discuss the deposition with
6    anyone?
7        A.  Actually, my boss told me we're going to have
8    a deposition and, yes, he talked to me, like,
9    "Okay" -- because, this is my first time, so he talked
10   to me about the deposition, yes.
11       Q.  Okay.  And who is your boss?
12       A.  William Szeto.
13       Q.  Szeto?  Mr. Szeto?
14       A.  Yes.
15       Q.  What did he tell you specifically about the
16   deposition?
17       A.  He just told me, "Okay, just tell the truth,
18   don't tell a story.  Don't make up a story, just tell
19   the truth."
20       Q.  And what did he mean by, "Don't make up a
21   story"?
22       A.  Just -- just tell the truth, whatever really
23   happened before, you know?
24       Q.  Okay.  Did he tell you anything about
25   remembering or forgetting anything?

## Page 8

1        A.  Just -- just whatever I remembered.
2        Q.  So -- so Mr. Szeto told you just to testify
3    about what you remembered?
4        A.  Tell the truth.
5        Q.  Okay.  Did he talk about any specific things
6    that would come up in the deposition?
7        A.  No.  He just -- he just told me, "Okay,
8    probably they will ask you about any financials," like
9    those.
10       Q.  Okay.
11       A.  But he didn't bring up to the details.
12       Q.  And he didn't say what to say about those?
13       A.  No.
14       Q.  Nothing?
15       A.  Mm-hm.  I just tell the truth.
16       Q.  Okay.  Did you meet with anyone else to
17   prepare for it?
18       A.  Actually, we had a conference call and
19   discussed with -- my boss just showed us, like, "Okay,
20   this is" -- "if this is your first time for a
21   deposition, you need to" -- like, some behavior
22   questions like "You have to wait until the lawyer
23   finish the question," like that.
24           He just tell us, "Okay, what do you need
25   to do in a deposition?  Just listen carefully and

## Page 9

1    answer, and tell the truth."
2        Q.  Okay.  Was there anybody else you discussed
3    it with besides Mr. Szeto?
4        A.  My coworkers.
5            MS. HARD-WILSON:  Objection --
6        Q.  (BY MR. FREEMAN)  Your coworkers?
7            MS. HARD-WILSON:  Objection; form.
8        A.  Mm-hm.
9            MR. FREEMAN:  Could you state the --
10       A.  It was a meeting at the company.
11           MR. FREEMAN:  Could you state the basis
12   for that objection?
13           MS. HARD-WILSON:  That it might call for
14   attorney-client privileged information.
15       Q.  (BY MR. FREEMAN)  Jane, one thing I'll be
16   clear of:  I don't want you to tell me anything you
17   discussed directly with your lawyer.
18           And so, if you're about to -- if you
19   feel like you're about to start talking about what you
20   might have said with your lawyer at any point, give an
21   opportunity for Ms. Wilson to object or to assert a
22   privilege.
23           MR. FREEMAN:  So, just to be clear, that
24   was not an "Objection; form" but an assertion of
25   privilege?

3 (Pages 6 to 9)

Zhexian Jane Lin  *  March 26, 2021

## Page 10

1    MS. HARD-WILSON:  Well, depending on
2  the -- the direction the question was going.
3    MR. FREEMAN:  Okay.
4    Q.  (BY MR. FREEMAN)  So, Jane, who -- who else
5  did you talk to?  You mentioned some coworkers.
6    THE WITNESS:  Should I answer this
7  question?
8    MS. HARD-WILSON:  If -- if it relates to
9  conversations with attorneys, then do not answer.
10    THE WITNESS:  Do not answer?  Okay.
11    Q.  (BY MR. FREEMAN)  Jane, I think you can answer
12  the question as to who else did you talk with about
13  this; and you can -- you can and are required to tell
14  me if you talked with an attorney.
15    MR. PERRIN:  Objection to sidebar and
16  instruction to the witness.
17    THE WITNESS:  Who said -- okay.
18    Q.  (BY MR. FREEMAN)  Jane, who else did you
19  discuss this deposition with?
20    A.  I have to ask Brenda, like, if I can answer
21  this -- if I should answer this question or...
22    MS. HARD-WILSON:  Yes.  You can answer
23  who you spoke with but not what we discussed.
24    THE WITNESS:  Okay.
25    A.  Yes.  We had a meeting, and my boss just gave

## Page 11

1  us some instructions on how we behave in the
2  deposition; so just like a conference call in the
3  company, with -- with the coworkers.
4    Q.  (BY MR. FREEMAN)  Okay.  What coworkers were
5  on that --
6    A.  Dana and Sai, because they will have a
7  deposition, too.
8    Q.  Okay.
9    A.  We have the same instructions from our boss.
10    Q.  Okay.  Did you speak with anyone else?
11    A.  I just -- I just gave -- I just got
12  instructions from my boss and -- you know.
13    Q.  Didn't speak with anyone else about it?
14    A.  I think -- I think -- I think I speak to our
15  company lawyer.  Our company lawyer Alex.
16    It's Windspeed.  I -- he -- he is a
17  Windspeed Trading lawyer, and he gave us same
18  instructions.
19    Q.  And I don't need you to tell me what he --
20  what he said, just whether or not you spoke with him.
21    A.  Yes.
22    Q.  Okay.  Okay.  Thank you, Jane.
23    Are you currently an employee of
24  Windspeed Trading, LLC?
25    A.  Yes.

## Page 12

1    Q.  And what's your current position at
2  Windspeed?
3    A.  I work as accountant.
4    Q.  How long have you been in that position?
5    A.  I started work in this company -- actually, I
6  got hired in March 2018.
7    Q.  Okay.  And is that when you began working for
8  Windspeed?
9    A.  I think it was ACET Global at that time.
10    Q.  Okay.  Let's stick with your position at
11  Windspeed currently.
12    What are your responsibilities in this
13  position?
14    A.  Doing any financials and invoicings, pay
15  bills, payrolls.  Mm-hm.  Accounting related.
16    Q.  Okay.  Do you deal with the bank accounts?
17    A.  Yes.
18    Q.  Do you review those, reconcile those?
19    A.  Yes.
20    Q.  Okay.  And do you prepare the accounting?  Do
21  you maintain the accounting records?
22    A.  Yes.
23    Q.  Do you prepare the financial statements?
24    A.  Yes.
25    Q.  Who do you provide those to?

## Page 13

1    A.  My boss.
2    Q.  Mr. Szeto?
3    A.  Mm-hm.
4    Q.  Anyone else?
5    A.  I provide to him.
6    Q.  Okay.  Do you help with the taxes?
7    A.  Yes.
8    Q.  And what do you do, helping with the taxes?
9    A.  Okay.  We pay taxes, make a payment.
10    Q.  Okay.  Do you help calculate them?
11    A.  No.
12    Q.  Do you -- do you scan documents?
13    A.  Yes.
14    Q.  Is there a particular scanner that you use?
15    A.  I used to use the one in our office.
16    Q.  Which one is that?
17    A.  The printer in the office.
18    MR. PERRIN:  Objection; form.
19    Q.  (BY MR. FREEMAN)  I'm sorry?
20    A.  The printer in my office.
21    Q.  The printer in your office?
22    A.  Mm-hm.
23    Q.  Is that the Toshiba printer-scanner?
24    A.  We used to have that one.
25    Q.  When did you stop having that one?

4 (Pages 10 to 13)

Zhexian Jane Lin   *   March 26, 2021

## Page 14

1    A.  I don't remember a specific date.
2    Q.  What's a ballpark date?  Are you talking --
3  are you talking about a year ago that you stopped
4  having it?
5          MS. HARD-WILSON:  Objection; form.
6    A.  Actually, I really do not remember.  At least
7  one year ago.
8    Q.  (BY MR. FREEMAN)  That you got rid of it?
9          MR. PERRIN:  Objection; form.
10          MR. FREEMAN:  Can you state the basis
11  for your objection, Mr. Perrin?
12          MR. PERRIN:  Yeah.  Lack of foundation,
13  mischaracterizes testimony.
14          MR. FREEMAN:  It's not a proper
15  objection.
16          MR. PERRIN:  Yeah, it is.
17          MR. FREEMAN:  So let's please -- let's
18  please stop trying to coach the witness.
19          MR. PERRIN:  I'll make my objections.
20          And I made them on the record.  You
21  asked for the explanation.  I gave it to you.
22          MR. FREEMAN:  Correct.  And I'm entitled
23  to ask for it, but that's not a proper objection.
24    A.  Okay.  May I ask?  "Objection; form" means
25  should I answer, right?  Or I shouldn't?  Should I not

## Page 15

1  answer "Objection; form"?
2    Q.  (BY MR. FREEMAN)  You can still answer.
3    A.  Okay.
4    Q.  Jane, why did you get -- why did the company
5  get rid of the scanner?
6          MR. PERRIN:  Objection; form.
7          MS. HARD-WILSON:  Objection; form.
8    A.  It was broken.
9          THE WITNESS:  Did you say "Objection;
10  form"?
11          MS. HARD-WILSON:  Yes.
12    A.  That one was broken.
13    Q.  (BY MR. FREEMAN)  How was it broken?
14    A.  Just -- just -- just doesn't -- just didn't
15  work.
16    Q.  Okay.  Who made the decision to get rid of
17  it?
18    A.  I -- I called my boss.
19    Q.  So you made the decision to get rid of the
20  scanner?
21    A.  No.  My boss.
22          MS. HARD-WILSON:  Objection; form.
23    Q.  (BY MR. FREEMAN)  Jane, will you tell me,
24  did -- did the company have a Toshiba scanner
25  previously?

## Page 16

1    A.  It was not a scanner; it -- it was a printer.
2  It was -- you can -- you still can use that for
3  scanning.
4    Q.  So the Toshiba printer, did it allow for
5  scanning?
6    A.  Right.
7    Q.  Okay.  And did the company make a decision to
8  get rid of that printer that scanned?
9          MS. HARD-WILSON:  Objection; form.
10    A.  Yes.
11    Q.  (BY MR. FREEMAN)  Was that decision made by
12  you?
13    A.  No.
14          MS. HARD-WILSON:  Objection; form.
15          MR. FREEMAN:  Can you state the basis
16  for your objection?
17          MS. HARD-WILSON:  Asked and answered.
18  You already asked that question.
19          MR. FREEMAN:  These are not proper
20  objections for a deposition.  Let's please stop trying
21  to coach the witness.
22          MR. PERRIN:  Jason, those are very
23  proper, and you -- they -- those are bases for the
24  form objection under the Texas Rules.  Read them.
25  That's correct.

## Page 17

1          And -- and you can go ahead and say it
2  all you want to, but we're going to make the proper
3  objections in form; and if you ask us, we'll tell you
4  what it was.
5    Q.  (BY MR. FREEMAN)  Jane, who made the decision
6  to get rid of the Toshiba printer?
7          MS. HARD-WILSON:  Objection; form.
8    A.  My boss.
9    Q.  (BY MR. FREEMAN)  And who was your boss?
10    A.  William Szeto.
11    Q.  Who do you report to in your -- your current
12  position?
13    A.  My boss.
14    Q.  Mr. Szeto?
15    A.  Yes.
16    Q.  Is there anyone else?
17          THE WITNESS:  Should I answer?
18          MS. HARD-WILSON:  Yes.
19    A.  No, just my boss.
20    Q.  (BY MR. FREEMAN)  Jane, who signs your
21  paycheck?
22    A.  My boss.
23    Q.  Mr. Szeto?
24    A.  Yes.
25    Q.  Is it fair that when you -- for me to

Usher Reporting Services
(214) 755-1612

Zhexian Jane Lin  *  March 26, 2021

## Page 18

1  understand, whenever you refer to "my boss," you're
2  referring to Mr. Szeto every time?
3      A.  Yes.  Mr. Szeto is my boss.
4      Q.  Who is the owner of Windspeed?
5      A.  William Szeto.
6      Q.  How long has he been the owner of Windspeed?
7      A.  Since it was established.
8      Q.  Are there any owners of -- other owners of
9  Windspeed?
10      A.  No.
11      Q.  Have you had any other positions with
12  Windspeed?
13      A.  Can you say that again, please?
14      Q.  Have you had any other positions with
15  Windspeed?
16      A.  I am only doing accounting here.
17      Q.  Okay.  Who else has worked at Windspeed?
18      A.  Who -- can -- so you're asking me who else?
19      Q.  Yes, ma'am.
20      A.  Is my coworker?
21      Q.  Yes.
22      A.  Sai Montana [phonetic], Dana and Paula.  And
23  there was an employee called Vanessa, but he -- but
24  she just left.
25      Q.  Vanessa just left.

## Page 19

1          Anybody else?
2      A.  For Windspeed?
3      Q.  Yes, ma'am.
4      A.  No.
5      Q.  Okay.  Who were the managers at Windspeed?
6      A.  Wind -- no, we don't -- I don't know.
7      Q.  Don't have any other managers?
8      A.  No.
9      Q.  Okay.  Have you held any positions with any
10  of the following entities?
11          ACET Venture Partners?
12      A.  No.
13      Q.  D&T --
14      A.  So you're asking me, have I ever worked for
15  them?
16      Q.  Yes, ma'am.
17      A.  No.
18      Q.  D&T Partners?
19      A.  No.
20      Q.  Baymark ACET Holdco?
21      A.  No.
22      Q.  Baymark ACET Direct Invest?
23      A.  No.
24      Q.  Baymark Management?
25      A.  No.

## Page 20

1      Q.  Baymark Partners?
2      A.  No.
3      Q.  ACET Global?
4      A.  Yes.
5      Q.  Are you currently an employee of ACET Global?
6      A.  Currently, no.
7      Q.  When did you start working for ACET Global?
8      A.  March 2018.
9      Q.  And when did you stop working for ACET
10  Global?
11      A.  I think, September 2018.
12      Q.  Okay.  And, Jane, do you have any notes there
13  with you?
14      A.  No.  I don't have any notes, no.
15      Q.  And what was that piece of paper you just
16  moved?
17      A.  Just -- I don't look at those, just notes on
18  behavioral questions.
19      Q.  Some what?
20      A.  I -- no, I don't look at those, any
21  documents.  Nothing here.
22      Q.  Okay.  Can you show us the piece of paper you
23  just moved?  You just picked up a piece of paper.
24      A.  Was some trash papers, just drawings,
25  because -- because I thought I'm going to probably

## Page 21

1  make notes.  I just put in front of me.
2      Q.  Thank you, Jane.
3          What was your position at ACET Global?
4      A.  Accounting.
5      Q.  What did you do in that position?
6      A.  Invoicings, pay bills and payrolls and
7  financials.
8      Q.  Okay.  Was it similar to what you do at
9  Windspeed?
10      A.  Yes.
11      Q.  Same -- same responsibilities and activities?
12      A.  Yes.
13      Q.  Is that the only position you held while at
14  ACET Global?
15      A.  Yes.
16      Q.  Who did you report to in that position?
17      A.  William Szeto.
18      Q.  Mr. Szeto was your boss?
19      A.  Yes.
20      Q.  At all times that --
21      A.  Yes.
22      Q.  -- you worked for ACET?
23      A.  Yes.
24      Q.  Who was the owner of ACET Global?
25      A.  Owner?  I do -- I do not know.

6 (Pages 18 to 21)

Zhexian Jane Lin   *   March 26, 2021

Page 22

1      Q.  Okay.  Was it Mr. Szeto?
2      A.  I do not know.
3      Q.  What was your work history and background
4  prior to ACET Global?
5      A.  I -- okay.  I worked for a real estate
6  company and I worked as an accountant as well.
7      Q.  Did you have an educational background in
8  accounting?
9      A.  Yes.
10     Q.  What happened to ACET Global?
11         MR. PERRIN:  Objection; form.
12         MS. HARD-WILSON:  Objection; form.
13     A.  What -- what do you mean by, "What happened"?
14     Q.  (BY MR. FREEMAN)  Why did you stop working
15  there?
16     A.  It was -- the company was closed.
17     Q.  Why was it closed?
18         MS. HARD-WILSON:  Objection; form.
19     A.  I do not know.
20     Q.  (BY MR. FREEMAN)  Did anyone tell you why it
21  was closed?
22     A.  It was September.  But I do not know the
23  reason.
24     Q.  September when?
25     A.  September when?  I think I -- I have to

Page 23

1  check, but -- I have to check.  Some -- sometime in
2  September, I remember.
3      Q.  Okay.  You sure it wasn't October?
4      A.  I think, September.
5          MS. HARD-WILSON:  Objection; form.
6      A.  I think -- I think it was September.
7      Q.  (BY MR. FREEMAN)  Okay.
8      A.  End of September, something.
9      Q.  Okay.  And no one told you why it was closed?
10     A.  No.
11     Q.  Were you told in advance of it closing?
12     A.  I'm sorry?
13     Q.  Did anyone give you a heads up that it was
14  going to be closing?
15     A.  No.
16     Q.  Just found out one day that it was closing?
17     A.  I -- actually, I do -- I do not remember.
18  But I really -- I just don't remember.
19     Q.  Okay.  And who told you it was closing?
20     A.  No, I really do not remember, but it was just
21  closed.
22         And they founded Windspeed and I got
23  rehired.
24     Q.  Okay.  Did you have any days off between
25  that?

Page 24

1      A.  Days off?  I really do not remember when,
2  what exact day, ACET Global was closed.
3          I think Windspeed was established end of
4  September as well, so I cannot recall if there were
5  some days between.
6      Q.  Did you start going to a new place of work?
7      A.  I do not remember exact date, but, yes.  We
8  moved out -- we moved to a new building --
9      Q.  You moved to --
10     A.  -- for Windspeed.
11     Q.  -- a new building?
12     A.  Yes.
13     Q.  (BY MR. FREEMAN)  Did you get a new computer?
14     A.  No, I -- a new computer?  Yes, I got a new
15  computer, but I do not remember when.
16         But -- but my boss bought me a new
17  computer, yes.
18     Q.  Did -- when you switched from ACET Global to
19  Windspeed, did you ever continue using your same
20  computer?
21     A.  I really -- I really do not remember when my
22  boss gave me this new computer, but I really got a new
23  computer.  He bought me this one from Costco.
24     Q.  Okay.  But you don't know when?
25     A.  I do not remember which month.

Page 25

1      Q.  Did you start using a new e-mail address?
2      A.  Yes.
3      Q.  And you didn't use the old e-mail address any
4  after that?
5      A.  No.
6      Q.  Okay.  Your desk, was it different?  Did he
7  get you a new desk as well?
8      A.  Desk?  I used old one.
9      Q.  You used the old -- so you used the same desk
10  at Windspeed that you had used at ACET Global?
11     A.  Yes.
12     Q.  Okay.  What else did you use that was the
13  same?
14     A.  Cabinet.
15     Q.  Okay.  What else?
16     A.  No.
17     Q.  "No"?  I'm sorry.
18     A.  Can -- can you give me example?  I don't
19  know.
20         I think, just desk and cabinet.
21     Q.  Okay.  What about your phone?
22     A.  That's my personal phone.
23     Q.  You didn't have a phone in your office?
24     A.  Not for Windspeed, no.
25     Q.  So only your computer.

7 (Pages 22 to 25)

Zhexian Jane Lin  *  March 26, 2021

Page 26

1          That -- that's your sworn testimony,
2    only your computer and your desk were the same?
3          A.  I do not remember the computer.  The desk and
4    cabinet were the same.
5          Q.  I'm going to ask you about a few people.
6    I -- I'd like to ask you some -- some questions on
7    them.
8              First, Tomer Damti.  Who is Tomer Damti?
9          A.  I never met him.
10         Q.  Do you know anything about his -- what his
11   role was?
12         A.  He was the boss of ACET Global.
13         Q.  Did you have -- ever have any meetings
14   discussing him?
15         A.  No.  I never -- I never met him.
16         Q.  Did you ever discuss him with your boss?
17         A.  No.
18         Q.  Never?
19         A.  No.  Because, when I started to work for ACET
20   Global, he left.
21         Q.  Okay.
22         A.  Mm-hm.  He left already.
23         Q.  So it's your testimony you never discussed
24   Mr. Damti with anyone at -- at Windspeed?
25         A.  They mentioned he was the boss for ACET

Page 27

1    Global.
2          Q.  What else did they say about him?
3          A.  He left.
4          Q.  Did they say why?
5          A.  No.
6          Q.  I'm going to ask you about Mr. Szeto.
7              When did -- when did you first meet
8    Mr. Szeto?
9          A.  March 2018.
10         Q.  And he's the boss of Windspeed; is that
11   correct?
12         A.  Windspeed?  You're asking Windspeed Trading,
13   right?  Yes.
14         Q.  Yes, ma'am.
15         A.  He's the CEO of Windspeed.
16         Q.  Okay.  Have you talked to him about what his
17   role was at ACET Global?
18             MS. HARD-WILSON:  Objection; form.
19         A.  He was my boss when I worked for ACET Global.
20         Q.  (BY MR. FREEMAN)  Okay.  And my question is
21   specifically, have you talked with him in the last --
22   in recent -- in the last month --
23         A.  No.
24         Q.  -- about what his role at ACET was?
25         A.  No.

Page 28

1          Q.  Okay.  What was his -- what was his role at
2    ACET Global?
3              MS. HARD-WILSON:  Objection; form.
4          A.  He was my boss.  Like, I reported to him.
5          Q.  (BY MR. FREEMAN)  Is it the same position that
6    he has now for Windspeed?
7          A.  Okay.  I do not know "the same position"
8    mean; but, for me, I reported to him.  He is my boss.
9          Q.  Did everyone report to him?
10         A.  Like, Sai's report, a sales report, to him.
11             I reported accounting-related forms to
12   him.
13         Q.  Okay.
14         A.  Everybody reported to him, yes.
15         Q.  Was he the highest-level person at ACET
16   Global?
17             MS. HARD-WILSON:  Objection; form.
18         A.  Well, ACET Global, I do not know; but, for
19   Windspeed, yes.
20         Q.  (BY MR. FREEMAN)  Okay.  I want to ask you
21   about an individual named Matt Denegre.
22             Do -- do you know who Matt a Denegre is?
23         A.  Yes, I know him.
24         Q.  Who is he?
25         A.  He is an employee from Baymark.

Page 29

1          Q.  Is he an employee of Windspeed?
2          A.  No.
3          Q.  He works for Baymark?
4          A.  I think so --
5              MR. PERRIN:  Objection; form.
6          A.  -- yeah.
7          Q.  (BY MR. FREEMAN)  Do you know specifically who
8    he works for?
9          A.  No.  I -- no.  But I met him in my office.
10         Q.  Okay.  Was he at your office very often?
11         A.  No.
12         Q.  Okay.  What did he do at your office?
13         A.  I do not remember.  But he just came and said
14   hi, and I met -- I met him.
15             He -- he came to my office and talked to
16   us.
17         Q.  What did he talk to you about?
18         A.  Just say hi; not...
19         Q.  Did he talk to you about accounting?
20         A.  No.
21         Q.  Did he talk to you about reports?
22         A.  No.
23         Q.  Did he talk to you about how the company was
24   doing?
25         A.  No.

Usher Reporting Services
(214) 755-1612

Zhexian Jane Lin  *  March 26, 2021

---

Page 30

1    Q.  Did he ever attend any company meetings?
2    A.  No.  Our company meetings, no.
3    Q.  Okay.  Were there other company meetings he
4    attended?
5    A.  What do you mean by "other company meetings"?
6    Q.  Well, I wasn't sure what you meant by "our
7    company meetings."
8        Were there other meetings you knew he
9    attended?
10       THE WITNESS:  I don't understand this
11   question, Brenda.
12   Q.  (BY MR. FREEMAN)  That's -- that's okay, Jane.
13   We'll -- we'll move on.
14   A.  Okay.
15   Q.  I'm not sure I understand it, either.
16       Let me ask you about David Hook.
17       Do you know who David Hook is?
18   A.  I actually -- or, I'm not familiar with him.
19   Q.  Okay.
20   A.  I never talked to him.
21   Q.  Do you have any idea who he is or...?
22   A.  This --
23       MS. HARD-WILSON:  Objection; form.
24   A.  This name sound familiar to me, but I --
25   I'm -- I don't know this person.

---

Page 31

1    Q.  (BY MR. FREEMAN)  Okay.  What about Tony
2    Ludlow or Anthony Ludlow?
3    A.  No.
4    Q.  No?
5    A.  Anthony sounds familiar to me, but I -- I
6    never met him and I don't know about him.
7    Q.  Okay.
8    A.  I only met Matt.
9    Q.  Okay.  What about a gentleman named Marc
10   Cole?
11   A.  No, I don't know him.
12   Q.  Steven Bellah?
13   A.  No.
14   Q.  Are you familiar with a company called
15   Super G Capital?
16   A.  Yes.  Not familiar, but I know this.
17   Q.  Okay.  Who is Super G Capital?
18   A.  No, I don't know that -- I don't know that
19   too much.
20   Q.  What do you know about Super G Capital?
21   A.  We route them money.  That's my job.
22   Q.  Brought them money?
23   A.  I do wire transfer.  I transfer money to
24   Super G.
25   Q.  When would you transfer money to Super G?

---

Page 32

1    A.  When?
2    Q.  Yes, ma'am.
3    A.  We wire them $400 every month if we have
4    money in the bank.
5    Q.  $400?
6    A.  Yes.
7    Q.  Or 4 -- 400,000?
8    A.  No.  $400.  Just 400.
9    Q.  From Windspeed?
10   A.  Mm-hm.
11   Q.  What is that $400 for?
12   A.  I do not know.
13   Q.  Do -- do you currently wire that money to
14   Windspeed [verbatim]?
15       MS. HARD-WILSON:  Objection; form.
16   A.  You mean recently?  No.
17   Q.  (BY MR. FREEMAN)  When's the last time you
18   wired money to Super G?
19   A.  Two months -- three months ago.
20   Q.  How much was it?
21   A.  Four hundred.
22   Q.  And --
23   A.  If -- no.  I think -- I think -- I do not
24   remember, but it -- it -- it should be 400.
25   Q.  You don't know what it was for?

---

Page 33

1    A.  No.  I just do whatever Bill told me.
2    Q.  Are you familiar with ACET Global's business,
3    with what it was?
4    A.  Yeah.  I worked for them for a few months.
5    Q.  What type of business was it?
6    A.  It was e-commerce.
7    Q.  Okay.  And what does that mean?
8    A.  Like, we -- we buy inventories and we sell
9    inventories.
10   Q.  And what kind of inventories?
11   A.  Products.
12   Q.  Certain kinds of products?
13   A.  Certain kind?  No, just various.
14   Q.  Various?
15   A.  Yes.
16   Q.  Were they standard products?  Were they
17   unique products?
18   A.  What does "standard products" mean?
19   Q.  I'm just trying to understand what -- what
20   exactly it was your -- your products were.
21   A.  Just different kinds.
22   Q.  Okay.  What -- what different kinds?  Can you
23   give me examples?
24   A.  Yes.  Like -- you mean under ACET Global?
25   Q.  Yes, ma'am.

---

Zhexian Jane Lin  *  March 26, 2021

## Page 34

1    A.  Oh.  I -- actually, I -- I don't -- I'm not
2  sure about ACET Global products now.  I -- I cannot --
3  I cannot recall.
4    Q.  Were they --
5    A.  But we --
6    Q.  Were they way different that what you're --
7  than what Windspeed sells?
8    A.  No, they were almost the same.  But we just
9  have new products now, and I'm more familiar with
10  Windspeed's products.
11    Q.  It's been a little while?
12    A.  Uh-huh.
13    Q.  (BY MR. FREEMAN)  Are they -- they were pretty
14  much the same, like the same basic products?
15    A.  Yes.
16    Q.  Okay.  Almost the exact --
17    A.  Mm-hm.
18    Q.  -- same products?
19        MR. PERRIN:  Objection; form.
20        MS. HARD-WILSON:  Objection; form.
21    A.  Not exact the same, but just the same
22  categories.
23        MR. FREEMAN:  Can we go off the record
24  for a second?
25        MS. HARD-WILSON:  Sure.

## Page 35

1        (Break from 10:21 a.m. to 10:22 a.m.)
2    Q.  (BY MR. FREEMAN)  Jane, you were -- you were
3  referring to the inventory at ACET Global.  Anything
4  else you can tell me about the inventory?
5    A.  No, because I'm doing accounting.
6    Q.  Okay.  So, in accounting, you didn't have
7  involvement with the inventory?
8    A.  No.
9    Q.  Is anyone providing you with input right now
10  about this deposition?
11    A.  What does that mean?
12    Q.  You're not receiving any messages about this
13  deposition currently, are you?
14    A.  You mean right now?
15    Q.  Yes.
16    A.  No.
17    Q.  Not from Mr. Szeto?
18    A.  No.
19    Q.  Okay.  What Web sites did ACET Global
20  operate?
21    A.  Wow, ACET Global Web site?
22    Q.  Yes, ma'am.
23    A.  I do not remember.
24    Q.  Was there a koolulu.com?
25    A.  I've heard -- I've heard of this one, but I'm

## Page 36

1  not -- I'm not sure it was for ACET lor -- you know,
2  because I work for ACET a few months and I got train
3  out in accounting.  I didn't -- I'm not -- I was not
4  familiar with those Web site.
5    Q.  Okay.  Where did -- was there another one,
6  named luluway.com?
7    A.  Luluway?  I've heard of this one but I do not
8  know about it.
9    Q.  Okay.  Where did ACET Global operate?
10    A.  Where?
11    Q.  Yes, ma'am.
12    A.  Richardson -- oh.  No.  Oh.  Okay.  It was
13  not Richardson.  It was 1501 10th Street.  It was --
14  the address was 1501 10th Street of -- okay.  I --
15  we're not -- I do not remember the full address now.
16  Is that 1501 10th Street?
17        Something like that.  I have to check.
18    Q.  Okay.
19    A.  It was in south Plano.
20    Q.  Jane, is that your answer?
21    A.  Yes.  Still in Dallas, you know, the city.
22        Are you asking me the address?
23    Q.  Well, you were giving me the address.  I was
24  trying to understand what your answer was.  I heard
25  "Richardson."

## Page 37

1    A.  No, no.  It was not Richardson.  Sorry.  I
2  remembered wrong.  I said wrong.
3        Okay.  It was south Plano.
4        Windspeed is in Richardson.
5    Q.  Okay.  So it was in south Plano?
6    A.  Yes.
7    Q.  And where did you get 1501 from?
8    A.  That was the -- my old address for my old
9  office when I worked for ACET Global.
10    Q.  Were there other people involved in ACET
11  Global?
12    A.  Other people?  So you mean the employees for
13  ACET Global?
14    Q.  Yes, ma'am, or -- or anyone else who worked
15  with ACET Global.
16        THE WITNESS:  I can answer this
17  question, right, Brenda?
18        MS. HARD-WILSON:  Yes.
19    A.  Sai and Dana, Paula, Vanessa, me, William
20  Szeto, and Shira [phonetic], Monica.  I -- that's it.
21    Q.  (BY MR. FREEMAN)  Okay.  What about Matt
22  Denegre?
23    A.  No.
24    Q.  Did he have any role?
25    A.  No.

Usher Reporting Services
(214) 755-1612

Zhexian Jane Lin  *  March 26, 2021

Page 38

1    Q.  How did ACET Global perform?  Was it doing
2  well or doing bad?
3    A.  ACET Global doing?  I do not remember the
4  financials, but not very good.
5    Q.  Not very good.
6      Why do you say that?
7    A.  I do not remember, but -- I really do not
8  remember.  It's been too long.
9    Q.  That -- that was your job, right, was
10  accounting?
11    A.  Right.
12    Q.  Who else would be the person that would --
13  would do accounting?
14    A.  Shira [phonetic].
15    Q.  Shira?  So if I needed somebody who would
16  remember that, I would need to ask Shira?
17    A.  She trained me.
18      For -- for ACET Global financials, I
19  really -- I really do not remember the -- you know.
20  But I --
21    Q.  How --
22    A.  -- don't think that's too good.
23    Q.  How is it that you're able to say it was not
24  doing good?
25    A.  I do not remember, to be honest.

Page 39

1    Q.  Okay.  So you don't -- you don't really know
2  if it was doing good or bad?
3    A.  I -- I do not remember.
4    Q.  Okay.
5    A.  Mm-hm.  Because, I was new at that time and I
6  got trained.  I was not too -- you know, not like when
7  I work for Windspeed.
8    Q.  How long did you work for ACET Global?
9    A.  From -- from March to September.
10    Q.  How long was Shira working for ACET Global?
11    A.  I do not know.  She left.  She left in -- she
12  left -- after finished training me, she left.
13    Q.  How long did she train you?
14    A.  Over a month.
15    Q.  So she left sometime in April --
16    A.  I do not --
17    Q.  -- of 2018?
18    A.  I do not remember the exact day.
19    Q.  Okay.  Was anyone else at ACET Global
20  concerned about its economic performance?
21    A.  I don't know.
22    Q.  Did management at ACET Global ever express
23  concern about its economic performance?
24      MR. PERRIN:  Objection; form.
25    A.  Okay, I don't understand this question.

Page 40

1    Q.  (BY MR. FREEMAN)  Let me ask you a different
2  one.
3      Did Mr. Szeto ever say he was concerned
4  about ACET Global's performance?
5    A.  I do not remember.
6    Q.  At the time that ACET Global changed to
7  Windspeed, were you the only person in accounting?
8    A.  Yes.
9    Q.  Okay.  Did Mr. Szeto ever discuss financial
10  matters with you?
11    A.  Yes.
12    Q.  Did he discuss accounting with you?
13    A.  Yeah.  He always told me to finish the
14  report.
15    Q.  Did he discuss budgets with you?
16    A.  He -- he just told me what to do.
17      It's not negotiation; just, he just told
18  me what to do.
19    Q.  Okay.  And what do you mean by that?
20    A.  Like, so I just follow his instructions,
21  like, okay, if we should pay bills today or next week,
22  like.
23    Q.  Did he ever discuss revenues with you?
24    A.  No.
25    Q.  He never said he was concerned about ACET

Page 41

1  Global's revenue level?
2    A.  I do not remember, no.
3    Q.  Did he ever say anything like that about
4  revenues?
5    A.  I do not remember, for ACET.
6    Q.  And you don't remember him ever saying that
7  he was concerned that ACET was --
8    A.  No.
9    Q.  -- was not doing well?
10    A.  No.
11    Q.  Did anyone ever else ever say they were
12  concerned about ACET Global not doing well?
13    A.  No.
14    Q.  Did you ever have any meetings to discuss
15  whether ACET Global was doing well?
16    A.  I -- we -- we did have meetings at that time,
17  but I do not remember what was said in the meetings.
18    Q.  You don't remember any meetings discussing --
19    A.  No.
20    Q.  -- what type of --
21    A.  I do not remember that.  It's been too long.
22    Q.  Did anyone ever discuss whether ACET Global
23  was profitable?
24    A.  No, I do not remember that.
25    Q.  No.

11 (Pages 38 to 41)

## Page 42

1    Did anyone ever say that ACET Global was
2  failing?
3    A.  Was failing?  No.
4    Q.  No?  No one ever -- no one ever said that
5  this business --
6    A.  I do -- I do not remember.
7    Q.  Anyone ever saying that?
8    A.  No, I don't remember.
9      MR. PERRIN:  Objection; form.
10    Q.  (BY MR. FREEMAN)  And you don't remember
11  Mr. Szeto ever saying that, do you?
12    A.  No.
13      MR. PERRIN:  Objection; form.
14    Q.  (BY MR. FREEMAN)  Jane, did Mr. Szeto ever say
15  that the business was failing?
16    A.  No --
17      MS. HARD-WILSON:  Objection; form.
18    A.  -- I don't remember.
19    Q.  (BY MR. FREEMAN)  Do you know anything about
20  the firing of -- of Tomer Damti?
21    A.  No.
22    Q.  Okay.  Did you ever discuss his firing with
23  anyone?
24    A.  No, never.  No.
25    Q.  Okay.  When did you first hear about

## Page 43

1  Windspeed?
2    A.  End of -- end of September 2018.
3    Q.  And who did you hear about it from?
4    A.  My boss.
5    Q.  And what did your boss say about it?
6    A.  I got rehired.
7    Q.  Did you have an interview with him?
8    A.  No.
9    Q.  Did he just tell you you were going to be
10  rehired under Windspeed?
11    A.  Yes.
12    Q.  Did he tell you anything else about
13  Windspeed?
14    A.  Anything else?
15    Q.  Yes, ma'am.
16    A.  I will be doing accounting as well.
17    Q.  Did he say you would be doing the same thing
18  under Windspeed?
19    A.  Mm-hm.  Accounting, yes.
20    Q.  He said you'd be doing the same thing that
21  you did for ACET Global?
22      MR. PERRIN:  Objection; form.
23    A.  No.  He said I will be hired as an
24  accountant.
25    Q.  Okay.  So he didn't say you'd be doing the

## Page 44

1  same thing under -- under Windspeed that you did for
2  ACET Global?
3    A.  He didn't --
4      MR. PERRIN:  Object to form.
5    A.  -- say that; he said I will be hired as an
6  accountant for Windspeed.
7    Q.  (BY MR. FREEMAN)  Was there another accountant
8  hired for Windspeed?
9    A.  No.
10    Q.  So you were the only accountant for
11  Windspeed?
12    A.  Yes.
13    Q.  And have you been the only accountant for
14  Windspeed --
15    A.  Yes.
16    Q.  -- since it was formed?
17    A.  (Nodding head.)
18    Q.  Can you say that verbally, please?
19    A.  Yes.
20    Q.  Did you receive a formal offer of employment
21  from Windspeed?
22    A.  I do not remember.  I really do not remember.
23  I have to check.
24    Q.  Did you have an employment contract with
25  Windspeed?

## Page 45

1    A.  He send us e-mails.
2    Q.  What did those e-mails say?
3    A.  I do not remember the -- I have to check.
4      But he informed us.
5    Q.  Okay.
6    A.  I really --
7    Q.  Did he inform all of the employees?
8    A.  I think so.
9    Q.  Was everyone that was employed at ACET Global
10  at that time -- was everyone rehired by Windspeed?
11    A.  No.
12    Q.  Who was not?
13    A.  Shira was not.  Monica was not.
14    Q.  Did Shira work at ACET Global when Windspeed
15  was formed?
16    A.  No.  She left.
17    Q.  Did Monica work at ACET Global when Windspeed
18  was formed?
19    A.  I'm confused about this question.  Can you
20  please...?
21    Q.  Yeah.  Jane, when Windspeed was formed in --
22    A.  Mm-hm.
23    Q.  -- September of 2018 --
24    A.  Mm-hm.
25    Q.  -- did Monica work at ACET Global?

Usher Reporting Services
(214) 755-1612

Zhexian Jane Lin  *  March 26, 2021

| Page 46 |
| --- |

```
 1        A.  ACET Global was closed.
 2        Q.  Okay.  When did Monica stop working for ACET
 3   Global?
 4        A.  I do not remember the exact date, but it's
 5   after -- a few months after I started working here.
 6        Q.  Okay.
 7        A.  Mm-hm.
 8        Q.  When was ACET Global closed?
 9        A.  When ACET Global closed?  September.
10        Q.  Of 2018?
11        A.  Yes.
12        Q.  And what do you mean by "closed"?
13        A.  We got terminated by ACET Global and just --
14   I don't -- I just didn't work for ACET Global.
15        Q.  Okay.  What about its -- what about its
16   inventory, ACET Global's inventory?  What happened to
17   it?
18        A.  I -- I do not know too much about inventory.
19        Q.  How did you account for it?  You had to have
20   done that in your accounting, right?
21            MR. PERRIN:  Objection; form.
22            THE WITNESS:  Should I answer or not?
23   So objection --
24            MS. HARD-WILSON:  Yes, you can answer.
25        A.  The inventory?  So can you repeat your
```

| Page 47 |
| --- |

```
 1   question again, please?
 2        Q.  (BY MR. FREEMAN)  Yes, ma'am.
 3            So just to put it back in context, Jane,
 4   you said ACET Global closed in September --
 5        A.  Mm-hm.
 6        Q.  -- of 2018; is that correct?
 7        A.  September 2018, yes.
 8        Q.  Okay.  So y'all stopped operating ACET Global
 9   at that time; is that correct?
10        A.  Yes.
11        Q.  Okay.  What happened to ACET Global's assets?
12        A.  ACET Global's assets?  You mean inventory,
13   those items?
14        Q.  Inventory is one set of assets, yes, ma'am.
15        A.  So are you asking asset -- all the assets or
16   are you asking specifically for inventory?
17        Q.  Let's start with all of the assets.
18            What happened to all of the assets?
19        A.  Okay.  We moved the desk, cabinets to a new
20   place.
21        Q.  What else?
22        A.  And for inventories, I just invoice whatever
23   we shipped out, so I -- I -- I do not remember for
24   those old inventory things.
25        Q.  And what do you mean by invoiced whatever was
```

| Page 48 |
| --- |

```
 1   shipped out?
 2        A.  Okay.  Because mostly I just -- I just make
 3   invoices every day.
 4            Like, whatever we ship -- whatever items
 5   we ship out to different marketplaces, I just invoice
 6   them.
 7        Q.  Okay.  And are you talking about when you
 8   were at ACET Global or when you were --
 9        A.  Windspeed.
10        Q.  -- at Windspeed?
11            Windspeed?
12        A.  Windspeed.
13        Q.  Okay.  How did Windspeed have inventory to
14   sell?
15        A.  We bought a lot of things.
16        Q.  Did it begin shipping out inventory when it
17   was formed?
18        A.  I have to check the -- I have to check; but,
19   yes, we keep selling.
20        Q.  I'm sorry?
21        A.  Well, you mean for Windspeed?
22        Q.  Yes, ma'am.
23        A.  I have to check the -- I have to check
24   because I do not remember, for the first few months,
25   what that -- what did it look like.
```

| Page 49 |
| --- |

```
 1        Q.  Do you remember after that?
 2        A.  After a few months?
 3        Q.  Yes, ma'am.
 4        A.  Okay.  After a few months what?
 5        Q.  I'm just trying to figure out where you --
 6   kind of where you remember from; what point in time
 7   you remember.
 8        A.  Remember?
 9        Q.  Did -- did Windspeed begin -- was Windspeed
10   selling the inventory from ACET Global?
11        A.  Did Windspeed -- okay.  I remember.
12            We bought a lot of new inventories for
13   Windspeed, but there were some old ones from ACET
14   Global that were mixed up.
15        Q.  And what do you mean by "mixed up"?
16        A.  My phone is ringing.
17            So, like -- like, for the same items,
18   probably we bought -- probably -- like, for example,
19   this is an item we sold for ACET but we still bought a
20   lot of this kind of item for Windspeed.
21        Q.  Okay.  Were you involved in -- did you buy
22   those items --
23        A.  No.
24        Q.  -- for Windspeed?
25        A.  No.
```

13 (Pages 46 to 49)

Zhexian Jane Lin  *  March 26, 2021

Page 50

1    Q.  How is it that you know that?
2    A.  Because be I invoice them, I made purchasing
3   orders.
4    Q.  So you did buy the --
5    A.  No, I didn't buy them.
6    Q.  But you issued purchase orders?
7    A.  Okay.  We don't issue this to our vendors,
8   no; I just record them.
9    Q.  Okay.  What -- tell me exactly what you did
10   with respect to inventory.
11    A.  Okay.
12       When we bought something and they let me
13   know, and I just recorded the purchases in my system.
14    Q.  And did you know specifically what kinds of
15   inventory were being bought?
16    A.  I have that saved in my system, but I do not
17   remember because it was too -- too many items.
18    Q.  Okay.  Well, how did you know that they were
19   mixed up?
20       MR. PERRIN:  Objection; form.
21    A.  Because -- I -- I do not know, to be honest.
22   I -- I just -- I just remembered we replenished some
23   items, some good-selling items.
24    Q.  (BY MR. FREEMAN)  Some what?
25    A.  Some -- I -- we replenished some items.  I

Page 51

1   was told.
2    Q.  You were told what?
3    A.  I didn't do any purchasing things because I
4   was not -- because I'm only recording, but I was told,
5   "Okay, we" -- "we bought new items" or we replenished
6   some old items.
7    Q.  Okay.
8    A.  Mm-hm.
9    Q.  And what do you mean by "replenished"?
10    A.  Like, okay -- okay.  "Replenished" means,
11   okay, this item was sold under ACET Global, and we
12   thought this is a good item so we just replenished
13   some of them.
14    Q.  Do you know who the vendors were?
15    A.  Yes.
16    Q.  Were they the same vendors?
17    A.  Yes.
18    Q.  Okay.  When did you begin replenishing these
19   assets?
20    A.  When?  I think, October.  Well, after
21   Windspeed was established.
22    Q.  Okay.  So you started buying assets very
23   quickly after it was started?
24    A.  (Nodding head.)
25    Q.  Okay.  Did you basically start buying assets

Page 52

1   for it immediately when you switched over to
2   Windspeed?
3    A.  Okay.  How fast is "immediately"?
4    Q.  You -- good question.
5       So did you start buying inventory for
6   Windspeed within a few weeks of switching over?
7    A.  Yes.
8    Q.  Okay.  Were you -- was Windspeed selling
9   inventory before it began buying inventory?
10    A.  Windspeed?  We -- we had most of our new
11   products from China.  That takes a long time.
12   However, we started to buy some local vendor items so
13   we sold those pretty fast.
14    Q.  Who were the local vendors?
15    A.  Okay.  Okay.  Right now, I'm not sure about
16   the name, but I know the item name is called Crisper,
17   like --
18    Q.  All right.
19    A.  That's from local.
20       But I -- I do not know the name because
21   we have a few local vendors.  I -- I do not remember
22   which vendor was that.  I have to check.
23    Q.  Could you say the name of that item again?
24    A.  Crispers.
25    Q.  Crispers?

Page 53

1    A.  Yes.
2    Q.  Do you know how to spell that?
3    A.  C-R-I-S-P-E-R.
4    Q.  And what is a Crisper?
5    A.  I -- I do not know.  I never see that.  I --
6   I do not know.
7    Q.  It was just some kind of inventory?
8    A.  Right.
9    Q.  Okay.  Did you deal with any of these local
10   vendors?
11    A.  Yes.  I pay bills.
12    Q.  Okay.  Did -- did you place any orders with
13   them?
14    A.  No.
15    Q.  Did you ever place -- did you ever place any
16   purchase orders with any vendors?
17    A.  No, I didn't.  I just -- I just did
18   recording.
19    Q.  Okay.  Who placed purchase orders with
20   vendors?
21    A.  Sales manager, Sai.
22    Q.  Okay.  Was that all?
23    A.  I was not sure about Vanessa.  I -- I do not
24   know.
25       But Sai was the sale manager, so she's

Usher Reporting Services
(214) 755-1612

Page 54

1    doing most of the purchasings.
2    Q.  Okay.  Did you ever discuss those with Sai?
3    A.  No.
4    Q.  Can you describe the transition for me from
5    ACET Global to Windspeed?
6    A.  What transition?
7         MS. HARD-WILSON:  Objection; form.
8    Q.  (BY MR. FREEMAN)  Just explain to me how the
9    transition took place.
10        MR. PERRIN:  Objection; form.
11        MS. HARD-WILSON:  Objection; form.
12   Q.  (BY MR. FREEMAN)  You can answer, Jane.
13   A.  I -- we got a terminated letter from Bill.
14   It said, okay, ACET Global was closed and you were
15   terminated by ACET Global.  And he informed us, "Okay,
16   you" -- "you are rehired for Windspeed."
17   Q.  Was each person that received one of those
18   termination letters -- were they then rehired by
19   Windspeed?
20   A.  I got one.
21   Q.  Did each person that was at ACET Global that
22   received one of those termination letters -- did they
23   begin working for Windspeed?
24   A.  I think Dana, Sai and Paul did.  They did.
25   Q.  Was there anyone that did not?

Page 55

1    A.  Vanessa, I -- I'm not sure because she left
2    much earlier.  I -- I'm not -- because we didn't talk
3    to each other about that.
4         I got -- I got mine.
5    Q.  And I'm -- I'm not asking about the people
6    who had already left or who may have already been
7    fired but just the people who were working there then.
8    A.  Vanessa worked for Windspeed then.
9    Q.  And she didn't -- oh, she worked for
10   Windspeed or -- or -- or ACET Global?
11   A.  Both.
12   Q.  Okay.  Was there anybody who was working at
13   Acet Global at that time, call it September of 2018,
14   who did not later begin working for Windspeed?
15   A.  Okay.  So can -- I don't understand this
16   question.  Too long.
17   Q.  Let -- let's do it this way:  Can you tell me
18   each person who was working for Acet Global as of
19   September of 2018?
20   A.  Me, Bill, Vanessa, Sai, Dana, Paula.
21   Q.  Okay.
22   A.  You mean September, right?
23   Q.  Yes, ma'am.
24   A.  Mm-hm.
25   Q.  September of 2018, correct?

Page 56

1    A.  Mm-hm.  Yes.
2    Q.  Okay.  And you've told me you began working
3    for Windspeed in September of 2018.
4    A.  Mm-hm.
5    Q.  Is that correct?
6    A.  End of September.  September 30th or October.
7    I do not remember exact date, but that time.
8    Q.  And I'm not trying to trick you on the date.
9    Let's call it -- let's call it October.
10   A.  Okay.
11   Q.  So you began working for Windspeed -- or, you
12   were working for Windspeed in October of 2018 --
13   A.  Yes.
14   Q.  -- right?
15        Was Bill working for Windspeed in
16   October of 2018?
17   A.  Yes.
18   Q.  Was Sai working for Windspeed in October of
19   2018?
20   A.  Yes.
21   Q.  Was Dana working for Windspeed in October of
22   2018?
23   A.  Yes.
24   Q.  Was Paula working for Windspeed in October of
25   2018?

Page 57

1    A.  Yes.
2    Q.  Was Vanessa working for Windspeed in October
3    of 2018?
4    A.  Yes.
5    Q.  Tell me more about the transition from ACET
6    Global to Windspeed.
7         MS. HARD-WILSON:  Objection; form.
8    Q.  (BY MR. FREEMAN)  What do you remember about
9    it?
10   A.  We moved out from an office and we started
11   everything new as Windspeed, and we got our own e-mail
12   address, the new ones; just, that's it.
13        MS. HARD-WILSON:  Jason, would this be a
14   good time to take a break?
15        MR. FREEMAN:  I think it would, Brenda.
16   That would be fine.
17        (Break from 10:53 a.m. to 11:15 a.m.)
18        MR. FREEMAN:  All right.  Just a
19   housekeeping matter:  Want to reflect that the parties
20   have a mutual agreement amongst themselves that one
21   objection on behalf of either of the -- any of the
22   defendants will also serve as an objection for the
23   others.
24        I get that correct?
25        MR. PERRIN:  Correct.  Agreed.

15 (Pages 54 to 57)

Page 58

1      MS. HARD-WILSON: Yes. Agreed.
2         And another matter we wanted to get on
3  the record was, during the break, we had a sidebar
4  discussing whether or not the deponent may be getting
5  answers from another source, and we wanted to revisit
6  that.
7         So, Jane, if you could confirm, are you
8  receiving any messages through your device regarding
9  the answers to your testimony today?
10      THE WITNESS: No.
11      MS. HARD-WILSON: Are you communicating
12  with anyone through your tablet, your cell phone? Is
13  there anyone in the room with you?
14      THE WITNESS: No.
15      MS. HARD-WILSON: So all of the
16  testimony you give today is from your own
17  recollection?
18      THE WITNESS: Yes.
19      MS. HARD-WILSON: Okay. Thank you.
20      MR. FREEMAN: Thank you, Brenda. I
21  appreciate that.
22      MS. HARD-WILSON: Of course.
23   Q.  (BY MR. FREEMAN) Jane, thanks for your
24  patience through this.
25         We were talking about the transition

Page 59

1  from ACET Global to Windspeed Trading. Could you tell
2  me again just what you remember about that transition
3  to Windspeed?
4   A.  Yes.
5         I got a termination letter from Bill,
6  end of September, for ACET Global, and he rehired me
7  back for Windspeed since October.
8   Q.  And did you -- did you begin working for
9  Windspeed quickly after that?
10   A.  I think it was pretty quick.
11   Q.  Okay. Did you -- do you recall, did you take
12  any time off between?
13   A.  I -- I don't remember that; but I can -- was
14  so quick.
15   Q.  Did you receive any other communications
16  about this transition?
17   A.  No -- what communication?
18   Q.  Did you receive any e-mails about it?
19   A.  About what?
20   Q.  Changing to Windspeed.
21   A.  I just got the termination letter.
22   Q.  So not any other e-mails?
23   A.  No. Just that.
24   Q.  Were there any texts?
25   A.  For ACET Global closing? No.

Page 60

1   Q.  Yes, ma'am.
2   A.  No.
3   Q.  Were there any meetings about it?
4   A.  Meetings?
5   Q.  Yes, ma'am.
6   A.  No. I think it was termination letter.
7   Q.  And one -- one last question.
8         Were there any phone calls about it?
9   A.  No, I don't -- I don't remember and I don't
10  think so.
11      THE WITNESS: Sorry. I have to mute my
12  phone. Sorry.
13      MR. FREEMAN: That's okay.
14   Q.  (BY MR. FREEMAN) How did Windspeed compare to
15  ACET Global?
16   A.  In what aspect? What -- what do you mean?
17   Q.  How -- yeah. I mean, did they have different
18  businesses?
19      MR. PERRIN: Objection; form.
20   A.  They are doing e-commerce, too. They were
21  doing e-commerce, too.
22   Q.  (BY MR. FREEMAN) And how was it different
23  from like what ACET Global was doing?
24   A.  Actually, I'm doing kind of same thing.
25   Q.  What about others? Were the other employees

Page 61

1  doing the same thing?
2   A.  I think so.
3   Q.  Were -- was the business different?
4   A.  No. E-commerce. Same -- same thing.
5   Q.  Same thing?
6   A.  Mm-hm.
7   Q.  Was it selling the same types of products?
8   A.  Yes, same type.
9   Q.  Same inventory was being sold?
10   A.  Mm-hm.
11      MR. PERRIN: Object to form.
12   A.  But not the same item, but same kind of
13  products.
14   Q.  (BY MR. FREEMAN) Okay. Same kind of
15  products?
16   A.  Mm-hm.
17   Q.  Were there different types of customers or
18  was it the same kinds of customers?
19   A.  Same kinds of customers.
20   Q.  Was it being marketed differently or was it
21  same kind of marketing?
22   A.  I don't understand "marketing" here. Is that
23  how we sell to them?
24   Q.  Yeah, or advertising.
25   A.  I don't do sales.

16 (Pages 58 to 61)

Zhexian Jane Lin  *  March 26, 2021

## Page 62

1    Q. Okay. Did you know anything about the Web
2  sites?
3    A. Web site?
4    Q. Yes, ma'am.
5    A. I -- I don't use that Web site.
6    Q. Okay.
7    A. And I didn't create it.
8    Q. Did you have any involvement with it?
9    A. No.
10   Q. Okay.
11   A. Mm-hm.
12   Q. Do you know if Windspeed had a different logo
13  than ACET Global?
14   A. I don't -- I don't know if we have a logo.
15   Q. Okay.
16      Okay. Did it ever use the same office
17  space?
18   A. I think we moved out. As Windspeed, we moved
19  out of the other office.
20   Q. So your testimony is, it -- Windspeed never
21  used the same office?
22   A. I -- I -- I'm not sure. I do not remember
23  that.
24      But we moved out after we were
25  Windspeed.

## Page 63

1    Q. Okay. Did you ever have any involvement with
2  Matt Denegre while --
3    A. No.
4    Q. -- while you were at Windspeed?
5    A. No.
6    Q. Did you ever communicate with him?
7    A. No.
8    Q. Do you ever have phone calls with him?
9    A. I had phone call with him but not -- I had
10  phone calls with him.
11   Q. What were those phone calls about?
12   A. Just introduce, just say hi, like. Because
13  we were Windspeed at that time, probably just to --
14  just say hi.
15   Q. Never discussed anything of --
16   A. No.
17   Q. -- substance?
18   A. No.
19   Q. Did -- did you ever have any e-mails with
20  Matt Denegre?
21   A. E-mails?
22   Q. Yes, ma'am.
23   A. I'm pretty sure I received his e-mails
24  before, but I do not remember what are they -- what --
25  what were they.

## Page 64

1      I do not remember the contents, but I
2  did receive from him before.
3    Q. Okay. Did you ever have e-mails addressing
4  anything of substance with the business?
5    A. No. As Windspeed? You mean as Windspeed?
6  No.
7    Q. Yeah. Any e-mails with Matt Denegre?
8    A. As Windspeed, no. No.
9    Q. Okay. Any e-mails discussing inventory --
10   A. No.
11   Q. -- with Matt Denegre?
12   A. No.
13   Q. Any e-mails discussing taxes with Matt
14  Denegre?
15   A. No.
16   Q. Any e-mails discussing anything financial
17  with Matt Denegre?
18   A. No.
19   Q. Did you -- did you have any e-mails with Matt
20  Denegre regarding ACET Global's inventory?
21   A. No. I -- I don't report to him.
22   Q. Okay. Did -- did you ever have any e-mails
23  with Matt Denegre discussing ACET Global's taxes?
24   A. No.
25   Q. Or regarding ACET Global's --

## Page 65

1    A. No.
2    Q. -- taxes?
3      No?
4    A. No.
5    Q. What about day David Hook?
6    A. No. I -- I never received e-mails from
7  David, no. I don't know him.
8    Q. Okay. And what about Anthony Ludlow?
9    A. No.
10   Q. Okay.
11   A. I only know Matt.
12   Q. Okay. I want to go back, just stay on this
13  topic of the transition from ACET Global to Windspeed
14  Trading.
15      Why did the business change?
16   A. I really -- I didn't get involved with it. I
17  just -- I just was told, "Okay" -- "Okay, right now,
18  you are the employee for Windspeed."
19   Q. And who informed you it was changing?
20   A. William Szeto.
21   Q. Okay. And can you describe to me some
22  specific ways that it -- it changed?
23   A. He just told us, "ACET Global was closed and
24  you are terminated; and I got a new offer," and he
25  says start from October.

17 (Pages 62 to 65)

Zhexian Jane Lin  *  March 26, 2021

Page 66

1    Q.  Okay.
2    A.  Mm-hm.
3    Q.  Was there any other way that the business
4  changed?
5    A.  I think we were doing the same e-commerce.
6    Q.  Were you doing exactly the same thing or was
7  it something different?
8    A.  I cannot tell the difference.
9    Q.  Okay.  Could any -- who could have told the
10  difference?
11    A.  I still do invoicing, pay bills, payrolls,
12  those accounting things.
13    Q.  Was there anything that you felt changed
14  about the business model?
15        MR. PERRIN:  Objection; form.
16    A.  I do not.  I -- I cannot tell the difference.
17    Q.  (BY MR. FREEMAN)  Okay.  Did you ever discuss
18  that with any other employees of Windspeed?
19    A.  Discuss the difference?
20    Q.  Yes, ma'am.
21    A.  No.
22    Q.  Did anyone ever ask why it changed?
23    A.  No.
24    Q.  No one ever discussed why it changed?
25    A.  I -- I didn't see any change.

Page 67

1    Q.  Okay.  Did anyone else ever say they saw any
2  change?
3    A.  No.
4    Q.  Okay.  Did anyone's title change?
5    A.  Sai is a manager.  Probably, when Monica was
6  here, she was not a manager.
7    Q.  So Sai's title changed to be a manager?
8    A.  I -- I'm -- actually, we don't know anything
9  about the title, but she -- I think she became a
10  manager in -- in Windspeed.
11    Q.  Okay.
12    A.  Mm-hm.
13    Q.  Okay.  But you don't know what Sai's title
14  was before that?
15    A.  No, because Monica -- when Monica was here, I
16  think Monica was a manager.
17    Q.  Okay.  And did the e-mail addresses change?
18    A.  Yes.
19    Q.  Did you ever use your ACET Global e-mail
20  address after that?
21    A.  No.
22    Q.  Did anyone use their Acet Global e-mail
23  address?
24    A.  No.
25    Q.  No.

Page 68

1        Did the Web site for the business
2  change?
3    A.  We have a new Web site after Windspeed was
4  established.
5    Q.  Okay.  How was it different?
6    A.  Different?  I don't -- I don't know anything
7  about the Web site because I don't use that.
8    Q.  Okay.  Do you remember -- from being the
9  accountant, do you remember payments being made to
10  anyone to develop a Web site?
11    A.  I think the Web site was linked, you know, to
12  our bank card.  They charge was automatically.  I
13  don't pay for it.
14    Q.  Okay.
15    A.  Uh-huh.
16    Q.  Who is it linked to?
17    A.  Linked to what?
18    Q.  Who -- who does it pay automatically?
19    A.  Who?
20    Q.  Yes, ma'am.
21    A.  I think the -- you mean the Web site name?
22    Q.  Who -- who is being paid to help with the Web
23  site?
24    A.  Who is being paid?  You mean who is taking
25  care of the Web site?

Page 69

1    Q.  Yes, ma'am.
2    A.  I think it's Vanessa.  Vanessa.
3    Q.  Okay.  So Vanessa would be the person to ask
4  about that?
5    A.  Ask about the Web site?
6    Q.  Yes, ma'am.
7    A.  I think she -- she was the one who takes care
8  of that --
9    Q.  Okay.
10    A.  -- Web site.
11    Q.  Okay.  Were you asked to do anything to
12  facilitate the change to Windspeed?
13    A.  What -- what do you mean?
14    Q.  Were you asked to do anything to help with
15  the change to Windspeed?
16    A.  Yes.  I think we hired the contractors for us
17  to -- moving companies, and I paid for them.
18    Q.  Okay.
19    A.  I'm taking care of the payment.
20    Q.  Okay.  Was there anything else?
21    A.  No, I don't -- I don't know.
22    Q.  Okay.  Were any of the other employees asked
23  to do anything to help with the change?
24    A.  I don't know.  You have to ask them.
25    Q.  Okay.  Were there any discussions about what

18 (Pages 66 to 69)

Page 70

1    to do with ACET Global's inventory?
2       A.  I don't get involved with those inventory
3    things.
4       Q.  Okay.  Was there any discussion about a
5    foreclosure sale on the inventory?
6       A.  Foreclosure sales?  You mean giving customer
7    discount or...?
8       Q.  No, ma'am.  I mean maybe a lender having a
9    foreclosure on ACET Global's inventory.
10      A.  I do not know that.  I -- I didn't do sales.
11      Q.  Do you remember if Windspeed ever bought any
12   assets in a foreclosure sale?
13      A.  Windspeed ever bought assets?  Because I'm --
14   I'm not sure.  I'm really not sure.
15          I cannot say I know because I'm really
16   not sure.
17      Q.  Do you ever remember Windspeed buying
18   $500,000 or more worth of assets?
19      A.  I don't know.  I think I worked from -- I
20   worked from home for a few weeks at that time, so I
21   didn't get involved that much.
22      Q.  At -- at what time is that?
23      A.  I don't remember.
24          I remember I worked from home because we
25   moved out from the office to the storage units first;

Page 71

1    then we moved from storage units to our new office.
2          So, as an accountant, I didn't work at
3    the storage units; I worked from home.  So when -- we
4    were lack of, kind of, communications at that time, so
5    I didn't get involved so much with those inventories.
6       Q.  When you were -- as the accountant, would
7    you -- I believe I understood your testimony earlier
8    to be that you would see all of the purchases of the
9    inventory.
10          Is that correct?
11      A.  Yes.
12      Q.  Do you remember a purchase of inventories at
13   any time that was $500,000 or more of inventory?
14          MR. PERRIN:  Objection; form.
15      A.  I do not remember that.
16      Q.  (BY MR. FREEMAN)  Do you remember a purchase
17   of inventory in March of 2019 of $500,000 or more of
18   inventory?
19          MS. HARD-WILSON:  Objection; form.
20      A.  I do not know.
21      Q.  (BY MR. FREEMAN)  Do you remember in February
22   of 2019 a purchase of inventory of $500,000 or more?
23          MS. HARD-WILSON:  Objection; form.
24      A.  Well, actually, I was confused because I
25   didn't know -- know too much about inventory.

Page 72

1          I just know we have new products and we
2    have some same products in the warehouse, but I -- I
3    really didn't know that.
4       Q.  (BY MR. FREEMAN)  Would that have been a --
5    would that have been a lot of inventory, $500,000
6    worth?
7       A.  I do not remember that.
8       Q.  How much inventory did Windspeed generally
9    have on hand?
10      A.  Right now?
11      Q.  Yes, ma'am.
12      A.  You mean right now?  Not too --
13      Q.  We can start there.
14      A.  You mean right now, in 2021?
15      Q.  Yes, ma'am.
16      A.  We don't have that much.
17      Q.  How much -- how much does the inventory cost,
18   just ballpark?
19      A.  Because we started drop ships, so that's why
20   we stopped buying a lot of new inventories for
21   Windspeed.
22      Q.  When did that begin?
23      A.  Drop ship?  Last year.
24      Q.  Okay.  Let me ask it this way:  What is the
25   most inventory that you remember Windspeed having?

Page 73

1       A.  The most inventory?  The most inventory
2    Windspeed having?
3       Q.  Yes, ma'am.
4       A.  What does "most inventory" mean?  Like, those
5    products, where they're from?
6       Q.  Well, in terms of the dollar amount, did it
7    maintain millions of dollars of inventory?
8       A.  Millions of dollars?  I have -- I have to
9    check.
10          You mean when?  Right now, we don't.
11      Q.  Okay.  In 2019, do you remember?
12      A.  I have to check.
13      Q.  Okay.  Would it have been a lot of inventory,
14   for it to purchase $500,000 of inventory?
15      A.  I really do not remember the 500,000.
16      Q.  Okay.  Do you remember anyone talking to you
17   about buying $500,000 worth of inventory?
18      A.  I do not remember that.
19      Q.  Okay.  And you don't remember a foreclosure
20   sale?
21      A.  No.
22      Q.  Okay.  Not a foreclosure sale where Windspeed
23   bought --
24      A.  I've never heard of this word, "foreclosure."
25      Q.  Okay.

19 (Pages 70 to 73)

Page 74

```
 1            Do you know if there was -- was ever a
 2    time that Windspeed bought ACET Global's old
 3    inventory?
 4        A.  We had ACET Global old inventories in the
 5    warehouse at that time, but I -- I'm not sure if we
 6    bought those or what -- what's -- what was going on.
 7    I do not know.
 8        Q.  And what do you mean, "at that time"?  When
 9    are you referring to?
10        A.  I think, when we moved out to the storage
11    units, there were some ACET Global old inventories
12    there; but I do not know if we -- you know, how we got
13    those.
14        Q.  Okay.
15        A.  I was not working the warehouse.
16        Q.  Okay.  And so was that in 2018?
17        A.  Yes.
18        Q.  So in 2018 -- in 2018 Windspeed had some of
19    ACET Global's old inventories?
20            MR. PERRIN:  Objection; form.
21        A.  They were sitting in our warehouse, yes.
22        Q.  (BY MR. FREEMAN)  Okay.  Just to be clear, did
23    Windspeed, in 2018, have all of ACET Global's old
24    inventory that was left?
25            MR. PERRIN:  Objection; form.
```

Page 75

```
 1        A.  I do not know if that's all, but I know we
 2    had ACET Global old inventory sitting in our
 3    warehouse.
 4        Q.  (BY MR. FREEMAN)  Okay.  Do you know if
 5    Windspeed paid for that inventory?
 6        A.  So that's a part I really do not know.
 7        Q.  Okay.
 8        A.  So...
 9        Q.  Do you know if -- do you know I if Windspeed
10    ever sold any of that inventory?
11        A.  You mean as Windspeed?
12        Q.  Yes, ma'am.
13        A.  So -- okay.  So I know we had old ACET Global
14    inventory in our warehouse and we bought a lot of new
15    items for Windspeed, and this -- they're sitting
16    together; so we -- so it's really hard to, you know,
17    distinguish which one was under ACET or which one was
18    under Windspeed.
19        Q.  Do you know if anyone ever tried to
20    distinguish between them?
21        A.  No.  I don't think so.
22        Q.  Did anyone ever ask you to prepare an
23    inventory of what ACET Global had when it closed?
24        A.  No.
25        Q.  Do you know if anyone ever prepared an
```

Page 76

```
 1    inventory of what ACET Global had when it closed?
 2        A.  I do not know.
 3        Q.  Okay.  Who would have done that if they -- if
 4    someone did?  Who would know how to do that?
 5        A.  Separate inventory?
 6        Q.  Yes, ma'am.
 7        A.  That was too complicated.  I do not know.
 8        Q.  Did the accounting system -- would it have
 9    allowed someone to do that?
10        A.  You mean separate inventory?
11        Q.  Yes, ma'am.
12        A.  No.  I didn't do it.
13        Q.  Who else would have kept track of that?
14        A.  Okay.  You mean inventories?
15        Q.  Yes, ma'am.
16        A.  In 2018, I -- I don't think anybody did.
17        Q.  Nobody did?
18            What about 2019?
19        A.  2019?  I was not sure about 2019; but, in
20    2020, I'm pretty sure our -- Paula did.  She was
21    tracking -- she was keep tracking of all the
22    inventories.
23            But I was not sure about 2019; but, in
24    2020, yes, she did.
25        Q.  Okay.  Anything the else that you remember
```

Page 77

```
 1    about the -- the change to Windspeed?
 2            MR. PERRIN:  Objection; form.
 3        A.  Okay.  What change?
 4        Q.  (BY MR. FREEMAN)  The change from ACET Global
 5    to Windspeed.
 6        A.  I feel like we are the same group, and we
 7    just moved into a new building and we're doing the
 8    same business.
 9        Q.  Okay.  Did -- did you ever have any
10    discussions about a lender called Super G Capital?
11        A.  I know Super G.
12        Q.  Who -- who do you know at Super G?
13        A.  Because I -- I do wire transfer to them.
14        Q.  Oh.
15        A.  I'm familiar with this name.
16        Q.  Do you -- what is Super G?  What do you know
17    them to be?
18        A.  Actually, I don't know what do they really
19    do; but I know we're doing business with them because
20    we do wire transfer to them every month per Bill's
21    request.
22            He told me, "Okay, do the wire transfer
23    to them."
24        Q.  Okay.  And do you -- do you know what -- what
25    Super G Capital does?
```

Zhexian Jane Lin   *   March 26, 2021

Page 78

1    A.  No.
2         MR. PERRIN:  Objection; form.
3    Q.  (BY MR. FREEMAN)  Okay.
4    A.  I really don't know.
5    Q.  Did Windspeed ever buy inventory from Super G
6  Capital?
7    A.  Windspeed?
8    Q.  Yes, ma'am.
9    A.  I -- I do not know.
10    Q.  You don't know if Windspeed ever purchased
11  inventory from Super G?
12    A.  I thought the inventory was really
13  complicated because of -- we change from ACET to
14  Windspeed, the inventory things were really
15  complicated.
16         I'm not 100 percent sure, so I just
17  don't -- I do not know.
18    Q.  Since you've been at Windspeed, what's the
19  largest payment that you remember Windspeed making to
20  Super G Capital?
21    A.  The largest?  A few thousand.
22    Q.  And what is "a few thousand"?
23    A.  I -- I do not know the exact number.
24         But I remember most is, we wire them
25  $400 each month.

Page 79

1    Q.  Would the biggest payment be something like
2  $2,000 or $10,000?
3    A.  Not 10,000.  Not that much, no.
4    Q.  Never 10,000?
5    A.  Never.  Less than that.
6    Q.  Okay.  $5,000?
7    A.  I do not remember but it has to be less,
8  probably.
9    Q.  And had -- has it ever made -- has Windspeed
10  ever made a payment over a hundred thousand dollars to
11  Windspeed [verbatim]?
12    A.  How much?
13    Q.  100,000.
14    A.  No.  To Super G, no.
15    Q.  Okay.  Has it made a payment that large to
16  anyone?
17    A.  I do not remember, but not to Super G.
18         For Super G, no.  We normally transfer
19  400.
20    Q.  $400?
21    A.  Yes.
22    Q.  Okay.  But you don't know what that's for,
23  correct?
24    A.  No.  Bill told me to do that.
25    Q.  Do you ever make wire payments or any kind of

Page 80

1  payment to any entity that has the name Baymark in it?
2    A.  Transfer money to Baymark?  No.
3    Q.  Nothing?
4    A.  I do not remember that.
5    Q.  Okay.
6         MR. FREEMAN:  I would like -- Mendy, I'd
7  like to put up on the screen an exhibit.  We've named
8  it 02.  I don't know if you want me to -- if you're
9  fine with me to do a screen share.
10         THE REPORTER:  Absolutely.
11         (Marked Lin Exhibit No. 2.)
12    Q.  (BY MR. FREEMAN)  Jane, can you see what's on
13  the screen?
14    A.  Yes.
15    Q.  And what -- what is this?
16    A.  This is a pick list to Zulily.  Mm-hm.  Like,
17  okay, those items list down there, those are the ones
18  we shipped out to them on that day, February 6th,
19  2019.
20    Q.  And you shipped these to who?
21    A.  To Zulily.
22    Q.  Okay.  And what did you call this?  A pick
23  list?
24    A.  Yes.
25    Q.  What does that mean?

Page 81

1    A.  Okay.  [Audio glitch] -- word from Shira, so
2  we call this pick lists.
3         It's like their purchasing orders.  They
4  buy things from us, and we ship those items to them.
5    Q.  Who is this vendor, Zulily?
6    A.  One of our marketplaces.  One of --
7    Q.  I'm sorry?
8    A.  One of our marketplaces.
9    Q.  Okay.
10    A.  One of our customers.
11    Q.  Was this a -- was this also a customer of
12  ACET Global?
13    A.  I think so, yes.
14    Q.  Okay.  The vendor name, if you can look to
15  the left side, can you tell me what name is reflected
16  as the vendor name?
17    A.  Okay.  So the vendor name put on there was --
18  it says "ACET Venture Partners," but it's our
19  Windspeed address.
20    Q.  Okay.
21    A.  They made a mistake.
22    Q.  So the -- the address there, 1761 Inter-
23  national Parkway, that's the address of Windspeed?
24    A.  Yes.
25    Q.  Okay.  And who is that e-mail address listed

21 (Pages 78 to 81)

Zhexian Jane Lin  *  March 26, 2021

Page 82

1  there?
2      A.  Okay.  I cannot see.  Is that -- or can you
3  enlarge?  I.
4          Did -- I didn't recognize this e-mail.
5  I think -- I think Sai -- I think it's Sai's ACET
6  Global e-mail.
7      Q.  Okay.  It's -- to just be clear, that's an --
8  is that an acetglobal.com e-mail address?
9      A.  If that's -- that's e-mail -- if the -- it
10 says "acetglobal.com," and "Sai."  I think it's hers.
11 But, actually, I'm -- I'm not 100 percent sure.
12         Yes, this looks like Sai's e-mail for
13 ACET Global.
14     Q.  Okay.
15     A.  They -- they didn't update it.  Zulily didn't
16 update it.
17     Q.  Okay.
18     A.  They only updated the address.
19     Q.  Okay.  And can you tell me what the writing
20 is on this?
21     A.  I think it's Dana's or Paula's handwriting.
22         When they -- because they work for --
23 for the warehouse, when they ship out the items, they
24 make notes like "All Shipped" and the date.
25     Q.  Okay.  And when was this shipped?

Page 83

1      A.  February 6, 2019, you -- it says there.
2      Q.  Okay.  And can you tell me if I'm correct
3  that you're referring to what's marked as Exhibit 2?
4  Is there an Exhibit 2 sticker on the top of this
5  document?
6      A.  I don't -- I don't know what that "Exhibit 2"
7  means, no.
8      Q.  Can you look on your screen?  Does it --
9      A.  I don't --
10     Q.  -- show it?
11     A.  Are you asking me what does this Exhibit 2
12 mean?
13     Q.  I've placed the Exhibit 2 mark on there.
14     A.  Oh.  Okay.
15     Q.  I just want to make sure we're looking at the
16 same document.
17         You see that?
18     A.  Yes.
19     Q.  Okay.  Would you look at the types of
20 inventory in -- that are reflected on this pick sheet?
21     A.  Mm-hm.
22     Q.  Are those types of inventory that ACET Global
23 had?
24     A.  For the earbuds?
25     Q.  Yes, ma'am.

Page 84

1      A.  Like -- like, for the Moonlight Lamp,
2  Moonlight Lamp, I'm really not too familiar with those
3  items' inventory, because we have too many SKUs.  I
4  just do recording.
5          And I'm familiar with those items, but I
6  cannot tell you, okay, if that's only for Windspeed or
7  ACET.
8      Q.  Okay.
9      A.  Uh-huh.
10     Q.  Okay.
11     A.  But I'm familiar with those items.
12         (Marked Lin Exhibit No. 3.)
13     Q.  (BY MR. FREEMAN)  Jane, I'm putting up what is
14 marked as Exhibit 3.
15     A.  Yes.
16     Q.  Can -- do you recognize this document?
17     A.  Yes, the bill from DHL.
18     Q.  Okay.  How often would you receive a bill
19 from DHL?
20     A.  Okay.  Let me see.
21         Okay.  So, actually, I cannot tell you
22 if this is from DHL eCommerce or from DHL Express.  We
23 have two DHLs.
24     Q.  Okay.  Can you tell me who the vendor is
25 that's reflected on this?

Page 85

1      A.  Vendor?
2      Q.  Yes, ma'am.
3      A.  Okay.  Because, I'm not -- I don't know if
4  this -- this is DHL eCommerce or DHL Express.
5      Q.  Okay.
6      A.  You have to tell me which one.
7      Q.  I just --
8      A.  Let me see.  There was account number, but
9  I -- I don't recognize by accounting numbers.
10     Q.  Is that helpful, Jane?
11     A.  I'm looking.
12     Q.  Jane, if you can see where I'm pointing at --
13     A.  Because -- yes.
14     Q.  -- this may help you.
15     A.  Oh.  eCommerce.  Okay.
16         So this is -- we use this to ship out to
17 our marketplaces.  It's not from our vendor.
18     Q.  Okay.
19     A.  We use -- yeah.  We ship out.
20     Q.  Okay.  So does this reflect your shipping
21 costs?
22     A.  Yes.
23     Q.  Okay.
24     A.  Internal ones, yes.
25     Q.  Okay.  And is Windspeed Trading the customer

22 (Pages 82 to 85)

Page 86

1    here?  Is that correct?
2         A.  Yes, but the address was wrong.
3         Q.  How is that address wrong?
4         A.  Okay.  There, it was from the old office; but
5    our company name was correct there.
6         Q.  So did Windspeed use ACET Global's old
7    office?
8         A.  Okay.  I'm -- I do not know about this part.
9    Sometimes it just didn't update that.
10        Q.  Did Windspeed just take over ACET Global's
11   account?
12        A.  Okay.  For DHL?  I -- I do not remember.  I
13   do not remember.
14            Yeah, I'm not sure.
15        Q.  Okay.  Do you have any idea why it would have
16   the 1501 10th Street address on it?
17        A.  No.  I don't deal with DHL.  I only pay
18   bills.  So I didn't create any account or talk to
19   them, no.
20        Q.  Who dealt with DHL?
21        A.  Who dealt with DHL?
22        Q.  Yes, ma'am.
23        A.  You mean create account or anything like
24   that?
25        Q.  Yeah.  Who would be the person that -- that

Page 87

1    knows about this document or dealings with DHL?
2         A.  Dana ship out items, so she is dealing with
3    DHL every day because someone is going to come and
4    pick up the items.
5             And I pay for bills.
6         Q.  Okay.
7             Okay.  I want to ask you about a -- a
8    few other people.
9             Do -- Sai Vattana?
10        A.  Mm-hm.
11        Q.  Who is Sai Vattana?
12        A.  She's doing sales.  Sales manager for
13   Windspeed.
14        Q.  Okay.  When did you first meet Sai?
15        A.  March 2018.
16        Q.  Okay.  And was she an employee of ACET
17   Global?
18        A.  Yes.
19        Q.  What about Dana Tomerlin?
20        A.  I met her at March 2018.
21        Q.  Okay.  And she was an employee then of ACET
22   Global?
23        A.  Yes.
24        Q.  What is Dana's role?
25        A.  She's doing -- she works in the warehouse at

Page 88

1    that time.
2             You mean at ACET Global?
3         Q.  Yes, ma'am.
4         A.  Yes, she was working in the warehouse.
5             She was packing -- packing -- yeah.
6    Like that -- print out those, like, labels and pack
7    packages.
8         Q.  Was she familiar with the inventory, then?
9         A.  At that time?
10        Q.  Yes, ma'am.
11        A.  I -- I think she was more familiar with
12   those than me because she worked in the warehouse.
13   She knows more items.
14        Q.  Did she work at the warehouse for ACET
15   Global?
16        A.  Yes.
17        Q.  Did she work at the warehouse for Windspeed?
18        A.  Yes.
19        Q.  Were those the same warehouses?
20        A.  No.  We had -- we moved to the new office.
21        Q.  Okay.  Was the warehouse part of the office?
22        A.  Yes.
23        Q.  So was inventory moved from the old office
24   warehouse the new one?
25        A.  I -- I didn't do any moving.  I -- I didn't

Page 89

1    pack those inventories, so I -- I do not know.
2         Q.  You don't know if anyone else did?
3         A.  You mean move -- move all the inventory to
4    the new building?
5         Q.  Yes, ma'am.
6         A.  We had a moving company.
7         Q.  Do you know who packed it up to move it?
8         A.  Either the moving company or Dana.  I
9    don't -- I do not know.
10            I didn't do it.
11        Q.  Okay.  Jane, I'm -- I'm putting up on the
12   screen what is marked as Exhibit 6.
13        A.  Mm-hm.
14        Q.  Do you recognize this document?
15        A.  No.
16        Q.  No?  I'm going to scroll through so that you
17   can see the whole document.
18        A.  Okay.
19            MR. PERRIN:  I got a question for the
20   court reporter.  Exhibit 6 that I've got and received
21   was the affidavit of Monica Plaskett.
22            MR. FREEMAN:  Oh.  You know what?  I'm
23   pulling from Dana's -- let me give you this.
24            MR. PERRIN:  All right.  Does Dana have
25   different ones?  Because, we've not received Dana's

23 (Pages 86 to 89)

Zhexian Jane Lin  *  March 26, 2021

## Page 90

1   documents yet.
2          MR. FREEMAN:  They are virtually the
3   same but there are some numbering differences.
4       Q.  (BY MR. FREEMAN)  So, Jane, I'm putting on the
5   screen now what has marked as Exhibit 8.
6       A.  Mm-hm.
7          (Marked Lin Exhibit No. 8.)
8       Q.  (BY MR. FREEMAN)  Do you recognize this
9   document?
10      A.  No.  I do not remember it.
11      Q.  I'm -- I'm going to scroll through this again
12  so that you can see it.  Okay.
13          Jane, is that your name listed?
14      A.  Yes.
15      Q.  And --
16      A.  Yes.
17      Q.  Yes.  And do you know -- you don't remember
18  this document?
19      A.  Yeah.  And I just saw a signature.  It looks
20  like my signature, but I don't remember this.
21      Q.  You don't believe you --
22      A.  That's my signature.  Looks like my
23  signature, but I just do not remember this
24  authorize.com -- dot-net.
25      Q.  Okay.  Do you remember changing any of the

## Page 91

1   bank accounts from ACET Global to Windspeed?
2       A.  Yes.
3       Q.  And do you remember changing any of the
4   vendor payment accounts from ACET Global to Windspeed?
5       A.  You mean update the -- update our new vendor
6   account to our customers or vendors?
7       Q.  Yes.  Updating the bank account with your --
8   with ACET Global's old vendors; updating Windspeed's
9   bank account?
10      A.  Mm-hm.  I didn't do that, but I know they
11  did.
12      Q.  Okay.  And you don't know if you filled this
13  document out?  Or -- or are you saying you did not?
14      A.  It looks like I did, but I -- I don't
15  remember.
16      Q.  Okay.
17      A.  I don't even know what -- what is this for.
18      Q.  Okay.  Let's look at this.
19          The "Merchant Information," who does it
20  reflect as the company?
21      A.  It says "Acet Global" there.
22      Q.  And what is the address?
23      A.  Yes.  That's the old office address.
24      Q.  Okay.  So that is the 1501 address of ACET
25  Global; is that correct?

## Page 92

1       A.  Yes.  That's -- that was the old office,
2   mm-hm.
3       Q.  Okay.  And on the "New Account Owner
4   Information" at the bottom, does it reflect your name?
5       A.  Yes.
6       Q.  And your e-mail -- and your e-mail address?
7       A.  Yes.
8       Q.  And is that a Windspeed Trading e-mail
9   address?
10      A.  Yes.
11      Q.  Okay.
12          All right.  Here in bold on the
13  second -- second page, can you look at that and tell
14  me what you understand this document to be doing?
15      A.  Closing your account.
16          What account?
17      Q.  You're not sure what account this was?
18      A.  No.  I really do not remember.
19      Q.  Okay.  Down in the next box, what was your --
20  what was the title you put on this?
21      A.  "Accounting manager."
22      Q.  Is that the title that you used?
23      A.  Yes.
24      Q.  Okay.  And is that your phone number?
25      A.  Yes.

## Page 93

1       Q.  Okay.  And down below, are you certifying
2   that you had authority to make this change?
3       A.  This sounds a little bit familiar to me now,
4   but I -- I still do not remember what this -- what
5   this is for.
6          But that -- sorry.
7       Q.  Sorry.  I can go up or down, wherever you --
8       A.  Right.
9       Q.  -- need me to go.
10      A.  I really cannot recall authorize.net.  I
11  don't know what -- what it is.
12      Q.  Okay.
13      A.  Sometimes I just -- I just fill out the forms
14  per request.
15      Q.  And who would have requested that?
16      A.  For this one, I do not remember because I
17  don't even know what is this for.
18          But most of the times when I fill out
19  some documents, I -- I just listen.  Bill just give
20  me, inform me to do it.
21      Q.  So Bill Szeto would tell you what to do?
22      A.  Yes.  I always follow him.
23          But, for this one, I'm not sure because
24  I do not remember anything about this.
25      Q.  Would you ever have just done this on your

24 (Pages 90 to 93)

Zhexian Jane Lin   *   March 26, 2021

## Page 94

1  own?
2      A.  If -- if it's filling out forms, yes.  I do
3  that on my own.
4      Q.  Or deciding to do this?  Would you have made
5  that decision?
6      A.  No.  No.  I don't -- I don't make decisions
7  on anything.
8      Q.  Would Bill Szeto make that decision?
9      A.  Normally, yes; but, for this one, I do not
10 remember because I don't recognize this.
11     Q.  Okay.  Jane, I want to put up what's marked
12 Exhibit 9.
13     A.  Yes.
14          (Marked Lin Exhibit No. 9.)
15     Q.  (BY MR. FREEMAN)  Do you --
16     A.  Yes.
17     Q.  -- see that document on your screen?
18     A.  Yes.  I saw that.
19     Q.  Do you recognize this document?
20     A.  Okay.  I think this is the merchant agreement
21 with our customers; but I'm not doing sales, so I'm
22 not too familiar with those.
23          But it looks like it's merchant
24 agreement.
25     Q.  Okay.  Jane, down at the bottom, is --

## Page 95

1      A.  Mm-hm.
2      Q.  -- is that your signature and name?
3      A.  Yes, because -- because, at that time, I
4  tried to help with the sales on Restaurant only
5  because we were short.
6          You know, everybody was too busy.  I
7  offered my help for Restaurant for short period of
8  time.
9      Q.  Okay.
10     A.  Mm-hm.
11     Q.  And -- and what does that mean, helped with
12 Restaurant?
13     A.  Like, I help them post some -- submit some
14 products to Restaurant.
15     Q.  Okay.
16     A.  I did it.  Only for Restaurant.
17     Q.  Okay.  What title did you use on this
18 document?
19     A.  I think -- I cannot see my signatures.  Can
20 you -- can you -- can -- okay.  Can I see -- I -- I
21 cannot see that.
22     Q.  Do you see --
23     A.  Oh.  Okay.
24     Q.  -- restaurant.com?
25     A.  I think -- I got trained at that time for

## Page 96

1  doing that.  I didn't know which title to put on
2  there, so I just put "Sales."
3          I helped them with Restaurant for a
4  short period of time.
5      Q.  Okay.  Was that during 2019?
6      A.  2019, yes.
7      Q.  Okay.
8      A.  We didn't have too much sales on Restaurant.
9  It was, you know, so they -- I just offered them to
10 help, to help them send -- send out -- e-mail out the
11 items.
12     Q.  Okay.  Was this inventory?
13     A.  Not inventory, like items.  Like -- like --
14 because, Sai told me, "Okay" -- okay, give me a list
15 of items, okay, you can submit to Restaurant, and I
16 just fill out the -- the quantity and the pricing and
17 I sent to them.
18     Q.  The items --
19          (Speaking simultaneously.)
20     A.  I just helped them finish the spreadsheet.
21     Q.  (BY MR. FREEMAN)  Okay.  The items you're
22 referring to, were those inventory?
23     A.  Sai gave me -- I just -- Sai -- I just -- she
24 just gave me suggestions.  "Okay, like this item, you
25 can send to Restaurant this month."

## Page 97

1      Q.  Okay.
2      A.  I -- mm-hm.
3      Q.  Jane, how many other titles did you have?  Or
4  was it just --
5      A.  Actually, I don't have any titles except
6  accounting.
7      Q.  Okay.
8      A.  Accounting.
9      Q.  Was this -- so this reflects a title of
10 "Sales"; is that correct?
11     A.  Right, because I offered my help at that
12 time.
13     Q.  Okay.
14     A.  Sai was too busy, and I offered my help for
15 Restaurant only.
16     Q.  Okay.  Did -- did you ever use any other
17 titles, though?
18     A.  No.
19     Q.  Okay.
20     A.  Actually, when I send the e-mails, I -- I
21 don't even put a title.  I just put my name on there.
22     Q.  Okay.
23          Did you decide to enter into this
24 agreement?
25     A.  I'm sorry?

25 (Pages 94 to 97)

Zhexian Jane Lin  *  March 26, 2021

## Page 98

1      Q.  Did -- did you decide to do this agreement?
2      A.  Decide?  You mean...?
3      Q.  Let me ask it another way.
4           Jane, did -- did someone request you
5   to -- to handle --
6      A.  I got --
7      Q.  -- this document?
8      A.  I got this from Restaurant because I send
9   them some issues.  When they accepted our items, they
10  send me the agreement for me to sign.
11     Q.  Okay.
12     A.  Just like a mutual agreement.
13     Q.  Did -- did Bill Szeto ask you to do this or
14  did you just do it?
15     A.  I offered my help.
16     Q.  To Bill?
17     A.  Because -- to sales.
18          Sai was too busy, and I offered my help.
19  Because Monica left, we were -- we -- we just -- we
20  just need help; so I offered my help.
21     Q.  Okay.  Who did you offer your help to
22  specifically?
23     A.  Didn't to somebody, just offered my help
24  to -- to do sales for Restaurant because Restaurant
25  was a very small marketplace, and which I can handle.

## Page 99

1      Q.  Okay.
2      A.  We didn't have a lot of sales on there.
3      Q.  Jane, I'm putting up on the screen what's
4   marked as Exhibit 10.
5      A.  Mm-hm.
6           (Marked Lin Exhibit No. 10.)
7      Q.  (BY MR. FREEMAN)  Can you see this document?
8      A.  Yes.
9      Q.  And what is this document?
10     A.  Okay.  I'm familiar with this one because --
11     Q.  Okay.
12     A.  -- we sent to our bank to -- to close three
13  bank accounts.
14     Q.  Okay.  Whose bank accounts were they?
15     A.  The -- the three -- all the three accounts
16  were under ACET Global.
17     Q.  Okay.
18     A.  When I -- when I work for ACET global, I had
19  those three bank accounts.
20     Q.  Were there ever any other bank accounts?
21     A.  We had our new -- we had our Windspeed new
22  bank account after our company was established.
23     Q.  Okay.  What happened to all the money that
24  was in the ACET bank accounts?
25     A.  I didn't -- I -- okay.  I think there was not

## Page 100

1   the too much money left there.
2      Q.  Okay.  You don't know what happened to it,
3   though?
4      A.  I -- I don't think there were too much money
5   left.
6      Q.  Okay.  But you don't know what happened to
7   it?
8      A.  With the money, no.
9      Q.  So this document was to -- was prepared to
10  close ACET Global's bank accounts?
11     A.  Yes.
12     Q.  And who -- who prepared this document?
13     A.  Bill signed.
14     Q.  Did you --
15     A.  I --
16     Q.  -- prepare it?
17     A.  I think I -- I called the bank and I was
18  told, "You need to get your boss to sign," and they
19  send us some document to -- for closing account.
20     Q.  (BY MR. FREEMAN)  Okay.
21     A.  So that's why we had a -- this.
22     Q.  Did they need Windspeed's boss or ACET
23  Global's boss?
24     A.  Oh, they just said my boss.
25     Q.  Okay.

## Page 101

1      A.  Which is William.
2      Q.  Why was Windspeed closing ACET Global's bank
3   account?
4          MS. HARD-WILSON:  Objection; form.
5      A.  Bill told me to do it.
6      Q.  (BY MR. FREEMAN)  Okay.
7      A.  I don't know why he told me to do it, but he
8   told me.
9      Q.  Why did Bill have authority to close ACET
10  Global's bank account?
11     A.  I never talked about this with him.
12          MS. HARD-WILSON:  Objection; form.
13     Q.  (BY MR. FREEMAN)  Was Bill a signer on the
14  bank account?
15     A.  I do not know.  But -- but it -- he -- but
16  we -- but we closed this account successfully.
17     Q.  Now, this is in 2019.  I thought that ACET
18  Global was closed in 2018.
19     A.  Right.
20     Q.  Why did it still have bank accounts open?
21          MS. HARD-WILSON:  Objection; form.
22     A.  I -- I really do not know.  Because Bill
23  didn't close it.
24          I just followed his instructions.
25     Q.  (BY MR. FREEMAN)  Bill controlled all of that?

26 (Pages 98 to 101)

Zhexian Jane Lin   *   March 26, 2021

## Page 102

1    A.  Right.  He made decisions.
2    Q.  Is it correct, in fact, that ACET Global did
3  still have bank accounts open after September of 2018?
4    A.  It looks like, yes, because this -- those
5  accounts were under ACET Global.
6    Q.  Okay.  Who was paying you to do this work
7  related to ACET Global?
8    A.  Paying me?
9    Q.  Yes, ma'am.
10    A.  I got paid from Windspeed after October.
11    Q.  Okay.  Did you get a final paycheck from ACET
12  Global?
13    A.  Final paycheck?
14    Q.  Yes.  Or -- or did Windspeed pay you for your
15  old work?
16        MR. PERRIN:  Objection; form.
17    A.  From when?  From when?
18    Q.  (BY MR. FREEMAN)  From September of 2018.
19    A.  I think Windspeed started to pay me from
20  October.
21    Q.  So did Windspeed pay you for any of the work
22  you had done while you were employed by ACET Global?
23    A.  No.  Windspeed was established after ACET was
24  closed.
25    Q.  Okay.  Jane, now I'm putting up on the screen

## Page 103

1  a document that's marked as Exhibit 11.
2        (Marked Lin Exhibit No. 11.)
3    Q.  (BY MR. FREEMAN)  Do you recognize this
4  document?
5    A.  No content, right?
6    Q.  I'm sorry -- yes, you're correct.
7        Does this look familiar, this document
8  or type of document?
9    A.  It was from Toshiba printer.
10    Q.  And what is the Toshiba printer?
11    A.  Toshiba printer was the printer in -- in our
12  office.
13    Q.  Okay.  Did you get a document like this
14  whenever you printed a document on it?
15    A.  Print?  No.
16    Q.  Did you get a --
17    A.  Probably scan.  I didn't remember, but I
18  never paid attention to this.
19    Q.  (BY MR. FREEMAN)  Did you get a document like
20  this whenever you did a scan on the Toshiba scanner?
21    A.  I do not remember.
22        I saw them scan documents.  I don't --  I
23  didn't scan that often.
24    Q.  Does this look like you scanned this
25  document?

## Page 104

1    A.  It looks like somebody else because they send
2  to my e-mail, right?  From Toshiba scanner to my
3  e-mail.
4        Okay.  Yeah, probably did.  I -- I do
5  not remember.  Yeah, it -- it was something scanned
6  and sent to my e-mail.
7    Q.  Okay.  And what date was this done?
8    A.  It says Friday, March 22nd.
9    Q.  Okay.
10    A.  It says that.
11    Q.  2019?
12    A.  Mm-hm.  It -- it -- it says on there.  Right.
13    Q.  Okay.  Do you know when y'all got rid of the
14  Toshiba scanner?
15    A.  When?
16    Q.  Yes, ma'am.
17    A.  I do -- I can check, but I do not remember.
18    Q.  Okay.
19    A.  Long time ago.
20    Q.  Is that something you'd be willing to provide
21  us after the deposition that information?
22    A.  I do not remember when --
23        MR. PERRIN:  Well, we'll discuss that
24  with our client and get back to you Jason.
25        MR. FREEMAN:  Okay.  Thanks, Tim.

## Page 105

1    Q.  (BY MR. FREEMAN)  Jane, I am -- I am putting
2  up on the screen a document that's marked as
3  Exhibit 12.
4        (Marked Lin Exhibit No. 12.)
5    Q.  (BY MR. FREEMAN)  Can you see that document?
6    A.  Yes.
7    Q.  And I -- I will scroll up so you can see the
8  whole thing.
9        Jane, what is this document?
10    A.  Can you scroll down?
11    Q.  Yes, ma'am.
12    A.  Vendor profile and banking change form.
13        Okay.  It looks like we updated our bank
14  informations to Zulily.
15    Q.  Okay.  And why was that being done?
16        MR. PERRIN:  Object to the --
17    A.  Why?  Are you asking me why?
18    Q.  (BY MR. FREEMAN)  Yes, ma'am.
19    A.  Oh.  That bank account was under Windspeed.
20  That's -- that's Windspeed bank account.  So we're
21  trying to update from ACET bank account to Windspeed
22  bank account.
23        MR. FREEMAN:  Tim, did I hear -- did you
24  have something?
25

27 (Pages 102 to 105)

Zhexian Jane Lin   *   March 26, 2021

---

Page 106

1      MR. WOODS:  No.  I'm muted.
2      MR. FREEMAN:  Sorry.
3    Q.  (BY MR. FREEMAN) Jane, so is this -- is this
4  Windspeed transferring over the banking account
5  information that was on file with Zulily to change it
6  from ACET Global's bank account to Windspeed's bank
7  account?
8    A.  It didn't say anything about ACET bank
9  account but, yes, this bank account number is the one
10  on the Windspeed.  On the --
11      (Speaking simultaneously.)
12    Q.  (BY MR. FREEMAN) Okay.
13    A.  I recognize it.
14    Q.  Okay.  And do you believe that's what this
15  was doing?
16      MS. HARD-WILSON:  Objection; form.
17    A.  It looks like so.
18    Q.  (BY MR. FREEMAN) Looks like --
19    A.  We are -- we are showing them this is our
20  bank account number.
21    Q.  And updating it from ACET Global's bank
22  account?
23    A.  It didn't mention anything about ACET Global,
24  so I...
25    Q.  So you don't know?

---

Page 107

1    A.  I -- actually, I -- I am not too familiar
2  with this form.  I do not remember.  But it looks like
3  so.
4    Q.  Okay.
5    A.  For -- you know.
6    Q.  Why did you fill this form out?  Were you
7  asked to do that by anyone?
8    A.  It has to be, yes.
9    Q.  Who would that have been?
10    A.  Either Sai or Bill.  I don't know.
11      But I was told -- if -- if this is a
12  form I filled out, because there is no my -- no
13  signature, right?  There's -- I didn't see any
14  signatures.  So I always fill out any documents per
15  request.  I don't make decisions.
16    Q.  Okay.  Jane, I'm putting up on the screen a
17  document that's marked as Exhibit 13.
18      (Marked Lin Exhibit No. 13.)
19    Q.  (BY MR. FREEMAN) Can you see that document?
20    A.  Yes.
21    Q.  Okay.  Who's on -- who is this -- what is
22  this document?
23    A.  (Reading.)
24      I do not remember if this is something I
25  sent out.

---

Page 108

1    Q.  So is this an e-mail?
2    A.  But I do not -- I -- I even don't know what
3  does it mean, ACET's franchise Web file number.  I
4  don't even know ACET franchise Web file number.
5    Q.  Okay.
6    A.  Because, you know, I -- sometimes they -- if
7  they ask me questions for me, I...
8      But, for this one, I do not remember.
9    Q.  Okay.  Let me ask you.
10      Is this -- is this -- who is this an
11  e-mail from?
12    A.  It looks like it's from me.
13    Q.  Okay.  And is this your Windspeed Trading
14  e-mail address?
15    A.  Yes.
16    Q.  Okay.  And who is this an e-mail to?
17    A.  I really don't know who's that, Campbell.  I
18  don't remember.
19    Q.  Does it say Duncan Campbell?
20    A.  Right.  I -- I really don't remember this --
21  I don't recognize this name.  That's weird.  Because,
22  sometimes if from me, sometimes I just, you
23  know -- I don't know.
24      I don't recognize this e-mail.
25    Q.  That's okay.

---

Page 109

1    A.  When -- when was that?
2    Q.  That's a good question, Jane.
3    A.  Oh.  Let me see.  Can you scroll down a
4  little bit?
5    Q.  Yeah.  I -- I think you can see from the
6  e-mail header here, Jane, if you can see where I'm
7  marking.
8    A.  Oh.  Let me see.
9    Q.  And I think it's --
10    A.  It's some --
11      (Speaking simultaneously.)
12    A.  Okay.
13    Q.  (BY MR. FREEMAN) I think it has
14  Mr. Campbell's --
15    A.  Probably the Campbell is -- is -- is -- okay.
16  I can start -- because I -- there was too many people.
17  I -- I don't know who is -- Campbell is but it looks
18  like we're talking about some taxes.
19    Q.  (BY MR. FREEMAN) Are those possibly
20  Windspeed's accountants?
21    A.  Windspeed -- no.  I'm only -- I'm the only
22  one.
23    Q.  Are they possibly outside CPAs?
24    A.  No.  We don't have any --
25      MS. HARD-WILSON:  Objection; form.

---

Usher Reporting Services
(214) 755-1612

Zhexian Jane Lin   *   March 26, 2021

## Page 110

1    A.  We don't have any outside CPAs.  I'm the only
2  one.
3    Q.  (BY MR. FREEMAN)  Okay.
4    A.  I'm pretty sure.
5    Q.  Let me -- let me ask you up on top.
6        Who is -- who is cc'd on this e-mail
7  from you?
8    A.  Okay.  William Szeto, my boss; Matt is the
9  one from Baymark.
10    Q.  Okay.  Why is Matt cc'd on this?
11        MS. HARD-WILSON:  Objection; form.
12    A.  I do not remember.  Probably he knows about
13  Campbell.  I don't know.  I do not remember.
14        And I even didn't recognize Campbell.
15  Who is that?
16    Q.  (BY MR. FREEMAN)  It -- did you -- did you
17  ever have any correspondence with Matt Denegre?
18    A.  Correspondence?
19        MR. PERRIN:  Objection; form.
20    A.  Okay.  What does "correspondence" mean?
21    Q.  (BY MR. FREEMAN)  Did -- did you ever have any
22  e-mails with Matt Denegre on them?
23    A.  I -- yes.  I talked to them.  I -- I'm pretty
24  sure that I did receive e-mail from him before.
25    Q.  And you --

## Page 111

1    A.  But I don't -- I don't talk to him directly.
2        Like, if we -- if I'm -- if, like --
3  some -- sometimes it's like, okay, I just -- like, for
4  this e-mail, I just don't do not remember, and I just
5  didn't recognize it.
6    Q.  Did you ever send e-mails to Matt Denegre
7  relating to tax matters?
8    A.  Tax matters?
9    Q.  Yes, ma'am.
10    A.  This one seems like -- seems to be like that,
11  right?  But I just do not recognize it.
12    Q.  Whose tax matters are the -- is this e-mail
13  related to?
14        MS. HARD-WILSON:  Objection; form.
15    A.  It says, Attached is the request list for the
16  ACET Global 2018 taxes. [as read]
17        Okay.  It looks like Campbell was the
18  one to help us file ACET Global 2018 taxes -- oh.
19        Okay.  Okay.  I think so, yes.
20    Q.  (BY MR. FREEMAN)  Okay.
21    A.  Mm-hm.
22    Q.  Did -- did Windspeed use Duncan Campbell's
23  accounting firm?
24    A.  No.
25    Q.  Why not?

## Page 112

1    A.  Because --
2        MS. HARD-WILSON:  Objection; form.
3    A.  Because -- because I'm -- I'm doing
4  accounting and I'm taking care of all those taxes for
5  Windspeed.
6    Q.  (BY MR. FREEMAN)  Okay.  Do you file
7  Windspeed's tax returns?
8    A.  I think Bill did; but I help with -- I help
9  him for the informations.
10    Q.  And does he give you all of the information
11  needed?
12    A.  Mm-hm.  Yes.  He asks me, and I just provided
13  him.
14    Q.  And does he tell you every -- every person or
15  entity that has an economic interest in Windspeed?
16    A.  No.
17        MS. HARD-WILSON:  Objection; form.
18    Q.  (BY MR. FREEMAN)  Did he ever tell you that
19  Super G Capital had an economic interest in Windspeed?
20        MR. PERRIN:  Objection; form.
21    A.  No.  No.
22    Q.  (BY MR. FREEMAN)  Did he ever tell you that
23  Windspeed -- that Super G Capital had a warrant for
24  40 percent of Windspeed?
25    A.  No.

## Page 113

1        MS. HARD-WILSON:  Objection; form.
2    Q.  (BY MR. FREEMAN)  He never referenced that?
3    A.  I always do the bookkeeping things, so...
4    Q.  Did he ever tell you that an entity with the
5  name Baymark in it had a 40 percent ownership interest
6  in Windspeed Trading?
7        MR. PERRIN:  Objection; form.
8    A.  No.
9    Q.  (BY MR. FREEMAN)  Did he ever tell you that an
10  entity with the name Baymark in it had a 40 percent
11  economic interest in Windspeed?
12    A.  No.
13        MS. HARD-WILSON:  Objection; form.
14    A.  No.
15    Q.  (BY MR. FREEMAN)  Did he ever tell you that
16  the an entity with the name Baymark in it had a
17  warrant for 40 percent of the membership interest in
18  Windspeed?
19        MS. HARD-WILSON:  Objection; form.
20    A.  No.  No.  I think -- no.
21    Q.  (BY MR. FREEMAN)  Did he ever tell you
22  anything related to any of those questions?
23    A.  Bill is the owner of the company.
24        MR. PERRIN:  Objection; form.
25    Q.  (BY MR. FREEMAN)  Nobody else?

Usher Reporting Services
(214) 755-1612

Zhexian Jane Lin   *   March 26, 2021

---

Page 114

1   A.  No.
2   Q.  Okay.  Would you have wanted to know that if
3   those facts were true and you were preparing
4   Windspeed's tax returns?
5        MR. PERRIN:  Objection; form.
6        MS. HARD-WILSON:  Objection; form.
7   A.  Okay.  I don't understand this question.
8   Q.  (BY MR. FREEMAN)  If other entities had an
9   interest in Windspeed besides Bill Szeto, if you were
10  preparing Windspeed's tax returns, would you want to
11  know that?
12  A.  Bill is the --
13       MS. HARD-WILSON:  Objection; form.
14  A.  Bill is the 100 percent owner of Windspeed.
15  Q.  (BY MR. FREEMAN)  Is that how Bill reports it
16  on his tax returns?
17  A.  I think so.  I -- I didn't know anything
18  about Baymark for Windspeed.  Bill, he fill -- he --
19  he filed his tax -- Bill filed Windspeed taxes on his
20  own, and I helped him with the numbers.
21  Q.  Okay.  Did Bill file ACET Global's tax
22  returns on his own?
23  A.  I do not know.  I do not know.
24  Q.  Does Bill have a background in accounting?
25  A.  No.

---

Page 115

1   Q.  Does Bill have a background in taxes?
2   A.  We -- we had a software.
3   Q.  But does Bill have a background in taxes?
4        MR. PERRIN:  Objection; form.
5   A.  I don't know.
6   Q.  (BY MR. FREEMAN)  Okay.  Did Bill ever provide
7   you with a copy of a Windspeed Trading, LLC operating
8   agreement or company agreement?
9   A.  I think we -- I have some documents in my
10  office.
11  Q.  Okay.  Have you ever read those documents?
12  A.  I filed those in my cabinet because that's --
13  that's a lot.  I didn't read those.
14  Q.  Okay.  So you wouldn't know if those stated
15  that Super G Capital had some kind of interest in
16  Windspeed?
17  A.  No.
18  Q.  And you wouldn't know if a company with the
19  name Baymark in it had some kind of interest in
20  Windspeed?
21       MR. PERRIN:  Objection; form.
22  A.  No, I -- I don't know.  I think -- I only
23  know Bill is my boss, and he's the owner of the
24  company.
25  Q.  (BY MR. FREEMAN)  That's what he's told you?

---

Page 116

1   A.  Yes.
2   Q.  And do you know -- we've talked a little bit
3   about Super G Capital.
4        Do -- do you know Marc Cole with Super G
5   Capital?
6   A.  No.
7   Q.  While you were working at ACET Global, were
8   you familiar with ACET Global's financial performance?
9   A.  I did -- I did do some financial reports
10  every month but I do not remember the numbers now.
11  Q.  Okay.  Would you look at its revenues?
12  A.  I -- I did all the financial reports for
13  them.
14  Q.  Okay.
15  A.  For the last few months.
16  Q.  So would that include revenues and expenses?
17  A.  Yes.
18  Q.  And assets and liabilities?
19  A.  Mm-hm.
20  Q.  Did you feel like ACET Global was failing?
21       MR. PERRIN:  Objection; form.
22  A.  I didn't think about.  But I know --
23  because, right now, I don't remember the numbers;
24  but -- and I -- I never thought of closing things.  I
25  never thought of that.

---

Page 117

1   Q.  (BY MR. FREEMAN)  You didn't -- it didn't seem
2   like that was -- it was never in your head that that
3   was going to be necessary, it jus kind of happened?
4        MR. PERRIN:  Objection; form.
5   A.  I just did my routine things and finished the
6   numbers and everything.
7   Q.  (BY MR. FREEMAN)  Okay.
8        Did ACET Global have a liability owed to
9   Super G Capital?
10  A.  ACET Global?
11       MS. HARD-WILSON:  Objection; form.
12  Q.  (BY MR. FREEMAN)  Yes, ma'am.
13       MR. PERRIN:  Can you repeat the
14  question?  I'm sorry.  It -- I -- I didn't hear it.
15  It got stepped on.
16       MR. FREEMAN:  Yep.
17  Q.  (BY MR. FREEMAN)  Did ACET Global have a
18  liability to Super G Capital at any time?
19  A.  I don't know.  I don't know.  I really don't
20  know.
21  Q.  Do you remember if ACET Global was making any
22  the payments, ever, to Super G Capital?
23  A.  I have to check.  I do not remember.
24       But, for Windspeed, yes.
25  Q.  Okay.  But not for ACET Global, that you

---

30 (Pages 114 to 117)

Zhexian Jane Lin  *  March 26, 2021

## Page 118

1   remember?
2       A.  I do not remember, so I -- I do not remember.
3   I really do not remember something -- long time ago.
4       Q.  Do you remember any the discussions with
5   anyone about whether to pay Super G Capital?
6       A.  No.
7           For the first few months when I worked
8   for ACET, I just focused on getting trained in
9   accounting.
10      Q.  Do you remember anyone talking about
11  defaulting, that -- ACET Global defaulting on any
12  loans?
13      A.  No.
14      Q.  You don't remember them talking about
15  defaulting on a loan to Super G Capital?
16      A.  No.
17      Q.  Do you remember anyone talking about
18  defaulting on a loan to --
19      A.  No.
20      Q.  -- to Tomer Damti?
21      A.  No.
22      Q.  Jane, I'm -- I'm putting on the screen what's
23  marked as Exhibit 14.
24          (Marked Lin Exhibit No. 14.)
25      Q.  (BY MR. FREEMAN)  Can you see that document?

## Page 119

1       A.  Yes.
2       Q.  Okay.  Are you familiar with this document?
3   Have you seen it --
4       A.  No.  I've never seen this.
5       Q.  Can you tell me who this document is
6   addressed to?
7       A.  I even didn't recognize this address.
8       Q.  Does the document say that it's addressed to
9   ACET Global, LLC?
10      A.  But that's not our old office address.  I
11  don't know what this address was for.
12      Q.  Whose name is this to the attention of?
13      A.  David Hook.
14          I don't know him.
15      Q.  Okay.  But you're not familiar with this --
16  I'm going to scroll through it for you.
17          Do any of these items look familiar?
18  And I'm showing you what's marked as Exhibit 1 to
19  Exhibit 14, and it is Bates-labeled D&T Partners, LLC
20  000510.
21          Does this document look familiar to you?
22      A.  This inventory sheet, yes.  Shira -- I think
23  Shira used to use this manual form to record
24  inventory.
25      Q.  Okay.

## Page 120

1       A.  Mm-hm.  That's what -- yes.
2       Q.  Go ahead.
3       A.  Mm-hm.  Yes.
4       Q.  And why was that prepared?
5       A.  Why was that prepared?
6       Q.  Yes, ma'am.
7       A.  I didn't know.  To show the quantities.
8       Q.  Okay.  I'm going to scroll through it for
9   you, Jane, so just so you can see it.
10          Do you know if this was prepared in
11  2019?
12          MR. PERRIN:  Objection; form.
13      A.  I'm pretty sure it was not in 2019.
14      Q.  (BY MR. FREEMAN)  Okay.
15      A.  Because, I didn't prepare this.
16      Q.  Okay.  Okay.  Okay.
17          And can you read here?  Who is this
18  letter from?
19      A.  No.  I've never heard of this person.
20      Q.  It's Marc Cole, for --
21      A.  No.
22      Q.  -- Super G Capital?
23      A.  No.
24      Q.  Okay.  And can you tell me who is cc'd on
25  this letter?

## Page 121

1       A.  Julie.  I've never heard of Julie.
2           But, David, I've heard of this name.
3   But there are a lot of people called David.  So if
4   he's a David from Baymark, yes, I've heard of his
5   name.
6       Q.  Okay.
7       A.  Julie, no.
8       Q.  Okay.  But you never saw this document?
9       A.  No.
10      Q.  Okay.  Did you know anything about the
11  inventory numbers or codes that were used by ACET
12  Global?
13      A.  Inventory codes?
14      Q.  Yes, ma'am.
15      A.  What is inventory codes?
16      Q.  Like any numberings or codes that were
17  assigned to inventory.
18          Would you know anything about those?
19      A.  I don't know what is inventory codes.
20      Q.  Okay.  Let me ask you on this.  Are -- are
21  you familiar with --
22      A.  Spinner.  Fairy, yeah.  Mm-hm.
23      Q.  So -- so we're looking again at Bates
24  Page 510.  It's Exhibit 1 of Exhibit 14.  And
25  specifically, the second line lists an inventory item

Usher Reporting Services
(214) 755-1612

Zhexian Jane Lin  *  March 26, 2021

## Page 122

1    known as a Tear of a Fairy bracelet?
2        A. I'm not -- I'm not too familiar with the
3    Fairy Bracelet but I'm familiar with wrist belt.
4    Wrist belt.
5        Q. Wrist belt?
6        A. Wrist belt, yeah.
7        Q. Okay.
8        A. A-20162. Mm-hm.
9        Q. Okay. Is -- is that an inventory item that
10   Windspeed uses?
11           MR. PERRIN: Objection; form.
12       A. I really do not remember. But this one
13   sounds familiar to me.
14       Q. (BY MR. FREEMAN) Okay.
15       A. Too many items.
16       Q. Are you -- are you aware of whether
17   Super G Capital acquired the assets of ACET Global?
18           MS. HARD-WILSON: Objection; form.
19       A. No. I don't talk to Super G directly.
20       Q. (BY MR. FREEMAN) Okay. Do you know if -- do
21   you know if Super G Capital ever acquired the assets
22   of ACET Global or any asset of ACET Global?
23       A. I don't know.
24           MR. PERRIN: Object; form.
25       Q. (BY MR. FREEMAN) Okay.

## Page 123

1        A. I only got instructions from Bill.
2        Q. Okay. At the time that ACET Global was
3    closed, do you know how much it owed to Super G
4    Capital?
5        A. No. No.
6        Q. As of September 2018, do you know how much
7    ACET Global owed to Super G Capital?
8        A. No. I don't even know the relationship
9    between the two.
10       Q. As of October 2018, do you know how much ACET
11   Global owed to Super G Capital?
12       A. ACET? No, I don't know.
13       Q. As of December 31st, 2018, do you know how
14   much ACET Global owed to Super G Capital?
15       A. No. No, I don't know. I really don't know.
16       Q. Okay. Jane, I'm showing you a document
17   that's marked as Exhibit 15.
18           (Marked Lin Exhibit No. 15.)
19       Q. (BY MR. FREEMAN) Can you see this document?
20       A. Yes.
21       Q. Okay. Do you recognize this document?
22       A. No. I've never seen this.
23       Q. Okay. I'm going to scroll through it just to
24   make sure.
25           This document is not familiar to you,

## Page 124

1    correct?
2        A. No.
3        Q. Okay. Did you prepare the trial balance for
4    ACET Global?
5        A. Trial balance? Oh, the financial reports,
6    yes.
7        Q. You did.
8        A. Mm-hm.
9        Q. Did anyone help you with that?
10       A. No. Just myself.
11       Q. Did anyone give you instructions on anything
12   to enter?
13       A. Yeah. At the beginning, Shira did.
14       Q. Okay. Anybody else?
15       A. No.
16       Q. Okay. Jane, I'm -- I've put up on the screen
17   what's marked Exhibit 16.
18           (Marked Lin Exhibit No. 16.)
19       Q. (BY MR. FREEMAN) Can you see that document?
20       A. Yes.
21       Q. Do you recognize this document?
22       A. No. No.
23       Q. Okay. Are you familiar with a loan from
24   Super G Capital to Windspeed Trading in the amount
25   of --

## Page 125

1        A. This amount? No.
2        Q. -- 514,000?
3        A. No. No.
4        Q. And if you'll see where it's highlighted,
5    does it appear that this was entered into effective of
6    March 1st, 2019?
7        A. I didn't get involved with this.
8        Q. Would it be unusual that you would not --
9    since you're in charge of accounting, that you would
10   not be made aware of -- of a loan of this nature?
11       A. A loan, but --
12           MS. HARD-WILSON: Objection; form.
13       A. I know we're doing business with Super G but
14   I didn't know the amount of loan is this amount. I've
15   never seen this document.
16       Q. (BY MR. FREEMAN) Okay.
17       A. But I know we're doing business with Super G.
18       Q. Okay. And, Jane, down at the bottom, I've --
19   I've highlighted some other items here, these that --
20   these items, a, b, c, d and e, on the bottom of Page 1
21   of Exhibit 16.
22       A. Mm-hm.
23       Q. These appear to be payment amounts that are
24   called for.
25       A. Mm-hm.

Usher Reporting Services
(214) 755-1612

Zhexian Jane Lin  *  March 26, 2021

---

Page 126

1  Q. Above that, there's a start date for
2  payments.
3  A. Mm-hm.
4  Q. What date does this reflect for the start
5  date of payments?
6  A. Okay. Can you repeat your question again?
7  From which day?
8  Q. Yes, ma'am.
9  So when does this document, Exhibit 16,
10  Page 1, when -- when does it reflect the start dates
11  are for payments?
12  A. Are you asking me the first payment we made
13  to Super G?
14  Q. Or just what this document reflects.
15  MR. PERRIN: Objection; form.
16  A. Okay. For this document, I never read this
17  before; but looks like this is a payment agreement
18  between us and Super G.
19  Q. (BY MR. FREEMAN) Okay. So if you look down
20  there in the bottom box, Jane?
21  A. Mm-hm.
22  Q. Part A says, for the first three monthly
23  payments, $2,000 per month.
24  A. Mm-hm.
25  Q. Did -- did Windspeed make payments of $2,000

---

Page 127

1  per month to Super G Capital?
2  A. I think we did make payment; I don't remember
3  when, but a few thousand, yes.
4  Q. Okay.
5  A. But after that, we just pay them 400 each
6  month.
7  Q. $400 each month?
8  A. Yes. Yes.
9  Q. Okay. So like part B here, it says, for the
10  following five monthly payments commencing with the
11  monthly payment due on June 30th, 2019, $5,000 per
12  month.
13  Do you know if those payments were made
14  by Windspeed to Super G Capital?
15  A. For that five months, no.
16  Q. Part c references --
17  A. Okay. Can I explain something?
18  Okay. I didn't know you -- I don't
19  remember if we submit one or never made it; but, for
20  five months [verbatim] payment -- 5,000 per month, no.
21  Q. Okay. What about for Part c? It references
22  payments starting on November 30th of 2019, of $12,000
23  a month.
24  A. No. We didn't make that much.
25  Q. Okay. Part d references monthly payments,

---

Page 128

1  starting on June 30th, 2020, of $36,000 a month.
2  Do you know what that --
3  A. No. We -- we didn't make it.
4  Q. What about Part e? It references the final
5  payment, which would have been due on March 20th,
6  2021, of $111,144.86.
7  Was this payment made?
8  A. No. No.
9  Q. Did anyone ever discuss any of these payments
10  with you?
11  A. No.
12  Q. Okay.
13  A. No. I've never heard of this.
14  Q. Never heard of that?
15  A. No.
16  Q. But you're in charge of doing the wiring to
17  Super G, correct?
18  A. Right.
19  Q. Okay.
20  MR. FREEMAN: Folks, do you want to take
21  a five-minute break? I think we're relatively close.
22  MS. HARD-WILSON: Yes.
23  MR. FREEMAN: Okay.
24  (Break from 12:46 p.m. to 12:57 p.m.)
25  Q. (BY MR. FREEMAN) Jane, I want to thank you

---

Page 129

1  for taking your time today for -- for answering the
2  questions. I know this is not fun on your -- your
3  side. It's not particularly fun on my side, either.
4  But I want to thank you for timing the time,
5  appreciate you taking this seriously.
6  MR. FREEMAN: I will -- I will pass the
7  witness now.
8  MS. HARD-WILSON: We'll reserve.
9  MR. PERRIN: We reserve all questions
10  until time of trial.
11  (The deposition concluded at 12:57 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

33 (Pages 126 to 129)

Zhexian Jane Lin  *  March 26, 2021

## Page 130

1    WITNESS CORRECTIONS AND SIGNATURE
2      Please indicate changes on this sheet of paper,
     giving the change, page number, line number and reason
3    for the change.  Please sign each page of changes.
4    PAGE/LINE     CORRECTION   REASON FOR CHANGE
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24
25      ZHEXIAN "JANE" LIN

## Page 131

1      I, ZHEXIAN "JANE" LIN, have read the
     foregoing deposition and hereby affix my signature
2    that same is true and correct, except as noted on the
     previous page(s), and that I am signing this before a
3    Notary Public.
4
5
6    _____
        ZHEXIAN "JANE" LIN
7
8    STATE OF T E X A S     *
9    COUNTY OF _____ *
10
       Before me, _____, on
11   this day personally appeared ZHEXIAN "JANE" LIN, known
     to me, or proved to me under oath or through
12   _____ (description of identity card or
     other document), to be the person whose name is
13   subscribed to the foregoing instrument and
     acknowledged to me that they executed the same for the
14   purposes and consideration therein expressed.
15     Given under my hand and seal of office on
     this, the _____ day of _____, 2021.
16
17   _____
18
       NOTARY PUBLIC IN AND FOR THE
19          STATE OF TEXAS
20   My Commission Expires: _____
21
22
23
24
25   JOB NO. 67300

## Page 132

1    CAUSE NO. DC-19-09828
2
     D&T PARTNERS, LLC    | IN THE DISTRICT COURT OF
3    (successor in interest |
     to ACET VENTURE      |
4    PARTNERS, LLC),      |
                          |
5      Plaintiff,         |
                          |
6                         |
                          |
7      V.             | DALLAS COUNTY, TEXAS
                          |
8    ACET GLOBAL, LLC;    |
     BAYMARK ACET HOLDCO, |
     LLC; BAYMARK ACET    |
9    DIRECT INVEST, LLC;  |
     BAYMARK MANAGEMENT,  |
10   LLC; BAYMARK PARTNERS; |
     DAVID HOOK; TONY     |
11   LUDLOW; and WINDSPEED |
     TRADING, LLC,        |
12                        |
     Defendants.     | 116TH JUDICIAL DISTRICT
13
       REPORTER'S CERTIFICATION
14   REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
         ZHEXIAN "JANE" LIN
15         MARCH 26, 2021
16     I, Mendy A. Schneider, a Certified Shorthand
17   Reporter in and for the State of Texas, hereby certify
18   to the following:
19     That the witness, ZHEXIAN "JANE" LIN, was duly
20   sworn by the officer and that the transcript of the
21   oral deposition is a true record of the testimony
22   given by the witness;
23     That the deposition transcript was submitted on
24   _____, 2021, to the witness, or to the
25   attorney for the witness, for examination, signature,

## Page 133

1    and return to Worldwide Court Reporters, Inc., by
2    _____, 2021;
3      That the amount of time used by each party at the
4    deposition is as follows:
5         MS. HARD-WILSON - 00:00:00
6         MR. FREEMAN - 02:16:44
7         MR. WOODS - 00:00:00
8         MR. PERRIN - 00:00:00
9         MR. MONTGOMERY - 00:00:00
10     That pursuant to information given to the
11   deposition officer at the time said testimony was
12   taken, the following includes counsel for all parties
13   of record:
14        MR. JASON B. FREEMAN, MR. RYAN C. DEAN, AND
     MR. MATTHEW L. ROBERTS, Attorneys for Plaintiff.
15        MS. BRENDA HARD-WILSON AND MR. TIM WOODS,
     Attorney for Defendant WINDSPEED TRADING, LLC.
16        MR. EDWARD P. PERRIN, Jr., Attorney for
     Defendants ACET GLOBAL, LLC; BAYMARK ACET HOLDCO, LLC;
17   BAYMARK ACET DIRECT INVEST, LLC; BAYMARK MANAGEMENT,
     LLC; BAYMARK PARTNERS; DAVID HOOK; and TONY LUDLOW.
18
19     I further certify that I am neither counsel for,
20   related to, nor employed by any of the parties or
21   attorneys in the action in which this proceeding was
22   taken, and further that I am not financially or
23   otherwise interested in the outcome of the action.
24     Further certification requirements pursuant to
25   Rule 203 of TRCP will be certified to after they have

34 (Pages 130 to 133)

Zhexian Jane Lin  *  March 26, 2021

Page 134

```
 1   occurred.
 2        Certified to by me this ___ day of _____, 2021.
 3
 4
 5
 6        _____
          Mendy A. Schneider, CSR NO. 7761
          Expiration Date: 1-31-2023
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 135

```
 1        FURTHER CERTIFICATION UNDER RULE 203 TRCP
 2     The original deposition was _____ was not _____
    returned to the deposition officer on _____,
 3  2021.
 4     If returned, the attached Corrections and
    Signature page contains any changes and the reasons
 5  therefor;
 6     If returned, the original deposition was delivered
    to MR. JASON B. FREEMAN, Custodial Attorney;
 7
       That $_____ is the deposition officer's charges
 8  to the Attorney for Plaintiff, MR. JASON B. FREEMAN,
    TBA# 24069736, for preparing the original deposition
 9  transcript and any copies of exhibits;
10     That the deposition was delivered in accordance
    with Rule 203.3, and that a copy of this certificate
11  was served on all parties shown herein and filed with
    the Clerk.
12
       Certified to by me this ___ day of _____, 2021.
13
14
       _____
15     Mendy A. Schneider, CSR NO. 7761
       Expiration Date: 1-31-2023
16
17
18  Worldwide Court Reporters, Inc.
    Firm Registration No. 223
19  3000 Weslayan, Suite 235
    Houston, TX 77027
20  (713) 572-2000
21
22  JOB NO. 67300
23
24
25
```

35 (Pages 134 to 135)