PLAINTIFF'S EXHIBIT 25

2/12/2018

Mr. Tomer Damti

2917 Chalfont Lane

Plano, TX 75023

Dear Tomer,

This letter confirms our discussion today that your employment with ACET Global, LLC is terminated for cause pursuant to section 8.C of your employment agreement. You are dismissed based on the performance of the company under your leadership.

Payment for your accrued quarterly bonus and accrued payroll will be included in your final paycheck. We will mail your final paycheck to your home.

You must turn in your company keys, keycard, bank card, bank token, and account passwords. We will mail you any other personal items that have been left in the office this week.

You will need to keep the company informed of your contact information so that we are able to provide the information you may need in the future such as your W-2 form.

Regards,

Tony Ludlow

Exhibit B at 1

DandTPartnersLLC000592