# WINDSPEED TRADING, LLC

1761 INTERNATIONAL PARKWAY, SUITE 133        RICHARDSON, TEXAS 75081

January 10, 2019

Please close the following three accounts under ACETGlobal LLC effective immediately. Thank you



William C Szeto, P.E.
President & CEO,
Windspeed Trading, LLC
Richardson, Texas, 75081