**PLAINTIFF'S EXHIBIT 36**

| | |
|---|---|
| **From:** | Julie A. Smith |
| **Sent:** | Thursday, March 21, 2019 3:20 PM |
| **To:** | 'vanderwoude.brian@dorsey.com' |
| **Subject:** | RE: Windspeed/Super G- loan agreement |

Brian,

We are good to go with the documents. I will have Windspeed execute the signature pages and forward them to you.

Thanks, Julie

Julie A. Smith
Shareholder
Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Direct: 214.922.4113 Fax: 214.953.0053
jsmith@hallettperrin.com | www.hallettperrin.com
Disclaimer

**From:** vanderwoude.brian@dorsey.com
**Sent:** Thursday, March 21, 2019 12:10 PM
**To:** Julie A. Smith
**Subject:** RE: Windspeed/Super G- loan agreement

Attached are revised versions of the agreements for your review and approval.

**J. Brian Vanderwoude**
DORSEY & WHITNEY LLP
300 Crescent Ct, Suite 400 | Dallas, TX 75201
P: 214.981.9953 F: 214.853.5095 C: 214.673.0050
WWW.DORSEY.COM :: DALLAS :: BIO :: V-CARD


**From:** Vanderwoude, Brian
**Sent:** Wednesday, March 20, 2019 3:03 PM
**To:** 'Julie A. Smith' <JSmith@hallettperrin.com>
**Cc:** Matt Denegre (mdenegre@baymarkpartners.com) <mdenegre@baymarkpartners.com>
**Subject:** RE: Windspeed/Super G- loan agreement

I'll get answers from Super G to your questions on the loan agreement. I've taken care of the signature blocks on the foreclosure sale agreement.

**J. Brian Vanderwoude**
DORSEY & WHITNEY LLP
300 Crescent Ct, Suite 400 | Dallas, TX 75201
P: 214.981.9953 F: 214.853.5095 C: 214.673.0050
WWW.DORSEY.COM :: DALLAS :: BIO :: V-CARD

BP_004242