# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), § § § § § § § § § § § § § § § § § § § § § § § | | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:21-CV-01171-B |
| BAYMARK PARTNERS, LP; BAYMARK PARTNERS MANAGEMENT, LLC; SUPER G CAPITAL, LLC; SG CREDIT PARTNERS, INC.; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; MATTHEW DENEGRE; WILLIAM SZETO; MARC COLE; STEVEN BELLAH: ZHEXIAN "JANE" LIN; DANA MARIE TOMERLIN; PADASAMAI VATTANA; PAULA KETTER; VANESSA TORRES; and WINDSPEED TRADING, LLC, | | |
| Defendants. | | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

After considering Defendants William Szeto, Zhexian "Jane" Lin, Dana Marie Tomerlin, Padasamai Vattana, Paula Ketter, Vanessa Torres, and Windspeed Trading, LLC (altogether herein "Windspeed Defendants") and Baymark Partners Management, LLC, Baymark ACET Holdco, LLC, Baymark ACET Direct Invest, LLC, David Hook, Tony Ludlow, Matthew Denegre, and Baymark Partners' (altogether herein "Baymark Defendants") Unopposed Motion to Extend Deadline to Respond to Plaintiff's Complaint (herein "Motion"), the agreement of the parties, and that Plaintiff is unopposed, the Court:

FINDS that the Motion has merit and good cause exists to extend the deadline for Windspeed Defendants and Baymark Defendants to answer or otherwise respond to Plaintiff's Original Complaint. Therefore, the Court GRANTS the Motion and extends the deadline for Windspeed Defendants and Baymark Defendants to answer or otherwise respond until on or before August 9, 2021.

Signed on _____, 2021.

_____
PRESIDING JUDGE
UNITED STATES DISTRICT JUDGE