UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| | § | |
| | § | |
| D&T PARTNERS, LLC (successor in interest | § | |
| to ACET VENTURE PARTNERS, LLC), | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | CIVIL CAUSE NO. 3:21-CV-01171-B |
| v. | § | |
| | § | |
| BAYMARK PARTNERS, LP; *et al.* | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS SG CREDIT PARTNERS, INC.'S AND MARC COLE'S MOTION TO DISMISS

Pursuant to Rules 12(b) and 9(b) of the Federal Rules of Civil Procedure, Defendants SG CREDIT PARTNERS, INC. ("Credit Partners") and MARC COLE ("Cole") hereby submit this motion to dismiss the Complaint filed by Plaintiff D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC) ("Plaintiff") on May 21, 2021.

As grounds therefore, Defendants submit as follows:

The Complaint fails to state a claim upon which relief may be granted as to each of the claims asserted against Credit Partners and Cole and should be dismissed pursuant to Rule 12(b)(6). Specifically, Counts I through III, which allege civil violations of the Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1961, *et seq.*) ("RICO"), lack the essential RICO foundation and fail to plausibly allege Credit Partners' or Cole's participation in any possible or remotely plausible violations of RICO. Likewise, the state law claims of fraud, aiding and abetting breach of fiduciary duties, civil conspiracy and violation of the Texas Uniform Fraudulent Transfer Act pled against Credit Partners and/or Cole in Counts IV and VI through VIII suffer from

1

fundamental pleading defects and also fail to plausibly allege Credit Partners' and Cole's participation in the alleged underlying fraud.

The dismissal should be with prejudice, and Plaintiff should not be granted an opportunity to replead, given that Plaintiff has had ample discovery and opportunity to craft its allegations against Defendants based upon the action brought by Plaintiff against many of the same defendants sued in this action, which is now pending in the Texas state court (*D&T Partners, LLC vs. ACET Global, LLC, et al.*, No. DC-19-09828 District Court, Dallas County, 116th Jud. District) in which extensive discovery has taken place and trial is imminent. *See Great Plains Tr. Co. v. Morgan Stanley Dean Witter & Co.*, 313 F.3d 305, 329 (5th Cir. 2002) (affirming denial of leave to replead where "the complaint could have been drafted to withstand dismissal had there been underlying facts to support the claims").

Further, as to Credit Partners, absent the sparsely pled Counts I through III alleging civil violations of RICO, Plaintiff's Complaint fails to allege any basis upon which this Court can exercise personal jurisdiction over Credit Partners in Texas, and the remaining claim against Credit Partners should be dismissed pursuant to Rule 12(b)(2) upon dismissal of Counts I through III.

Additionally, if Counts I through III alleging civil violations of RICO are dismissed as to *all* defendants, then this Court should decline to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3) over Plaintiff's state law claims against Credit Partners and/or Cole pled in Counts IV and VI through VIII.

 WHEREFORE, for these reasons, discussed more fully in the accompanying memorandum of law submitted in support hereof, Defendants respectfully submit that the Complaint should be dismissed.

Respectfully submitted,

DANIELS TREDENNICK, PLLC

BY: */s/ Andrea L. Kim*
Andrea Levin Kim
State of Texas Bar No. 00798327
Northern District Bar No. 00798327
**DANIELS TREDENNICK, PLLC**
6363 Woodway Dr., Ste 700
Houston, Texas  77057
Telephone:  (713) 917-0024
Fax:  (713) 917-0026
Email:  andrea.kim@dtlawyers.com

Rachel Williams
State of Texas Bar No. 24067175
Northern District Bar No. 24067175
**WILLIAMS LAW, PC**
10300 N. Central Expy., Ste. 544
Dallas, Texas 75231
Telephone:  (214) 550-2858
Fax:  (214) 550-2856
Email: rachel@williamslawtx.com

COUNSEL TO DEFENDANTS SG
CREDIT PARTNERS, INC. and MARC
COLE

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2021, a copy of the foregoing was filed electronically by the EM/CMF System for the United States District Court for the Northern District of Texas [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Andrea Levin Kim
Andrea Levin Kim