# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

D&T PARTNERS, LLC, successor in interest
Plaintiff

v.

3:21-CV-01171
Civil Action No.

BAYMARK PARTNERS L.P., et al
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

SG Credit Partners, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

The parent corporation of SG Credit Partners, Inc. is SGCP Intermediate, Inc. No publicly held corporation owns 10% or more of the stock of SG Credit Partners, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

SGCP Intermediate, Inc., SGCP Holdings LLC, Cynosure Investment Partners, LLC, 4612-SG Holdco, LP, Marc A. Cole, Michael Charles Perer, Nick Seraydarian, Andrew Hettinger, Oren Moses, Spencer Brown, Jeffrey J. Brown, Lon Brown,and Chris Koenig.

| | |
|---|---|
| Date: | August 9, 2021 |
| Signature: | [signed] |
| Print Name: | Andrea L. Kim |
| Bar Number: | 00798327 |
| Address: | 6363 Woodway Dr., Ste 700 |
| City, State, Zip: | Houston, TX 77057 |
| Telephone: | 713-917-0024 |
| Fax: | 713-917-0026 |
| E-Mail: | andrea@dtlawyers.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons