UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

D&T PARTNERS, LLC, successor in interest
Plaintiff

v.

BAYMARK PARTNERS L.P., et al.
Defendant

3:21-CV-01171
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Baymark Partners Management, LLC, Baymark ACET Holdco, LLC, Baymark ACET Direct Invest, LLC, Baymark Partners, David Hook, Tony Ludlow, and Matthew Denegre.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

As the only nongovernmental corporate party is Defendant SG Credit Partners, Inc., the above-referenced Defendants refer the Court to the Certificate of Interested Persons filed by SG Credit Partners, Inc. [Doc. No. 27].

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Baymark Partners Management, LLC, Baymark ACET Holdco, LLC, Baymark ACET Direct Invest, LLC, David Hook, Tony Ludlow, Matthew Denegre, Super G Capital, LLC, SG Credit Partners, Inc., William Szeto, Marc Cole, Stven Bellah, Zhexian "Jane" Lin, Dana Marie Tomerlin, Padasamai Vattana, Paula Ketter, Vanesa Torres, Windspeed Trading, LLC, and D&T Partners, LLC (successor in interest to ACET Venture Partners, LLC), and Tomer Damti.

|  |  |
|---|---|
| Date: | August 10, 2021 |
| Signature: | *[signature]* |
| Print Name: | Edward P. Perrin, Jr. |
| Bar Number: | 15796700 |
| Address: | 1445 Ross Ave., Suite 2400 |
| City, State, Zip: | Dallas, Texas 75202 |
| Telephone: | 214-953-0053 |
| Fax: | 214-922-4142 |
| E-Mail: | eperrin@hallettperrin.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons