UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), <br><br> Plaintiff, <br><br> v. <br><br> BAYMARK PARTNERS, LP; et al. <br><br> Defendants. | § § § § § § § § § § § § § | Case No. 3:21-CV-01171-B |

## PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE

**COMES NOW** Plaintiff, D&T Partners, LLC (successor in interest to ACET Venture Partners, LLC) ("D&T Partners" or the "Plaintiff"), in the above-styled and numbered case, by and through its attorney of record, and respectfully moves this Court to continue the deadline to respond to the Motions to Dismiss filed by the Defendants currently scheduled for Monday, August 30, 2021.

In support of this Unopposed Motion for Continuance (the "Motion"), the moving attorney states as follows:

1. On May 21, 2021, Plaintiff filed its Original Complaint in the above-styled case. Plaintiff's counsel subsequently issued a Notice of Lawsuit and Request to Waive Service of a Summons to all Defendants, except Baymark Partners, LP—who has not yet made an appearance in this matter.

2. In mid-June 2021, Plaintiff's counsel received an executed Waiver of Service of Summons for all Defendants, except Baymark Partners, LP. Plaintiff's counsel also agreed to extend the time to respond to Plaintiff's Original Complaint to August 9, 2021.

3. On August 9, 2021, 18 of the 19 named Defendants collectively filed five (5) Motions to Dismiss.

4. Rule 7.1 of the Local Rules of the U.S. District for the Northern District of Texas states that "[a] response and brief to an opposed motion must be filed within 21 days from the date the motion is filed."

5. Undersigned counsel, despite diligence in his efforts, requires additional time to prepare responses to each of the five Motions to Dismiss.

6. As a result, D&T Partners requests additional time—30 days—to respond to the Defendants' five Motions to Dismiss by Wednesday, September 29, 2021.

7. Granting D&T Partners' Motion will allow D&T Partners the opportunity to appropriately respond to the Motions to Dismiss. This request is not made for delay alone, and no party to this proceeding would be unfairly prejudiced by the relief requested in this Motion. Good cause, therefore, exists for the Court to grant the relief requested herein.

**WHEREFORE**, **PREMISES CONSIDERED**, Plaintiff D&T Partners, LLC respectfully prays that the Court grant this Unopposed Motion for Continuance, extend the time to respond to the Motions to Dismiss by 30 days, and grant such other and further relief to which Plaintiff D&T Partners, LLC is justly entitled.

Dated: August 30, 2021

Respectfully Submitted,

By: /s/ Jason B. Freeman
Jason B. Freeman
TX Bar No. 24069736

**FREEMAN LAW, PLLC**
7011 Main Street
Frisco, Texas 75034
Telephone: 214.984.3410
Fax: 214.984.3409
Jason@freemanlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2021, I filed the foregoing pleading via the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Jason B. Freeman<br>
Jason B. Freeman

## CERTIFICATE OF CONFERENCE

I hereby certify that undersigned counsel has conferred with counsel for all Defendants (except Baymark Partners, LP, who has not made an appearance in this matter) regarding this pleading. Counsel for the Defendants are unopposed to Plaintiff's Unopposed Motion for Continuance.

/s/ Jason B. Freeman<br>
Jason B. Freeman