UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 3:21-CV-01171-B |
| BAYMARK PARTNERS, LP; et al. | § § § § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR CONTINUANCE**

This matter comes before the Court on Plaintiff D&T Partners, LLC's Unopposed Motion for Continuance (the "Motion"). After considering the Motion and the pleadings on file, it appears to this Court that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline to respond to the Defendants' Motions to Dismiss in the above-styled and numbered case shall be rescheduled for September 29, 2021.

**SIGNED** this _____ day of _____ 2021.

_____
JUDGE PRESIDING