PLAINTIFF'S EXHIBIT 29

**From:** WILLIAM SZETO <bill@acetglobal.com>
**Sent:** Tuesday, October 9, 2018 2:52 PM
**To:** Jane Lin <jane@acetglobal.com>
**Subject:** Your employment with ACET Global

**1501 10th Street, Suite 100,**
**Plano, Texas, USA 75074**

Jane

This is to inform you that your employment with ACET Global is terminated effective September 28, 2018.

Bill



**William C Szeto**
**President and CEO**
**ACET Global, LLP**

WINDSPEED 0520