| | |
|---|---|
| **From:** | Julie A. Smith <JSmith@hallettperrin.com> |
| **Sent:** | Tuesday, March 26, 2019 12:38 PM |
| **To:** | WILLIAM SZETO; Matt Denegre |
| **Cc:** | Carrie P. Williamson |
| **Subject:** | RE: Windspeed/Super G- loan agreement |

Bill,

Just touching base to see if you'd had the chance to sign the Windspeed/Super G loan documents. Let me know if you have any questions about the documents or the process.

Thanks, Julie

Julie A. Smith
Shareholder
Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Direct: 214.922.4113  Fax: 214.953.0053
jsmith@hallettperrin.com | www.hallettperrin.com
Disclaimer

**From:** Julie A. Smith
**Sent:** Friday, March 22, 2019 9:18 AM
**To:** WILLIAM SZETO <bill@windspeedtrading.com>; Matt Denegre (mdenegre@baymarkpartners.com) <mdenegre@baymarkpartners.com>
**Subject:** Windspeed/Super G- loan agreement

Bill,

I apologize. I thought you'd seen the final documents. Attached are the final documents for the Windspeed transaction. Matt and Super G confirmed the numbers on the first page of the Amended & Restated Loan Agreement. You should be signing four signature pages. Let me know if you have any questions.

Thanks, Julie

Julie A. Smith
Shareholder
Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Direct: 214.922.4113  Fax: 214.953.0053
jsmith@hallettperrin.com | www.hallettperrin.com
Disclaimer