| | |
|---|---|
| **From:** | Matt Denegre |
| **Sent:** | Tuesday, October 23, 2018 11:38 AM |
| **To:** | Steve Bellah |
| **Subject:** | ACET |

Steve,

I'd like to discuss next steps for ACET global and get your thoughts on how to move forward with foreclosure.   I have time today at 4:00, 4:30 or could anytime on Thursday.  I'm travelling tomorrow.


Best Regards,

**Matt Denegre**
Baymark Partners
O: 972-991-5457 | M: 214-625-3344
www.baymarkpartners.com

BP_005045