



PLAINTIFF'S EXHIBIT 44

Jason B. Freeman, JD, CPA  
Managing Member

Jason@FreemanLaw.com

7011 MAIN STREET · FRISCO, TX 75034  
PHONE (214) 984-3410 · TOLL FREE (855) 676-1040 · FAX (214) 984-3409  
WWW.FREEMANLAW.COM

March 31, 2021

Edward Perrin  
Hallet & Perrin

Re:   **Termination of Hallet & Perrin; Notice and Demand.**

Dear Mr. Perrin:

Please be advised that pursuant to prior correpsondence dated March 31, 2021, D&T Partners, LLC, as manager of ACET Global, LLC, is hereby terminating the services of Hallet & Perrin as its counsel. Simultaneously, ACET Global, LLC is hereby demanding that a full and complete copy of its files and records be transmitted to the care of D&T Partners, LLC **on or before April 2, 2021 5:00 PM CST**. Such records shall include all files and all correspondence regarding ACET Global, LLC, including all correspondence regarding Cause No. DC-19-09828 and any other proceedings or matters in which Hallet & Perrin has represented ACET Global, LLC. It shall include, but is not limited to, all case files, client engagement letters, email correspondence, documents and other records. Such records shall also include all login and administrator credentials with respect to servers, email systems, and other systems requiring such login or administrator credentials. You may transmit such records to the care of D&T Partners's attorney at Jason@Freemanlaw.com or through electronic means deemed acceptable to D&T Partners or his attorney.

Hallet & Perrin and any of its attorneys are further directed to withdraw as counsel in any legal proceedings involving ACET Global, LLC and shall immediately inform any judicial officer in any such proceedings that its services have been terminated and that it is not authorized to represent ACET Global, LLC. Hallet & Perrin shall prepare a Motion for Substitution of Counsel and shall tender that motion to D&T Partners's legal counsel, Jason Freeman, for input and selection of ACET Global, LLC's future counsel.

Hallet & Perrin is further placed on notice that it shall, and shall cause its attorneys, employees, agents, and clients, to preserve any and all records related to the subject matter of Cause No. DC-19-09828 and any related matters, including Super G Capital (or its agents, successors, or affiliates); Windspeed Trading, LLC (or its agents, successors, or affiliates); Byamarket ACET Holdco, LLC (or its agents, successors, or affiliates); Baymark ACET Direct

Invest, LLC (or its agents, successors, or affiliates); Baymark Management, LLC (or its agents, successors, or affiliates); Baymark Partners (or its agents, successors, or affiliates); Baymark Partners Management, LLC (or its agents, successors, or affiliates); David Hook; Tony Ludlow; Matthew Denegre; William Szeto and any other entity or person relevant to the foregoing persons.  This notice requires that you abide by your obligations under Texas law, and specifically requires that you maintain any and all electronic records, emails, text messages, voicemails, files, documents or other records of any and all nature relating to the foregoing.

Best regards,

Jason B. Freeman