# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

D&T Partners, LLC et al.
Plaintiff

v.

Baymark Partners, LP et al.
Defendant

3:21-cv-01171-B
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Super G Capital, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

D&T Partners LLC, ACET Global LLC, Baymark ACET Holdco LLC, Baymark Partners LP, Baymark Partners Management LLC, Super G Capital LLC, SG Credit Partners Inc., Baymark ACET Direct Invest LLC, Baymark Partners, David Hook, Tony Ludlow, Matthew Denegre, William Szeto, Marc Cole, Steven Bellah, Zhexian "Jane" Lin, Dana Marie Tomerlin, Padasamai Vattana, Paula Ketter, Vanesa Torres, Windspeed Trading LLC, Hallett & Perrin PC, Julie A. Smith

| | |
|---|---|
| Date: | 10/6/2021 |
| Signature: | *J.D. Blakley* |
| Print Name: | John David Blakley |
| Bar Number: | 26069388 |
| Address: | 3400 Carlisle Street, Suite 200 |
| City, State, Zip: | Dallas, Texas 75204 |
| Telephone: | 972-764-8333 |
| Fax: | 214-866-0070 |
| E-Mail: | jdblakley@dunnsheehan.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons