B

ORIGINAL

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 OCT -6  AM 9: 08

DEPUTY CLERK___MS___

| | | |
|---|---|---|
| D&T PARTNERS, LLC, et al., | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| v. | § | **Civil Action No. 3:21-cv-01171-B** |
| | § | |
| BAYMARK PARTNERS, LP; et al.., | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Monday, October 4, 2021 at 9:34 AM,**
Executed at: **1445 ROSS AVENUE, SUTIE 2400, DALLAS, TX 75202**
within the county of **DALLAS** at 11:36 AM, on **Monday, October 4, 2021,**
by delivering to the within named:

### HALLETT & PERRIN, P.C.

By individually and personally delivering to its **Registered Agent, BRUCE HALLETT**
a true copy of this

### SUMMONS IN A CIVIL ACTION with FIRST AMENDED COMPLAINT and EXHIBITS 1 - 46

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
    **Adil Tadli - PSC 1206 - Exp 05/31/22**
    served@specialdelivery.com

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this _5th_ day of October, 2021.**

_Thomas E. Considine_
**Notary Public in and for the State of Texas**



THOMAS E CONSIDINE
Notary Public
STATE OF TEXAS
ID#12516820-9
My Comm. Exp. April 13, 2025

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), etc., et al., | ) ) ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   3:21-cv-01171-B |
| BAYMARK PARTNERS, LP, et al., | ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HALLETT & PERRIN, P.C.
1445 Ross Ave., Suite 2400
Dallas, TX 75202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JASON B. FREEMAN
FREEMAN LAW, PLLC
7011 Main Street
Frisco, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   _____10/01/2021_____          _____s/ N. Taylor_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-01171-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF ATTACHED

[ Print ]   [ Save As... ]                    [ Reset ]

B

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 OCT -6  AM 9: 07

DEPUTY CLERK___MS___

| | | |
|---|---|---|
| **D&T PARTNERS, LLC, et al.,** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| | § | **Civil Action No. 3:21-cv-01171-B** |
| **v.** | § | |
| | § | |
| **BAYMARK PARTNERS, LP; et al.,** | § | |
| | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Monday, October 4, 2021 at 9:34 AM,**
Executed at: **1445 ROSS AVENUE, SUITE 2400, DALLAS, TX 75202**
within the county of **DALLAS** at 11:36 AM, on **Monday, October 4, 2021,**
by individually and personally delivering to the within named:

### JULIE A. SMITH

a true copy of this

### SUMMONS IN A CIVIL ACTION with FIRST AMENDED COMPLAINT and EXHIBITS 1 - 46

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.".

By: _____
**Adil Tadli - PSC 1206 - Exp 05/31/22**

**Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this** _5th_ **day of October, 2021.**

_Thomas E. Considine_
**Notary Public in and for the State of Texas**



THOMAS E CONSIDINE
Notary Public
STATE OF TEXAS
ID#12516820-9
My Comm. Exp. April 13, 2025

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), etc., et al., <br> *Plaintiff* <br><br> v. <br><br> BAYMARK PARTNERS, LP, et al., <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  3:21-cv-01171-B |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JULIE A. SMITH
1445 Ross Ave., Suite 2400
Dallas, TX 75202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JASON B. FREEMAN
FREEMAN LAW, PLLC
7011 Main Street
Frisco, TX 75034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        10/01/2021                                    s/ N. Taylor
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-01171-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset