IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), Directly and Derivatively on Behalf of ACET Global, LLC and BAYMARK ACET HOLDCO, LLC<br><br>and<br><br>ACET GLOBAL, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>BAYMARK PARTNERS, LP; BAYMARK PARTNERS MANAGEMENT, LLC; SUPER G CAPITAL, LLC; SG CREDIT PARTNERS, INC.; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; MATTHEW DENEGRE; WILLIAM SZETO; MARC COLE; STEVEN BELLAH: ZHEXIAN "JANE" LIN; DANA MARIE TOMERLIN; PADASAMAI VATTANA; PAULA KETTER; VANESSA TORRES; WINDSPEED TRADING, LLC; HALLETT & PERRIN, P.C.; and JULIE A. SMITH,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:21-CV-01171-B |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

COME NOW Defendants Baymark Partners Management, LLC; Super G Capital, LLC; SG Credit Partners, Inc.; Baymark ACET Holdco, LLC; Baymark ACET Direct Invest, LLC; Baymark Partners; David Hook; Tony Ludlow; Matthew Denegre; William Szeto; Marc Cole; Steven Bellah; Zhexian "Jane" Lin; Dana Marie Tomerlin; Padasamai Vattana; Paula Ketter;

Vanessa Torres; Windspeed Trading, LLC; Hallett & Perrin, P.C.; and Julie A. Smith (collectively, "Defendants") and file their Unopposed Motion to Extend Deadline to Respond to Plaintiff's First Amended Complaint (herein "Motion"). Defendants respectfully request the Court extend the deadline for all Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint to on or before November 3, 2021, as authorized by Federal Rule of Civil Procedure 6(b).

## I.   PROCEDURAL BACKGROUND

1. Plaintiff D&T Partners, LLC, successor in interest to ACET Venture Partners, LLC, (herein "Plaintiff") filed its First Amended Complaint on September 30, 2021. In that First Amended Complaint, Hallett & Perrin, P.C. and Julie A. Smith were added as Defendants.

2. The deadline for all Defendants other than the two newly added Defendants to answer or otherwise respond to the First Amended Complaint is October 14, 2021.

3. Defendants Hallett & Perrin, P.C. and Julie A. Smith were served with the First Amended Complaint on October 4, 2021. As such, their deadline to answer or otherwise respond to the First Amended Complaint is October 25, 2021.

4. To allow all Defendants sufficient time to prepare their respective responses to the First Amended Complaint, as well as to provide a uniform deadline by which all Defendants have to respond to the First Amended Complaint, Defendants seek to extend their respective deadlines to answer or otherwise respond to the First Amended Complaint to November 3, 2021. Plaintiff does not oppose the requested extension.

## II.     ARGUMENT

5.      A court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); *Doss v. Helpenstell*, 699 F. App'x 337, 339 (5th Cir. 2017) ("A district court's decision to grant a request for an extension of time is reviewed only for an abuse of discretion.").

6.      As noted above, Defendants seek to extend the deadline for them to answer or otherwise respond to the First Amended Complaint, in part, to provide a uniform response date for all Defendants.

7.      Good cause exists for the requested extension, and it is not being sought for purposes of delay.

## III.     PRAYER

WHEREFORE, Defendants respectfully request that the Court enter an order extending the deadline for all Defendants to answer or otherwise respond to the First Amended Complaint to November 3, 2021.

Respectfully submitted,

**HALLETT & PERRIN, P.C.**

By: */s/ Edward P. Perrin, Jr.*
    **EDWARD P. PERRIN, JR.**
    State Bar No. 15796700
    eperrin@hallettperrin.com
    **JENNIFER R. POE**
    State Bar No. 00794470
    jpoe@hallettperrin.com
    **ELIZABETH A. FITCH**
    State Bar No. 24075777
    efitch@hallettperrin.com
    1445 Ross Avenue, Suite 2400
    Dallas, TX  75202
    Telephone: (214) 953-0053
    Facsimile: (214) 922-4142

    ATTORNEYS FOR BAYMARK PARTNERS MANAGEMENT, LLC; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; MATTHEW DENEGRE; HALLETT & PERRIN, P.C.; AND JULIE A. SMITH


**DUNN SHEEHAN LLP**

By: */s/ John David Blakley* with permission by
    Edward P. Perrin, Jr.
    **JOHN DAVID BLAKLEY**
    State Bar No. 24069388
    jdblakley@dunnsheehan.com
    **WILLIAM D. DUNN**
    State Bar No. 24002023
    ddunn@dunnsheehan.com
    3400 Carlisle Street, Suite 200
    Dallas, TX  75204
    Telephone: (214) 866-0077
    Facsimile: (214) 866-0070

    ATTORNEYS FOR SUPER G CAPITAL LLC and STEVEN BELLAH

**HIGIER ALLEN & LAUTIN, P.C.**

By: */s/ Gordon W. Green* with permission by
Edward P. Perrin, Jr.
**JASON T. RODRIGUEZ**
State Bar No. 24042827
jrodriguez@higierallen.com
**TIMOTHY P. WOODS**
State Bar No. 21965500
twoods@higierallen.com
**GORDON W. GREEN**
State Bar No. 24083102
ggreen@higierallen.com
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone: (972) 716-1888
Facsimile: (972) 716-1899

ATTORNEYS FOR WINDSPEED TRADING, LLC; WILLIAM SZETO; ZHEXIAN LIN; DANA MARIE TOMERLIN; PADASAMAI VATTANA; PAULA KETTER; AND VANESSA TORRES

**DANIELS TREDENNICK, PLLC**

By: */s/ Andrea Levin Kim* with permission by
Edward P. Perrin, Jr.
**ANDREA LEVIN KIM**
State Bar No. 00798327
andrea.kim@dtlawyers.com
6363 Woodway Drive, Suite 700
Houston, Texas 77057
Telephone: (713) 917-0024
Facsimile: (713) 917-0026

**RACHEL WILLIAMS**
State Bar No. 24067175
rachel@williamslawtx.com
**WILLIAMS LAW, PC**
10300 N. Central Expressway, Suite 544
Dallas, Texas 75231
Telephone: (214) 550-2858
Facsimile: (214) 550-2856

ATTORNEYS FOR SG CREDIT PARTNERS, INC. AND MARC COLE

**CERTIFICATE OF CONFERENCE**

Undersigned counsel certifies that Defendants' respective counsel conferred with counsel for Plaintiff, Jason Freemen, via e-mail, and Mr. Freemen indicated he is unopposed to the relief sought herein.

                                                      */s/ Edward P. Perrin, Jr.*
                                                       Edward P. Perrin, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record on October 11, 2021 via the Court's CM/ECF system pursuant to the local rules of this Court.

    Jason B. Freeman
    Freeman Law, PLLC
    2595 Dallas Parkway, Suite 420
    Frisco, Texas 75034
    E-Mail:  Jason@freemanlaw-pllc.com
    ATTORNEY FOR PLAINTIFF

                                                       */s/ Edward P. Perrin, Jr.*
                                                       Edward P. Perrin, Jr.