IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), Directly and Derivatively on Behalf of ACET Global, LLC and BAYMARK ACET HOLDCO, LLC<br><br>and<br><br>ACET GLOBAL, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>BAYMARK PARTNERS, LP; BAYMARK PARTNERS MANAGEMENT, LLC; SUPER G CAPITAL, LLC; SG CREDIT PARTNERS, INC.; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; MATTHEW DENEGRE; WILLIAM SZETO; MARC COLE; STEVEN BELLAH: ZHEXIAN "JANE" LIN; DANA MARIE TOMERLIN; PADASAMAI VATTANA; PAULA KETTER; VANESSA TORRES; WINDSPEED TRADING, LLC; HALLETT & PERRIN, P.C.; and JULIE A. SMITH,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § §<br><br>Civil Action No. 3:21-CV-01171-B |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTON TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

On this day, the Court heard Defendants' Unopposed Motion to Extend Deadline to Respond to Plaintiff's First Amended Complaint (the "Motion"). After considering the Motion and the arguments therein, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED as to all Defendants.

IT IS FURTHER ORDERED that all Defendants' deadline to answer or otherwise respond to Plaintiff's First Amended Complaint is November 3, 2021.

SIGNED on this _____ day of October, 2021.

_____
JUDGE PRESIDING