IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **D&T PARTNERS, LLC** (successor in interest to ACET VENTURE PARTNERS, LLC), **Directly and Derivatively on Behalf of ACET GLOBAL, LLC and BAYMARK ACET HOLDCO, LLC; and ACET Global, LLC** § § § § § § § § | | |
| Plaintiffs, § § | | |
| v. § § | | |
| **BAYMARK PARTNERS, LP; BAYMARK PARTNERS MANAGEMENT, LLC; SUPER G CAPITAL, LLC; SG CREDIT PARTNERS, INC.; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; MATTHEW DENEGRE; WILLIAM SZETO; MARC COLE; STEVEN BELLAH; ZHEXIAN "JANE" LIN; DANA MARIE TOMERLIN; PADASAMAI VATTANA; PAULA KETTER; VANESSA TORRES; WINDSPEED TRADING, LLC; and HALLETT & PERRIN, P.C. JULIE SMITH** § § § § § § § § § § § § § § § § § § § § § | **C.A. NO. 3:21-CV-01171-B** | |
| Defendants § § § | | |

**ORDER GRANTING MOTION TO WITHDRAW
AND SUBSTITUTE COUNSEL FOR ATTORNEY DEFENDANTS**

Came on this day to be considered, the Motion to Withdraw and Substitute Counsel for

Defendants (the "Motion"). The Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Edward P. Perrin, Jr., Jennifer R. Poe, Elizabeth A. Finch, and Hallett & Perrin, P.C., 1445 Ross Avenue, Suite 2400, Dallas, TX 75202, 214-953-0053, FAX: 214-922-4142, are withdrawn as counsel of record for Defendants Hallett & Perrin, P.C. and Julie Smith.

IT IS FURTHER ORDERED, that Daniel D. Tostrud, Matthew E. Last, and Michelle D. Daniel of Cobb Martinez Woodward PLLC, 1700 Pacific Avenue, Suite 3100, Dallas, Texas 75201, (214) 220-5200, fax (214) 220-5299 are substituted as counsel of record for Defendants Hallett & Perrin, P.C. and Julie Smith.

**SIGNED** this _____ of _____, 2021.

 

                                          **UNITED STATES DISTRICT JUDGE**