UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), *et al.*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CIVIL CAUSE NO. 3:21-CV-01171-B |
| BAYMARK PARTNERS, LP; *et al.* | § § § | |
| **Defendants.** | § § | |

**ORDER GRANTING DEFENDANTS
SG CREDIT PARTNERS, INC. AND MARC COLE'S MOTION TO DISMISS**

CAME ON FOR CONSIDERATION the Motion filed by Defendants SG Credit Partners, Inc. ("Credit Partners") and Marc Cole ("Cole") (collectively, "Moving Defendants") styled *Defendants SG Credit Partners, Inc.'s and Marc Cole's Motion to Dismiss Plaintiffs' First Amended Complaint* (the "Motion") filed on November 3, 2021 at docket no 48. Upon Consideration of the Motion and accompanying brief in support, the Court finds and concludes as follows:

    A.  The Motion was properly served and no further service is necessary.

    B.  The Court has jurisdiction over the matter and has authority to enter this Order.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1.  The Motion is hereby GRANTED.

2.  The First Amended Complaint filed on September 30, 2021 is hereby DISMISSED with prejudice in its entirety as to Credit Partners and Cole for failure to state a claim upon which relief can be granted.

SIGNED this ___ day of November, 2021.

_____
Honorable Judge Presiding