UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), <br><br>   *Plaintiff*, <br><br> v. <br><br> BAYMARK PARTNERS, LP; <br> BAYMARK PARTNERS MANAGEMENT, LLC; <br> SUPER G CAPITAL, LLC; <br> SG CREDIT PARTNERS, INC.; <br> BAYMARK ACET HOLDCO, LLC; <br> BAYMARK ACET DIRECT INVEST, LLC; <br> BAYMARK PARTNERS; <br> DAVID HOOK; TONY LUDLOW; <br> MATT DENEGRE; WILLIAM SZETO; <br> MARC COLE; STEVEN BELLAH; <br> ZHEXIAN "JANE" LIN; <br> DANA MARIE TOMERLIN; <br> PADASAMAI VATTANA; PAULA KETTER; <br> VANESSA TORRES; and <br> WINDSPEED TRADING, LLC, <br><br>   *Defendants*. | §§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL CAUSE NO. 3:21-CV-01171-B |

**ORDER GRANTING BAYMARK DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

On this day, the Court heard Baymark Defendants' Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"). After considering the Motion, Plaintiff's Response, and the Baymark Defendants' Reply thereto, this Court is of the opinion that the Baymark Defendants' Motion should be GRANTED.

SIGNED on this _____ day of August, 2021.

_____
JUDGE PRESIDING