UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), <br><br> *Plaintiff*, <br><br> v. <br><br> BAYMARK PARTNERS, LP; <br> BAYMARK PARTNERS MANAGEMENT, LLC; <br> SUPER G CAPITAL, LLC; <br> SG CREDIT PARTNERS, INC.; <br> BAYMARK ACET HOLDCO, LLC; <br> BAYMARK ACET DIRECT INVEST, LLC; <br> BAYMARK PARTNERS; <br> DAVID HOOK; TONY LUDLOW; <br> MATT DENEGRE; WILLIAM SZETO; <br> MARC COLE; STEVEN BELLAH; <br> ZHEXIAN "JANE" LIN; <br> DANA MARIE TOMERLIN; <br> PADASAMAI VATTANA; PAULA KETTER; <br> VANESSA TORRES; and <br> WINDSPEED TRADING, LLC, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL CAUSE NO. 3:21-CV-01171-B |

## ORDER GRANTING DEFENDANTS HALLETT & PERRIN, P.C. AND JULIE A. SMITH'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

On this day, the Court heard Defendants Hallett & Perrin, P.C. and Julie A. Smith's Motion to Dismiss Plaintiff's First Amended Complaint ("Motion"). After considering the Motion, Plaintiff's Response, and the Attorney Defendants' Reply thereto, this Court is of the opinion that the Attorney Defendants' Motion should be GRANTED.

SIGNED on this _____ day of August, 2021.

_____
JUDGE PRESIDING