**SRK**
Kronengold Law Offices

Phone: 972-8-9360999, Fax: 972-8-9366000
Oppenheimer 7, Rabin Science Park, Rehovot, Israel
www.kronengold.com

December 9, 2018

*Without Prejudice*

VIA E-MAIL AND REGISTERED MAIL

Baymark Partners, L.P. and ACET Global LLC
Granite Park II
5700 Granite Parkway, Suite 435
Plano, Texas 75024
Attn: David Hook
Email: dhook@baymarkpartners.com

Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Attention: Gordon T. Foote II
Email: gfoote@hallettperrin.com

Re: Event of Default Notice; Demand for Immediate Payment

Dear Mr. Hook:

We are writing to you on behalf of our client, D&T Partners LLC f/k/a ACET Venture Partners LLC (the "Holder").

As you know, ACET Global LLC (the "Maker") entered into an Amended and Restated Secured Promissory Note in December 2017 (the "Note"), with an issuance date of July 20, 2017 (the "Issuance Date"), pursuant to which the Maker promised to pay the Holder the principal sum of Two Million Eight Hundred Eighty-Eight Thousand Four Hundred Twenty-Five and No/100 Dollars ($2,888,425.00) (the "Principal"), whether upon the payment dates (set forth in the Note), acceleration, prepayment or otherwise (in each case in accordance with the terms of the Note) and to pay interest ("Interest") on any outstanding Principal from the Issuance Date at the rate of fifteen percent (15%) per annum, compounded annually ("Interest Rate"), until the same becomes due and payable, whether upon each of the payment dates, or upon acceleration, prepayment or otherwise (in each case in accordance with the terms of the Note).

The Maker is in default under the Note since the Maker has failed to pay to the Holder the amount of Principal and Interest when and as due under the Note.

The Holder hereby declares the entire unpaid balance of Principal and accrued, unpaid Interest upon the Note to be immediately due and payable.

If full payment of the Principal and Default Interest (as defined in the Note) is not received within ten (10) days, we will pursue all available legal rights and remedies under the Note and applicable law, including foreclosing or otherwise exercising the Holders' rights pursuant to the Security Agreement entered into by and between Baymark ACET Holdco, LLC and the Holder.

This demand is made without waiver of any of the Holder's rights or remedies

Very truly yours,

Steve Kronengold

cc:   Baymark ACET Holdco, LLC
      Granite Park II
      5700 Granite Parkway, Suite 435
      Plano, Texas 75024
      Attn: David Hook
      Email: dhook@baymarkpartners.com

      Sarit Molcho
      S. Friedman & Co.
      Amot Investments Tower
      2 Weizmann St, P.O.Box 33123
      Tel-Aviv 64239   Israel
      Email: saritm@friedman.co.il

BP_006834