

7011 MAIN STREET · FRISCO, TX 75034
PHONE (214) 984-3410 · TOLL FREE (855) 676-1040 · FAX (214) 984-3409
WWW.FREEMANLAW.COM

Jason B. Freeman, JD, CPA                                       Jason@freemanlaw.com
Managing Member

October 8, 2021

**<u>Via Federal Express</u>**

Service of Process
Secretary of State
James E. Rudder Building
1019 Brazos, Room 105
Austin, TX 78701

      Re:    *D&T Partners, LLC, etc., et al. v. Baymark Partners, LP, etc., et al.*; pending in the United States District Court for the Northern District of Texas, Civil Action No. 3:21-cv-01171-B

To Whom it May Concern:

    Enclosed herewith please find:

1. two copies of a Summons issued by the Clerk for service on Defendant, Baymark Partners, L.P., 13455 Noel Road, Suite 1670, Dallas, TX 75240;
2. two copies of Plaintiff's First Amended Complaint with exhibits #1-46; and
3. firm check in the amount of $55.00 representing your required fee.

Please contact me if you have any questions.

                        Sincerely,

                        */s/ Jason B. Freeman*
                        Jason B. Freeman

Encls.

EXHIBIT B