# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 71901046470101351163

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

## Reminder to Schedule Redelivery of your item

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌃

Reminder to Schedule Redelivery of your item
This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**November 22, 2021, 1:29 pm**
Available for Pickup
DALLAS, TX 75240

**October 22, 2021, 9:09 am**
Out for Delivery
DALLAS, TX 75240

EXHIBIT
C

**October 22, 2021, 8:58 am**
Arrived at Post Office
DALLAS, TX 75240

**October 22, 2021, 4:50 am**
Departed USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

**October 22, 2021, 3:39 am**
Arrived at USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

**October 21, 2021, 11:30 am**
Departed USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

**October 21, 2021, 1:17 am**
Arrived at USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

Feedback

**Product Information**          ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**