UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), Directly and Derivatively on Behalf of ACET GLOBAL, LLC and BAYMARK ACET HOLDCO, LLC<br><br>and<br><br>ACET Global, LLC<br><br>**Plaintiffs,**<br><br>v.<br><br>BAYMARK PARTNERS, LP; BAYMARK PARTNERS MANAGEMENT, LLC; SUPER G CAPITAL, LLC; SG CREDIT PARTNERS, INC.; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; Et. al.<br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL CAUSE NO. 3:21-cv-01171-B |

## **Default**

Upon consideration of Plaintiffs, D&T Partners, LLC (successor in interest to ACET Venture Partners, LLC), directly and derivatively on behalf of ACET Global, LLC and Baymark ACET Holdco, LLC) (D&T), and ACET Global, LLC (collectively, the "Plaintiffs") Motion for Entry of Default By Clerk Against Defendant Baymark Partners, LP (the "Motion"), and after review of the Motion and the Court's docket, a Default is entered against Defendant Baymark Partners, LP in favor of Plaintiffs for all causes of action alleged against Defendant Baymark Partners, LP.

DATE: _____

                                                      *CLERK OF COURT*

                                          _____

                                          *Signature of Clerk or Deputy Clerk*