IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:21-CV-01171-B |
| | § | |
| BAYMARK PARTNERS LP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF CHANGE OF OFFICE ADDRESS OF DEFENDANTS
SUPER G CAPITAL LLC'S AND STEVEN BELLAH'S COUNSEL OF RECORD**

TO THE CLERK OF THE COURT:

The undersigned attorneys and law firm, representing Defendants Super G Capital LLC and Steven Bellah in the above-referenced cause, file this Notice of Change of Address to notify the Court of a change in their office address and respectfully request that the Court's docket be updated to reflect the following new office address for Super G's and Bellah's counsel:

> John David Blakley
> William D. Dunn
> DUNN SHEEHAN LLP
> 5910 North Central Expressway
> Suite 1310
> Dallas, Texas 75206

No other contact information for Super G's and Bellah's counsel (*e.g.*, telephone number, attorney email addresses) has changed.

Respectfully submitted,

DUNN SHEEHAN LLP

By: */s/ John David Blakley*
    John David Blakley
    State Bar No. 24069388
    jdblakley@dunnsheehan.com
    William D. Dunn
    State Bar No. 24002023
    ddunn@dunnsheehan.com

    5910 Central Expressway, Suite 1310
    Dallas, Texas 75206
    Phone: 214-866-0077
    Fax: 214-866-0070

**ATTORNEYS FOR DEFENDANTS**
**SUPER G CAPITAL LLC**
**and STEVEN BELLAH**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record by e-service on this 5th day of January 2022.

    */s/    John David Blakley*
           John David Blakley