# The State of Texas

Service of Process
P.O. Box 12079
Austin, Texas 78711-2079



Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

## Secretary of State

December 22, 2021

Jason B. Freeman
Freeman Law, PLLC
7011 Main Street
Frisco, TX 75034

> 2022-332880
>
> **Include reference number in all correspondence**

RE:  D and T Partners, LLC, et al VS Baymark Partners, LP, et al
United States District Court for the Northern District of Texas, Dallas Division
Cause No. 321CV01171B

Dear Sir/Madam

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Service of Process
Government Filings
512-463-1662


EXHIBIT B



## The State of Texas
### Secretary of State

2022-332880-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action; First Amended Complaint in the cause styled:

    D and T Partners, LLC, et al VS Baymark Partners, LP, et al
    United States District Court for the Northern District of Texas, Dallas Division
    Cause No: 321CV01171B

was received by this office on October 11, 2021, and that a copy was forwarded on October 19, 2021, by CERTIFIED MAIL, return receipt requested to:

    Baymark Partners LP
    13455 Noel Road
    Suite 1670
    Dallas, TX 75240

As of this date, no response has been received in this office.



Date issued: December 22, 2021

John B. Scott
**Secretary of State**
GF/vm