UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), Directly and Derivatively on Behalf of ACET GLOBAL, LLC and BAYMARK ACET HOLDCO, LLC<br><br>and<br><br>ACET Global, LLC<br><br>**Plaintiffs,**<br><br>v.<br><br>BAYMARK PARTNERS, LP; BAYMARK PARTNERS MANAGEMENT, LLC; SUPER G CAPITAL, LLC; SG CREDIT PARTNERS, INC.; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; Et. al.<br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § § § | CIVIL CAUSE NO. 3:21-cv-01171-B |

## Default Judgment

On this day, came to be heard Plaintiffs' Motion for Entry of Default and for Default Judgment Against Defendant Baymark Partners, LP (the "Motion") filed by Plaintiffs, D&T Partners, LLC (successor in interest to ACET Venture Partners, LLC), directly and derivatively on behalf of ACET Global, LLC and Baymark ACET Holdco, LLC) (D&T), and ACET Global, LLC (together, the "Plaintiffs"). This Court, after considering the Motion, with attached exhibits, and the response of Defendant Baymark Partners, LP, if any, is of the opinion that the Motion should be GRANTED.

It is ORDERED, ADJUDGED, AND DECREED, that Default Judgment is entered against Defendant Baymark Partners, LP and in favor of Plaintiffs for all causes of action alleged against Defendant Baymark Partners, LP.

**Default Judgment**  1

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiffs have and recover judgment against Defendant Baymark Partners, LP in an amount to be determined at a hearing on the ____ day of _____, 2022.

**SIGNED** this _____ day of _____ 2022.

_____
JUDGE JANE J. BOYLE
United States District Court Judge