UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), <br><br> *Plaintiff*, <br><br> v. <br><br> BAYMARK PARTNERS, LP; <br> BAYMARK PARTNERS MANAGEMENT, LLC; <br> SUPER G CAPITAL, LLC; <br> SG CREDIT PARTNERS, INC.; <br> BAYMARK ACET HOLDCO, LLC; <br> BAYMARK ACET DIRECT INVEST, LLC; <br> BAYMARK PARTNERS; <br> DAVID HOOK; TONY LUDLOW; <br> MATT DENEGRE; WILLIAM SZETO; <br> MARC COLE; STEVEN BELLAH; <br> ZHEXIAN "JANE" LIN; <br> DANA MARIE TOMERLIN; <br> PADASAMAI VATTANA; PAULA KETTER; <br> VANESSA TORRES; and <br> WINDSPEED TRADING, LLC, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL CAUSE NO. 3:21-CV-01171-B |

**ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT AGAINST DEFENDANT BAYMARK PARTNERS, LP**

On this day, the Court heard Plaintiff D&T Partners, LLC's (successor in interest to ACET VENTURE PARTNERS, LLC) Motion for Entry of Default and for Default Judgment Against Defendant Baymark Partners, LP ("Motion"). After considering the Motion, non-party Baymark Management, LLC and Defendant Baymark Partners' response, and any reply thereto, this Court is of the opinion that entry of a default judgment against Baymark Partners, LP is neither procedurally nor substantively warranted. Therefore, Plaintiff's Motion should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for default judgment against Baymark Partners, LP is DENIED.

SIGNED on this _____ day of _____, 2022.

_____
JUDGE PRESIDING