UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC, successor-in-interest to ACET Venture Partners, LLC, *et al,* PLAINTIFFS, | § § § § § § § § | Civil Cause: 3:21-CV-1171-B |
| VS. | | |
| BAYMARK PARTNERS, LP, *et al.*, DEFENDANTS. | | |

**Unopposed Motion to Withdraw and Substitute Counsel – Defendant Paula Ketter**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Civil Rule 83.12, Jason T. Rodriguez and Steven W. Thornton request that this Court permit Jason T. Rodriguez, Timothy Woods, Gordon Green and *Higier Allen & Lautin, P.C.* to withdraw as an attorney of record for Defendant Paula Ketter and substitute Steven W. Thornton as an attorney of record for Defendant Paula Ketter. Good cause exists for this Court to grant this motion due to a potential conflict of interest between Defendant Ketter and other defendants which could make continued representation of all defendants by Jason T. Rodriguez and Higier Allen & Lautin, P.C. untenable. This request is not made for purposes of delay.

For these reasons, Jason T. Rodriguez and Steven W. Thornton request that this Court grant this Motion permitting Jason T. Rodriguez, Timothy Woods, Gordon Green and *Higier Allen & Lautin, P.C.* to withdraw from representing Defendant Paula Ketter and substituting Steven W. Thornton as an attorney of record for Defendant Paula Ketter.

Respectfully submitted,

*WESTERBURG & THORNTON, P.C.*
10440 N. Central Expressway, Suite 800
Dallas, Texas  75231
Phone No.:	214.528.6040
Facsimile:	214.540.7207
Email:	steve@mwtlaw.com

By:	_____
	Steven Thornton
	State Bar No. 00789678


*HIGIER ALLEN & LAUTIN, PC*
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone:	(972) 716-1888
Facsimile:	(972) 716-1899
Email:	jrodriguez@higierallen.com

By:	  /s/ Jason T. Rodriguez  
	Jason T. Rodriguez
	Texas State Bar No. 24042827


Agreed:


_____
Paula Ketter

**Unopposed Motion to Withdraw and Substitute Counsel – Defendant Paula Ketter**	**Page 2**

Respectfully submitted,

WESTERBURG & THORNTON, P.C.
10440 N. Central Expressway, Suite 800
Dallas, Texas 75231
Phone No.:   214.528.6040
Facsimile:   214.540.7207
Email:       steve@mwtlaw.com

By: _____
    Steven Thornton
    State Bar No. 00789678


HIGIER ALLEN & LAUTIN, PC
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone:   (972) 716-1888
Facsimile:   (972) 716-1899
Email:       jrodriguez@higierallen.com

By: _____
    Jason T. Rodriguez
    Texas State Bar No. 24042827


Agreed:

*/s/ Paula Ketter*
Paula Ketter

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on this 11th day of March, 2022.

Steven Thornton

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Plaintiffs' counsel, Jason Freeman, regarding the merits of this motion. Mr. Freeman indicated that the Plaintiffs do not oppose this motion.

Steven Thornton