UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC, successor-in-interest to ACET Venture Partners, LLC, *et al,* <br> PLAINTIFFS, <br><br> VS. <br><br> BAYMARK PARTNERS, LP, *et al.*, <br> DEFENDANTS. | § § § § § § § § § | Civil Cause: 3:21-CV-1171-B |

### Order Granting Unopposed Motion to Withdraw and Substitute Counsel – Defendant Paula Ketter

On _____, this Court considered the Unopposed Motion to Withdraw and Substitute Counsel for Defendant Paula Ketter. After examining the motion, the Court is of the opinion that it is meritorious and should, in all things, be GRANTED.

IT IS THEREFORE ORDERED that Jason T. Rodriguez, Timothy Woods, Gordon Green and *Higier Allen & Lautin, P.C.* is withdrawn as attorney of record for Defendant Paula Ketter only. This Order has no effect on Jason T. Rodriguez, Timothy Woods, Gordon Green and *Higier Allen & Lautin, P.C.'*s representation of any other parties in this matter.

IT IS FURTHER ORDERED that Steven W. Thornton is substituted as attorney of record for Defendant Paula Ketter.

Dated: _____

_____
JUDGE PRESIDING