**PLAINTIFF'S EXHIBIT 21**

# Form 8879-PE
Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization for Form 1065

▶ ERO must obtain and retain completed Form 8879-PE.
▶ Go to www.irs.gov/Form8879PE for the latest information.

For calendar year 2019, or tax year beginning _____, 2019, ending _____, 20_____

OMB No. 1545-0123

**2019**

**Name of partnership:** BAYMARK ACET HOLDCO LLC

**Employer Identification number:** [REDACTED]

## Part I — Tax Return Information (Whole dollars only)

1. Gross receipts or sales less returns and allowances (Form 1065, line 1c) ......... 1 _____
2. Gross profit (Form 1065, line 3) ......... 2 _____
3. Ordinary business income (loss) (Form 1065, line 22) ......... 3 _____
4. Net rental real estate income (loss) (Form 1065, Schedule K, line 2) ......... 4 _____
5. Other net rental income (loss) (Form 1065, Schedule K, line 3c) ......... 5 _____

## Part II — Declaration and Signature Authorization of Partner or Member
(Be sure to get a copy of the partnership's return.)

Under penalties of perjury, I declare that I am a partner or member of the above partnership and that I have examined a copy of the partnership's 2019 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**Partner or Member's PIN: check one box only**

[X] I authorize HOWARD, LLP (ERO firm name) to enter my PIN [REDACTED] (Don't enter all zeros) as my signature on the partnership's 2019 electronically filed return of partnership income.

[ ] As a partner or member of the partnership, I will enter my PIN as my signature on the partnership's 2019 electronically filed return of partnership income.

Partner or member's signature ▶ /s/ [signature]
Title ▶ MANAGER
Date ▶ _____

## Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [REDACTED] Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of Pub. 3112, IRS e-file Application and Participation, and Pub. 4163, Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns.

ERO's signature ▶ Paul Knutson, CPA  HOWARD, LLP
Digitally signed by Paul Knutson, CPA
Date: 2020.09.14 13:21:28 -05'00'
Date ▶ 09/10/20

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.
LHA

Form **8879-PE** (2019)