PLAINTIFF'S EXHIBIT 28

| | |
|---|---|
| From: | Matt Denegre |
| Sent: | Monday, September 10, 2018 1:19 PM |
| To: | Tony Ludlow |
| Subject: | FW: Corrected Version |
| Attachments: | Winddown1-2.pptx |

Wind down plan for Super G for your review.

Best Regards,

**Matt Denegre**
Baymark Partners
O: 972-991-5457 | M: 214-625-3344
www.baymarkpartners.com


**From:** William Szeto <bill@acetglobal.com>
**Sent:** Monday, September 10, 2018 11:59 AM
**To:** Matt Denegre <mdenegre@baymarkpartners.com>
**Subject:** Corrected Version

This is a corrected version.  Paycheck for me for this week is not included in the number.

Bill

William Szeto, P.E.
President & CEO
ACET Global LLC.
1501 10th Street, Suite 100
Plano, Texas 75074
214-868-7002 (M)
972 -422-4928 (O)

BP_011286

# Wind Down Plan

## Wind Down Current Location

- Fulfillment
    - Inventory Management
    - Fulfillment Management
    - Sales Continuation
    - Communications between sales and Fulfillment
    - Shipment pickup and delivery
- Sales and Office Staff
    - Relocating to temporary office space with current office furniture and computers
    - Internet access
    - Email Access
    - Customer Services
    - Current Business Files
    - Listing of current Debts and Credits

# Time Line and Cost For Wind Down Only

| Time Line | Cost | Time Line | Cost |
|---|---|---|---|
| Listing of all outstanding debts and credits | | Inform Texas Capital on Closing | |
| Settles on all accounts which must be paid prior to closing | 3,000 | Inform all active Shipping companies on closing | |
| Salary accrual For Bill | 33,700 | Inform Building Owner on Closing | |
| Arrange for last two payroll checks | 22,000 | Inform all Market Places on Closing | |
| Pay Bill's credit card used for DHL payments | 22,000 | Inform all major customers on Closing | |
| Reserve For One Month's Rent | 10,000 | Send termination letter to all current employees | |
| Perform Last Inventory prior to closing | | Submit Final Financial Statement | |
| Price inventory which can be sold/transferred | -3,000 | Close and Lock Office | |
| Return/Terminate all office machine Lease Agreements | 1,000 | | |
| Inform all parties on impending closing | | | |
| Decide on how to deal with racks/shelves | | | |
| **Week Of 09/17** | | **Week Of 09/24** | |

## Cost Summary

| Description | Cost |
| --- | ---: |
| Settle on all accounts which must be paid prior to closing | 3,000 |
| Salary accrual for Bill Szeto | 33,700 |
| Arrangement for two payroll, including pay for Bill | 22,000 |
| Pay Bill's credit card used for shipping payments | 22,000 |
| Reserve for one month's rent | 10,000 |
| Price inventory | -3,000 |
| Terminate office machine lease | 1,000 |
| | |
| Total | 88,200 |