

| | |
|---|---|
| **From:** | WILLIAM SZETO <bill@windspeedtrading.com> |
| **Sent:** | Friday, October 19, 2018 10:36 AM |
| **To:** | Matt Denegre |
| **Subject:** | Re: WIndspeed QuickBooks File |

I met with her this morning and Quick book was one of the things she needs to do. We will establish a new account for Quick Book.

Bill

---

**From:** Matt Denegre <mdenegre@baymarkpartners.com>
**Date:** Friday, October 19, 2018 at 9:34 AM
**To:** WILLIAM SZETO <bill@acetglobal.com>
**Subject:** WIndspeed QuickBooks File

Bill,

Jane will need to set up a new QuickBooks file for Windspeed and maintain the old QuickBooks file for ACET. It will need to be two separate books for obvious reasons. All the ongoing ACET sales/expenses will still need to be recorded in the ACET QuickBooks. We can figure out the opening balance sheet entries for Windspeed after the funding.

Best Regards,

**Matt Denegre**
Baymark Partners
O: 972-991-5457 | M: 214-625-3344
www.baymarkpartners.com

BP_011763