| | |
|---|---|
| **From:** | Matt Denegre |
| **Sent:** | Friday, September 7, 2018 9:22 AM |
| **To:** | Steve Bellah |
| **Cc:** | Tony Ludlow |
| **Subject:** | ACET Plan |
| **Attachments:** | ACET Plan (Sept. 2018).pdf |

Steve,

Attached is the ACET plan. The plan provides the company resources to grow quickly and profitably under a restructured entity. It would require additional capital from Super G.

Let me know if you would like to discuss.

Best Regards,

**Matt Denegre**
Baymark Partners
O: 972-991-5457 | M: 214-625-3344
www.baymarkpartners.com

# New Process Improvements

- Information/communications improvements
    - No detailed reports available on sales and inventory – Have no idea on what was sold each day and what was in warehouse. Counted products three times between December 2017 and February 2018.
    - Created daily detailed sales report and daily inventory listing.
    - Inventory listing is critical for the implementation of Just-In-Time purchasing, and Price Aging.
    - Improve communications between sales and Fulfillment to make sure availability of products before sales events
- Product Selection Process
    - Meet every Monday morning to discuss proposed product acquisitions– Input from everyone - a group of brains is better than just one.
    - Insist on sample testing before approving products
        - Door Bell camera and sport watches resulted to over 300 customer complains weekly.
        - Complains improved to about 3-5 weekly now
        - Rejected multiple samples for poor performance
- Pricing
    - Inconsistent pricing resulting to losses and issues with Market Places
    - Pricing without consideration of weight and size of product.  Use standard $3 per item rate for US shipping.  Actual cost may be many times more
    - No consideration on margin for new products

9/7/2018 9:05 AM

1

BP_006280

# Latest Accomplishments

- **Selected by Amazon as Choice Product two consecutive weeks**
    - Bath Room Accessories – sold 91 sets
    - Pet water bottle this week
- **Promoted by Groupon to Level 2 supplier**
    - Allow to sell $5,000 worth products
    - Must be able to deliver within 2 days after the receipt of orders
    - Was allowed to sell only $1,000 worth products.  Exceeded that amount several consecutive weeks.
    - Received letter complimenting our record on on-time shipping
- **Open up new market places – Restaurant.com**
    - Received the first payment from them
    - Will continue to grow account
- Signed contract with Bed, Bath and beyond.  Working with them to select appropriate products
- Lack of new products resulting to limitation to continuous growth

9/7/2018 9:05 AM                                                                                                    2

BP_006281

## Sales Program is working

- The attached inventory listing indicates that the sales program is working.
- With a few seasonal products, such as Easter bunny purse of which we received them after Easter. We will continue to sell those in other events. All other product sold rapidly.
- Many products were replenished several time as demand from customers continues to grow
- Some of these products are currently out of stock due to limited financial support to replenish
- Margin on some of these products are low due to competition in market places such as Amazon. Margin will improve once process for sea ship is implemented. Current margin on the average is 20%. Sea shipping will increase margin to about 50%
- Products purchased were mainly lower cost (not lower quality) products again due to limited financial resources. This will change in the future

9/7/2018 9:05 AM

3

BP_006282

# New growth Strategies

- Must broaden the current product portfolio to include more high quality products
    - **Low Price For High Quality Products**

- No longer sells poor quality electronic products with poor apps.

- Test and accept only high quality, reliable products – reject products with poor performance

- Products to be included in the portfolio are:
    - High quality electronic products, including products for connected homes
    - High quality household products – rejected products made with poor quality material
    - Some beauty products but no more cosmetics
    - No more clothing – too many sizes and color choices
    - No more cell phone related products – design changes too often

- Leverage current sales momentum to continue working with reputable market places

- Always leads, never follows

9/7/2018 9:05 AM    4

BP_006283

## Product Purchase Numbers

- The product purchase numbers are derived based on the following assumptions:
- 1. We have to catch up on the first few months for Christmas and Black Friday sales products.
- 2. We also have to order a limited replenishment supplies to keep the market places going.  This limited replenishment will be air shipped and will be around $2,000.
- 3.  Products purchasing continues to include replenishments and new items.  The percentage of new vs. replenishments changes each month as we reach our goal on new and old product mix.  I expect our product mix to be about 30% new and 70% replenishment
- We need to start attending trade shows so we can keep abreast of the latest product trends.  We are currently always behind on the latest trends

9/7/2018 9:05 AM                                                                                           5

BP_006284

# Freight

- This has several types of freight included in my estimate:
- 1. Sea ship charge – this is a flexible charge depending on the season, the size and weight of the shipment. We are going to try to keep the shipment at the most effective range.

2. Air ship using airlines - DHL offers this service for shipment over 100kg, but not economical for sea ship. We will check each time for the best shipping rate. Again, the rate will be flexible depending on the season, weight and size as well.

3. Air Ship using DHL Express – This is our current method of shipping. I call this as shipping via private jets and is the most expensive but fastest. WE already have US government approval for shipping "dangerous" shipment using this method. Lithium battery is included in the category.

4. The budget also includes the use of DHL eCommerce for US shipping. This is also depending on weight, size and zone. We are using the most expensive zone for calculating marging.

5. I balanced the four factors to come up with the shipping estimate.

9/7/2018 9:05 AM                                                                                                   6

BP_006285

# Starting Capital Investments

1. Payroll – Current payroll is about $11,000 every two weeks, including my paycheck.  I need to have support for at least three payroll periods before payments start to catch up.

2. Rent –Estimated to be around $2500 to $3000 per month plus utilities.  A  one-moth deposit for the new place is common.

3. Temporary storage – about $1,000 for the first month.  Dana and Paula is checking on that today

4. Moving expenses – about $1,000 including furniture, etc.

5. DHL eCommerce payment – currently overdue is about $2500.  Have to pay so we can continue to ship and use the account in the future.

6. My credit card bill of about $16,000 has to paid in mid-September.  All of these are DHL payments.  I can handle my paycheck issues later as finance  improves

7. Product replenishment $2500 now

8. Product purchased $10,000 for new products, and some replenishment product for sea ship.

9. Insurance – about $4,000 to start

9/7/2018 9:05 AM                                                                                                                                                       7

BP_006286

# Major shift in sales strategy

- Continue to use Just In Time principals, but consider delivery times with sea shipping. Sea shipping takes about 33 days to arrive. Air shipping is about 7 to 10 days to arrive.
    - Must be well planned and executed
    - Must consider size and weight of products to be shipped to take advantages of best rate

- NO MORE AIR SHIP. WILL USED ONLY SEA SHIP
    - Air ship cost $3.48 per lb.
    - Sea ship cost $0.52 per lb.
    - Required much better planning and decision making

- Lower shipping costs allow for better pricing and higher margin

- All new products must be evaluated for profit margin before introduction
    - Current financial difficulties are caused by poor margin on products
    - Not able to take advantages of several special sales events, like FOX, due to poor product planning

9/7/2018 9:05 AM

8

BP_006287

# Budget Assumptions

- Revenue for September assumes continuing of selling inventories and small quantity of replenishment supplies to be air shipped for timing reasons. Must continue momentum with better market places such as Groupon, eBay, Amazon, and Jane. Sales with Mysell will continue in September.
- Orders for Christmas and Black Friday Products will be completed by early September and must be available in early October. A list of such products are already completed waiting on the availability of funding
- We need to work on the breadth of product portfolio based on decision of what products to carry in the future. Quality. Quality, Quality……….
- No increase in payroll until December 2018. May add another sales associate in December
- Assuming debt payment of $1,000 per week increase to $3000 per month
- Other Operation Expenses includes insurance, Internet, Email, etc.
- October, November and December are the best selling months of the year. New Products must be available by late September to catch the sales schedule

9/7/2018 9:05 AM    9

BP_006288

# Monthly Cash Budget

|  | 9/18 | 10/18 | 11/18 | 12/18 | 1/19 | 2/19 | 3/19 | 4/19 | 5/19 | 6/19 | 7/19 | 8/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 200,000 | 165,000 | 145,500 | 170,700 | 221,780 | 285,800 | 388,580 | 492,840 | 634,380 | 798,800 | 951,160 | 1,164,400 |
| Cash Collected | 35,000 | 80,000 | 115,000 | 165,000 | 190,000 | 285,000 | 325,000 | 375,000 | 425,000 | 425,000 | 510,000 | 550,000 |
| Total Cash Available | 235,000 | 245,000 | 260,500 | 335,700 | 411,780 | 570,800 | 713,580 | 867,840 | 1,059,380 | 1,223,800 | 1,461,160 | 1,714,400 |
| Product Purchase | 34,000 | 55,000 | 45,000 | 63,000 | 72,000 | 108,000 | 136,000 | 144,000 | 162,000 | 171,000 | 189,000 | 207,000 |
| Freight Payments | 6,500 | 15,000 | 15,300 | 21,420 | 24,480 | 36,720 | 46,240 | 48,960 | 55,080 | 58,140 | 64,260 | 70,380 |
| Total Product Cost | 40,500 | 70,000 | 60,300 | 84,420 | 96,480 | 144,720 | 182,240 | 192,960 | 217,080 | 229,140 | 253,260 | 277,380 |
| Rent | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| Payroll | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Other OPEX | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Debt Re-payment | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Total Expenditure | 29,500 | 29,500 | 29,500 | 29,500 | 29,500 | 37,500 | 38,500 | 40,500 | 43,500 | 43,500 | 43,500 | 43,500 |
| Total Outlay with product | 70,000 | 99,500 | 89,800 | 113,920 | 125,980 | 182,220 | 220,740 | 233,460 | 260,580 | 272,640 | 296,760 | 320,880 |
| Cash Ending | 165,000 | 145,500 | 170,700 | 221,780 | 285,800 | 388,580 | 492,840 | 634,380 | 798,800 | 951,160 | 1,164,400 | 1,393,520 |

Note: Cash Collection for 09/18 is from initial investment

9/7/2018 9:05 AM                                                                                                                10

# EBITDA

| | 9/18 | 10/18 | 11/18 | 12/18 | 1/19 | 2/19 | 3/19 | 4/19 | 5/19 | 6/19 | 7/19 | 8/19 | TTM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 45,000 | 85,000 | 125,000 | 175,000 | 200,000 | 300,000 | 350,000 | 400,000 | 450,000 | 475,000 | 525,000 | 575,000 | 3,705,000 |
| Product Cost | 34,000 | 55,000 | 45,000 | 63,000 | 72,000 | 108,000 | 126,000 | 144,000 | 162,000 | 171,000 | 189,000 | 207,000 | 1,376,000 |
| Shipping Cost | 6,500 | 15,000 | 15,300 | 21,420 | 24,480 | 36,720 | 42,840 | 48,960 | 55,080 | 58,140 | 64,260 | 70,380 | 459,080 |
| Cost of Goods Sold | 40,500 | 70,000 | 60,300 | 84,420 | 96,480 | 144,720 | 168,840 | 192,960 | 217,080 | 229,140 | 253,260 | 277,380 | 1,835,080 |
| Net Profit | 4,500 | 15,000 | 64,700 | 90,580 | 103,520 | 155,280 | 181,160 | 207,040 | 232,920 | 245,860 | 271,740 | 297,620 | 1,869,920 |
| Margin | 10.00% | 17.65% | 51.76% | 51.76% | 51.76% | 51.76% | 51.76% | 51.76% | 51.76% | 51.76% | 51.76% | 51.76% | |
| Operating Expenses | | | | | | | | | | | | | |
| Salary | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 320,000 |
| Rent | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 6,000 | 6,000 | 6,000 | 6,000 | 48,000 |
| Amortization | | | | | | | | | | | | | |
| Depreciation | | | | | | | | | | | | | |
| Earning Before Interest and Taxes | -20,500 | -10,000 | 39,700 | 65,580 | 78,520 | 122,280 | 148,160 | 174,040 | 196,920 | 209,860 | 235,740 | 261,620 | 1,501,920 |
| Interest Expenses | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Operating Income (Earning before Taxes ) | -21,500 | -11,000 | 38,700 | 64,580 | 77,520 | 121,280 | 147,160 | 173,040 | 195,920 | 208,860 | 234,740 | 260,620 | 1,489,920 |
| Net Profit (EBITDA) | -21,500 | -11,000 | 38,700 | 64,580 | 77,520 | 121,280 | 147,160 | 173,040 | 195,920 | 208,860 | 234,740 | 260,620 | 1,489,920 |

BP_006290

# Immediate Capital Requirements

| | | |
|---|---:|---|
| Payroll | 11,000 | 1st payroll period |
| Product - Replenishment | 4,000 | Initial replenishment |
| Replenishment shiping | 1,500 | Air Ship - Net 2 Days |
| Product New First Month | 40,000 | Christmas and Black Friday |
| Product New 2nd & 3rd month | 50,000 | |
| Rent temp space | 1,000 | |
| Moving | 1,000 | |
| Insurance | 4,000 | first month payment |
| DHL payment | 16,000 | Charged to my credit card before.  It is due now |
| DHL overdue payment | 3,000 | |
| Other DHL payments | 3,000 | For Bye Bye Clot shipping |
| Rent, new space deposit | 3,000 | |
| First month's rent | 3,000 | |
| Salary Accured | 60,000 | 2nd & 3rd payroll plus Bill's accured pay |
| Total capital requirements | 200,500 | |

BP_006291

# Summary

- Company can start growing immediately as processes and sales momentum are already in place. No waiting period required.

- Need to have funding to start ordering. Planning for new products are almost completed.

- Need to look for another place to move to. Process of finding another place has already started. Looking for a place with about $1,800 to $2,000 per month rent. Current location is about $6,000 per month, with another $2,000 additional rent addition for a total of $8,000 per month

- Start to sort out products which are still selling. We may have to move those products out immediately due to the issues of back rent and rent differential. We will be looking at storage units until a permanent location can be located. We will leave certain products behind to save cost.

9/7/2018 9:05 AM                                                                                                                   13

BP_006292