| | |
|---|---|
| **From:** | Alex Godinez <alex@supergcapital.com> |
| **Sent:** | Thursday, October 18, 2018 5:08 PM |
| **To:** | Julie A. Smith; WILLIAM SZETO; Matt Denegre (mdenegre@baymarkpartners.com); Alexander Szeto (aszeto@higierallen.com); Steve Bellah |
| **Cc:** | Carrie P. Williamson |
| **Subject:** | Re: Windspeed executed documents |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Julie,

Will do. Wire will be sent first thing tomorrow morning.


**Alex Godinez**
Super G Capital, LLC
23 Corporate Plaza, Suite 135
Newport Beach, CA 92660
P: (949) 630-0479
E: alex@supergcapital.com



---

**From:** "Julie A. Smith"
**Date:** Thursday, October 18, 2018 at 3:03 PM
**To:** Alex Godinez , WILLIAM SZETO , "Matt Denegre (mdenegre@baymarkpartners.com)" , "Alexander Szeto (aszeto@higierallen.com)" , Steve Bellah
**Cc:** "Carrie P. Williamson"
**Subject:** RE: Windspeed executed documents

Great! Congratulations, folks. The transaction is closed!

Alex G, can you send around the fed reference number for the wire transfer to indicate you have initiated the wire?

Julie A. Smith
Shareholder
Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Direct: 214.922.4113 Fax: 214.953.0053
jsmith@hallettperrin.com | www.hallettperrin.com
Disclaimer

1

BP_003339