PLAINTIFF'S
EXHIBIT

**34**

Below are the proposed equity splits from Bill.  We (Baymark) are ok with this proposal too.

Attached are the formation documents.


Best Regards,

**Matt Denegre**
Baymark Partners
O: 972-991-5457 | M: 214-625-3344
www.baymarkpartners.com


**From:** WILLIAM SZETO <bill@acetglobal.com>
**Sent:** Monday, October 8, 2018 4:09 PM
**To:** Matt Denegre <mdenegre@baymarkpartners.com>
**Subject:** Ownership
**Importance:** High

Matt

After considering the amount of investment you and Super G put into the ACET Global company, here is the percentage I am willing to live with:

**Undiluted**
Baymark – 66.66%
Bill Szeto    33.33%
Total         100%

*Super G warrant for 40%*

**Diluted**
Baymark –  40%
Bill Szeto –  20%
Super G –    40%
Total          100%

Please take a look at this and if OK with you, please send to Steve for approval with Super G.


Thanks


Bill


William  Szeto, P.E.
President & CEO
Windspeed Trading LLC.
214-868-7002 (M)

BP_006409