PLAINTIFF'S EXHIBIT
37

**From:** Julie A. Smith
**Sent:** Tuesday, March 26, 2019 5:16 PM
**To:** 'vanderwoude.brian@dorsey.com'
**Subject:** FW: Windspeed/Super G- loan agreement
**Attachments:** scan0007.pdf

**Importance:** High

Brian,

Attached are Windspeed's signature pages to the various documents. Can you compile fully-executed documents?

Thanks, Julie

Julie A. Smith
Shareholder
Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Direct: 214.922.4113 Fax: 214.953.0053
jsmith@hallettperrin.com | www.hallettperrin.com
Disclaimer

**From:** WILLIAM SZETO
**Sent:** Tuesday, March 26, 2019 4:46 PM
**To:** Julie A. Smith
**Cc:** Matt Denegre (mdenegre@baymarkpartners.com) ; Carrie P. Williamson
**Subject:** Re: Windspeed/Super G- loan agreement
**Importance:** High

Julie.

I rescan the file and see if it works this time.

Bill

William Szeto, P.E.
President & CEO
Windspeed Trading LLC.
214-868-7002 (M)

---

**From:** "Julie A. Smith" <JSmith@hallettperrin.com>
**Date:** Tuesday, March 26, 2019 at 12:55 PM
**To:** William SZETO <bill@windspeedtrading.com>

**Cc:** "Matt Denegre (mdenegre@baymarkpartners.com)" <mdenegre@baymarkpartners.com>, "Carrie P. Williamson" <CWilliamson@hallettperrin.com>
**Subject:** RE: Windspeed/Super G- loan agreement

Thanks, Bill. Can you resend them? I did not get the email yesterday.

Julie A. Smith
Shareholder
Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Direct: 214.922.4113 Fax: 214.953.0053
jsmith@hallettperrin.com | www.hallettperrin.com
Disclaimer

**From:** William SZETO <bill@windspeedtrading.com>
**Sent:** Tuesday, March 26, 2019 12:54 PM
**To:** Julie A. Smith <JSmith@hallettperrin.com>
**Cc:** Matt Denegre (mdenegre@baymarkpartners.com) <mdenegre@baymarkpartners.com>; Carrie P. Williamson <CWilliamson@hallettperrin.com>
**Subject:** Re: Windspeed/Super G- loan agreement

I returned them yesterday

Sent from my iPhone

On Mar 26, 2019, at 12:38 PM, Julie A. Smith <JSmith@hallettperrin.com> wrote:

> Bill,
>
> Just touching base to see if you'd had the chance to sign the Windspeed/Super G loan documents. Let me know if you have any questions about the documents or the process.
>
> Thanks, Julie
>
> Julie A. Smith
> Shareholder
> Hallett & Perrin, P.C.
> 1445 Ross Avenue, Suite 2400
> Dallas, Texas 75202
> Direct: 214.922.4113 Fax: 214.953.0053
> jsmith@hallettperrin.com | www.hallettperrin.com
> Disclaimer
>
> **From:** Julie A. Smith
> **Sent:** Friday, March 22, 2019 9:18 AM
> **To:** WILLIAM SZETO <bill@windspeedtrading.com>; Matt Denegre (mdenegre@baymarkpartners.com) <mdenegre@baymarkpartners.com>
> **Subject:** Windspeed/Super G- loan agreement
>
> Bill,

I apologize. I thought you'd seen the final documents. Attached are the final documents for the Windspeed transaction. Matt and Super G confirmed the numbers on the first page of the Amended & Restated Loan Agreement. You should be signing four signature pages. Let me know if you have any questions.

Thanks, Julie

Julie A. Smith
Shareholder
Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Direct: 214.922.4113 Fax: 214.953.0053
jsmith@hallettperrin.com | www.hallettperrin.com
Disclaimer

# Amended and Restated Business Loan & Security Agreement

Super G Capital, LLC
23 Corporate Plaza, Suite 100
Newport Beach, CA 92660
800-631-2423




This Authorization Agreement for Direct Deposit (ACH Credit) and Direct Payments (ACH Debits) (this "Authorization") is part of (and is fully incorporated herein by reference into) the Business Loan and Security Agreement above (the "Loan Agreement").

By signing below, Borrower agrees and authorizes Lender to collect payments required under the terms of this Agreement by initiating ACH debit entries to Borrower's Account in the amounts and on the dates provided in the payment schedule set forth in the Loan Agreement. Borrower authorizes Lender to increase the amount of any scheduled ACH debit entry by the amount of any previously scheduled payment(s) that was not paid as provided in the payment schedule and any unpaid returned payment charges and/or late fees. This Authorization is to remain in full force and effect until Lender has received written notification from Borrower of its termination in such time and in such manner as to afford Lender and Borrower's depository bank a reasonable opportunity to act on it. Lender may suspend or terminate Borrower's enrollment in the automatic payment plan effected by this Authorization immediately if Borrower fails to keep Borrower's Account in good standing or if there are insufficient funds in Borrower's Account to process any payment. If Borrower revokes this Authorization, Borrower still will be responsible for making timely payments pursuant to the alternative payment methods described in the Loan Agreement.

BUSINESS PURPOSE ACCOUNT. By signing below, Borrower attests that Borrower's Account was established for business purposes and not for personal, family, or household purposes.

ACCOUNT CHANGES. Borrower agrees to notify Lender promptly if there are any changes to the account and routing numbers of the Borrower Account.

MISCELLANEOUS. Lender is not responsible for any fees charged by Borrower's bank as the result of credits or debits initiated under this Authorization. The origination of ACH transactions to or from Borrower's Account must comply with all provisions of applicable law.

| BANK INFO | | |
|---|---|---|
| | | |
| | BANK NAME | **Texas Capital Bank** |
| | ABA ROUTING NO. | **111017979** |
| | ACCOUNT NO. | **1511017475** |

| BORROWER | | |
|---|---|---|
| | BUSINESS LEGAL NAME | **WINDSPEED TRADING, LLC** |
| | NAME | [signature] |
| | BY NAME | **William C Szeto** |
| | TITLE | CEO |
| | ADDRESS | 1761 INTERNATIONAL PARKWAY, RICHARDSON, TX 75081 |

IN WITNESS WHEREOF, each party has executed and delivered this Assignment and Assumption Agreement as of the day and year first written above.

**WINDSPEED TRADING, LLC**

By: ______________________________
William C. Szeto, its Manager

**SUPER G CAPITAL, LLC**

By: ______________________________
Marc Cole, its Chief Financial Officer

IN WITNESS WHEREOF, each party has executed and delivered this Agreement as of the day and year first written above.

**WINDSPEED TRADING, LLC**

By: ______________________
William C. Szeto, its Manager

**SUPER G CAPITAL, LLC**

By: ______________________
Marc Cole, its Chief Financial Officer

# Amended and Restated Business Loan & Security Agreement

Super G Capital, LLC
23 Corporate Plaza, Suite 100
Newport Beach, CA 92660
800-631-2423



| | |
|---|---|
| BUSINESS LEGAL NAME | WINDSPEED TRADING, LLC |
| SIGNATURE | [signature] |
| PRINT NAME | William C Szeto |
| TITLE | Manager |
| DATE | 3/25/2019 |
| ADDRESS | 1761 INTERNATIONAL PARKWAY, RICHARDSON, TX 75081 |

**FOR LENDERS USE ONLY:** This Agreement has been received and accepted by Lender in the State of California after being signed by Borrower and any Guarantor(s)

| SIGNATURE | PRINT NAME Marc Cole, Chief Financial Officer | DATE |
|---|---|---|