**From:** Brian Vanderwoude <vanderwoude.brian@dorsey.com>
**Date:** Monday, March 4, 2019 at 10:52 AM
**To:** Steve Bellah <steve@supergcapital.com>
**Subject:** FW: Windspeed/Super G- loan agreement

See comments below from Windspeed's lawyer. Please let me know what to put in the blank for the Total Interest Charge and please confirm that Super G has agreed to remove the $50,000 minimum deposit balance from Addendum 3.

Thanks,

Brian

**J. Brian Vanderwoude**
DORSEY & WHITNEY LLP
300 Crescent Ct, Suite 400 | Dallas, TX 75201
P: 214.981.9953   F: 214.853.5095   C: 214.673.0050
WWW.DORSEY.COM  ::  DALLAS  ::  BIO  ::  V-CARD



**From:** Julie A. Smith <JSmith@hallettperrin.com>
**Sent:** Sunday, March 3, 2019 8:59 PM
**To:** Vanderwoude, Brian <vanderwoude.brian@dorsey.com>; Matt Denegre (mdenegre@baymarkpartners.com) <mdenegre@baymarkpartners.com>
**Subject:** Windspeed/Super G- loan agreement

Brian, Attached is a redline of the version you sent on Friday to the latest version in our system. There is a blank on the first page (the Total Interest Charge) that needs to be filled in. Also, I believe the parties agrees to remove the $50,000 minimum deposit balance requirement from Addendum 3. The remainder of your changes looks fine.

Matt, please confirm the numbers, amortization, calculation of Total Payback Amount (after the number for Total Interest Charge has been inserted) are consistent with your understanding of the business terms.

Thanks, Julie