

7011 MAIN STREET · FRISCO, TX 75034
PHONE (214) 984-3410 · TOLL FREE (855) 676-1040 · FAX (214) 984-3409
WWW.FREEMANLAW.COM

Jason B. Freeman, JD, CPA                                                              Jason@FreemanLaw.com
Managing Member

March 31, 2021

Via email: EPerrin@hallettperrin.com

Baymark ACET Holdco, LLC
Care of Edward Perrin, its attorney

    **Re:  Election Pursuant to Section 4.11 of the Company Agreement of ACET Global, LLC for Action Without a Meeting.**

Dear Baymark ACET Holdco, LLC; its Members; and its Managers:

    Please be advised that pursuant to that letter dated March 31, 2021, D&T Partners is hereby removing Baymark ACET Holdco, LLC, as the manager of ACET Global, LLC. D&T Partners hereby appoints D&T Partners, LLC as the sole manager of ACET Global, LLC.

    D&T Partners, LLC further provides notice of the approval and enactment of the following resolutions:

1) The prohibition of any person, other than D&T Partners, LLC as the sole manager of ACET Global, LLC, from effecting the transfer or use of any asset of ACET Global, LLC; from transmitting any funds from the bank account(s) of ACET Global, LLC; from utilizing any assets that have been entrusted or placed in the possession of such person without the express written authorization of D&T Partners, LLC, as the sole manager of ACET Global, LLC; and from engaging in any act to move, utilize, or otherwise exercise control over any asset of ACET Global, LLC or otherwise holding themselves out as having any authority with respect to ACET Global, LLC.

2) The adoption of a resolution authorizing, empowering, and directing D&T Partners, LLC, as managing member or any other capacity, to bring any and all legal actions necessary to rectify any breaches of fiduciary duty or other legal violations against ACET Global, LLC by its members, agents, former employees, or other persons who have caused any damage to ACET Global, LLC. This resolution shall include the authority to terminate and hire legal counsel to pursue any and all legal causes of action on behalf of ACET Global, LLC.

Best regards,

Jason B. Freeman

Cc:     D&T Partners, LLC