## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), Directly and Derivatively on Behalf of ACET Global, LLC and BAYMARK ACET HOLDCO, LLC | § § § § § § | |
| | § | Civil Action No. 3:21-CV-01171-B |
| and | § § | |
| ACET GLOBAL, LLC | § § | |
| Plaintiffs, | § § § | |
| v. | § § | |
| BAYMARK PARTNERS, LP; BAYMARK PARTNERS MANAGEMENT, LLC; BAYMARK MANAGEMENT, LLC; SUPER G CAPITAL, LLC; SG CREDIT PARTNERS, INC.; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; MATTHEW DENEGRE; WILLIAM SZETO; MARC COLE; STEVEN BELLAH: ZHEXIAN "JANE" LIN; DANA MARIE TOMERLIN; PADASAMAI VATTANA; PAULA KETTER; VANESSA TORRES; WINDSPEED TRADING, LLC; HALLETT & PERRIN, P.C.; and JULIE A. SMITH, | § § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | | |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

COME NOW Defendants Baymark Partners Management, LLC; Baymark ACET Holdco,

LLC; Baymark ACET Direct Invest, LLC; Baymark Partners; David Hook; Tony Ludlow;

Matthew Denegre;  Baymark Management, LLC; Super G Capital, LLC; Steven Bellah;

Windspeed Trading, LLC; William Szeto; Zhexian "Jane" Lin; Dana Marie Tomerlin; Padasamai

Vattana; Vanessa Torres; Paula Ketter; Hallett & Perrin, P.C.; Julie A. Smith; SG Credit Partners, Inc.; and Marc Cole; (collectively, "Defendants") and file their Unopposed Motion to Extend Deadline to Respond to Plaintiffs' Second Amended Complaint (herein "Motion"). Defendants respectfully request the Court extend the deadline for all Defendants to answer or otherwise respond to Plaintiffs' Second Amended Complaint to on or before July 22, 2022, as authorized by Federal Rule of Civil Procedure 6(b).

## I.    PROCEDURAL BACKGROUND

1.      Pursuant to the Court's Memorandum Opinion and Order dated May 9, 2022, Plaintiffs filed their Second Amended Complaint on June 8, 2022. In that Second Amended Complaint, Baymark Management, LLC was added as a Defendant. To date, Baymark Management LLC has not been served. However, counsel for Baymark Management, LLC has indicated to Plaintiffs' counsel that he is authorized to accept a Waiver of Service on behalf of Baymark Management, LLC.

2.      Also pursuant to the Court's May 9, 2022 Memorandum Opinion and Order, the deadline for all Defendants other than Baymark Management, LLC to answer or otherwise respond to the Second Amended Complaint is June 29, 2022.

3.      To allow all Defendants sufficient time to prepare their respective responses to the Second Amended Complaint, as well as to provide a uniform deadline by which all Defendants, including the newly added Baymark Management, LLC, have to respond to the Second Amended Complaint, Defendants seek to extend their respective deadlines to answer or otherwise respond to the Second Amended Complaint to July 22, 2022. Baymark Management, LLC will also respond by this deadline, although it would otherwise have 60 days from receipt of a Waiver of Service to respond. Plaintiffs do not oppose the requested extension.

## II.   ARGUMENT

4.      A court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); *Doss v. Helpenstell*, 699 F. App'x 337, 339 (5th Cir. 2017) ("A district court's decision to grant a request for an extension of time is reviewed only for an abuse of discretion.").

5.      As noted above, Defendants seek to extend the deadline for them to answer or otherwise respond to the Second Amended Complaint, in part, to provide a uniform response date for all Defendants.

6.      Good cause exists for the requested extension, and it is not being sought for purposes of delay.

## III.   PRAYER

WHEREFORE, Defendants respectfully request that the Court enter an order extending the deadline for all Defendants to answer or otherwise respond to the Second Amended Complaint to July 22, 2022.

Respectfully submitted,

**HALLETT & PERRIN, P.C.**

By: */s/ Edward P. Perrin, Jr.*
      **EDWARD P. PERRIN, JR.**
      State Bar No. 15796700
      eperrin@hallettperrin.com
      **JENNIFER R. POE**
      State Bar No. 00794470
      jpoe@hallettperrin.com
      **ELIZABETH A. FITCH**
      State Bar No. 24075777
      efitch@hallettperrin.com
      1445 Ross Avenue, Suite 2400
      Dallas, TX  75202
      Telephone: (214) 953-0053
      Facsimile: (214) 922-4142

      ATTORNEYS FOR BAYMARK PARTNERS MANAGEMENT, LLC; BAYMARK MANAGEMENT, LLC; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; and MATTHEW DENEGRE

**DUNN SHEEHAN LLP**

By: */s/ John David Blakley* with permission by
      Edward P. Perrin, Jr.
      **JOHN DAVID BLAKLEY**
      State Bar No. 24069388
      jdblakley@dunnsheehan.com
      **WILLIAM D. DUNN**
      State Bar No. 24002023
      ddunn@dunnsheehan.com
      5910 North Central Expressway, Suite 1310
      Dallas, TX  75206
      Telephone: (214) 866-0077
      Facsimile: (214) 866-0070

      ATTORNEYS FOR SUPER G CAPITAL LLC; and STEVEN BELLAH

**HIGIER ALLEN & LAUTIN, P.C.**

By: */s/ Jason T. Rodriguez* with permission by
    Edward P. Perrin, Jr.
    **JASON T. RODRIGUEZ**
    State Bar No. 24042827
    jrodriguez@higierallen.com
    **TIMOTHY P. WOODS**
    State Bar No. 21965500
    twoods@higierallen.com
    The Tower at Cityplace
    2711 N. Haskell Ave., Suite 2400
    Dallas, Texas 75204
    Telephone: (972) 716-1888
    Facsimile: (972) 716-1899

    ATTORNEYS     FOR     WINDSPEED
    TRADING,  LLC;  WILLIAM  SZETO;
    ZHEXIAN   LIN;   DANA   MARIE
    TOMERLIN;  PADASAMAI  VATTANA;
    and VANESSA TORRES


**WESTERBURG & THORNTON, P.C.**

By: */s/Steven Thornton* with permission by
    Edward P. Perrin, Jr.
    **STEVEN THORNTON**
    State Bar No. 00789678
    steve@mwtlaw.com
    10440 N. Central Expressway, Suite 800
    Dallas, Texas 75231
    Telephone: (214) 528-6040
    Facsimile: (214) 540-7207

    ATTORNEY FOR PAULA KETTER

**COBB MARTINEZ WOODWARD PLLC**

By: */s/ Daniel D. Tostrud* with permission by
  Edward P. Perrin, Jr.
  **DANIEL D. TOSTRUD**
  State Bar No. 20146160
  dtostrud@cobbmartinez.com
  **MATTHEW E. LAST**
  State Bar No. 24054910
  mlast@cobbmrtinez.com
  1700 Pacific Avenue, Suite 3100
  Dallas, TX  75201
  Telephone: (214) 220-5200
  Facsimile: (214) 220-5299

  ATTORNEYS FOR HALLETT & PERRIN,
  P.C.; and JULIE A. SMITH

**DANIELS TREDENNICK, PLLC**

By: */s/ Andrea Levin Kim* with permission by
  Edward P. Perrin, Jr.
  **ANDREA LEVIN KIM**
  State Bar No. 00798327
  andrea.kim@dtlawyers.com
  6363 Woodway Drive, Suite 700
  Houston, Texas 77057
  Telephone: (713) 917-0024
  Facsimile: (713) 917-0026

  **RACHEL WILLIAMS**
  State Bar No. 24067175
  rachel@williamslawtx.com
  **WILLIAMS LAW, PC**
  10300 N. Central Expressway, Suite 544
  Dallas, Texas 75231
  Telephone: (214) 550-2858
  Facsimile: (214) 550-2856

  ATTORNEYS    FOR    SG    CREDIT
  PARTNERS, INC.; and MARC COLE

## <u>CERTIFICATE OF CONFERENCE</u>

Undersigned counsel certifies that Defendants' counsel have conferred with counsel for Plaintiffs, Jason Freemen, via e-mail, and Mr. Freemen indicated he is unopposed to the relief sought herein.

*/s/ Edward P. Perrin, Jr.*
Edward P. Perrin, Jr.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record on June 22, 2022 via the Court's CM/ECF system pursuant to the local rules of this Court.

*/s/ Edward P. Perrin, Jr.*
Edward P. Perrin, Jr.

4854-9395-5109, v. 2