

**TIMOTHY P. WOODS**
SHAREHOLDER
972.759.1436 Direct
972.716.1888 Main
972.716.1899 Fax
twoods@higierallen.com

July 12, 2022

File No. 28053.004

<u>*Via E-filing*</u>
Clerk of the Court
U.S. District Clerk
Northern District of Texas
Dallas Division

    Re:    Civil Action No. 3:21-CV-01171-B; *D&T Partners, LLC v. Baymark Partners, LP*; presently pending in the United States District Court, Northern District of Texas, Dallas Division

Dear Clerk:

    I have planned my vacation for Friday, August 19, 2022 through Wednesday, August 31, 2022. Please do not schedule any hearings, depositions, trials or other court matters during that time period.

    By copy of this letter I am advising all counsel of record of these vacation plans.

    Thank you in advance for your courtesy and cooperation.

                            Sincerely,

                            HIGIER ALLEN & LAUTIN, P.C.

                            Timothy P. Woods

TPW:slg

cc:    Jason Freeman *(via email)*
       John Blakley *(via email)*
       Edward Perrin *(via email)*
       Steven Thornton *(via email)*
       Daniel Tostrud *(via email)*
       Andrea Levin Kim *(via email)*