UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), *et al.*, § § § § **Plaintiffs,** § § v. § § BAYMARK PARTNERS, LP, *et al.*, § § **Defendants.** § | CIVIL CAUSE NO. 3:21-CV-01171-B |

**ORDER GRANTING DEFENDANTS
SG CREDIT PARTNERS, INC. AND MARC COLE'S MOTION TO DISMISS**

CAME ON FOR CONSIDERATION the Motion filed by Defendants SG Credit Partners, Inc. ("Credit Partners") and Marc Cole ("Cole") (collectively, "Moving Defendants") styled *Defendants SG Credit Partners, Inc.'s and Marc Cole's Motion to Dismiss Plaintiffs' Second Amended Complaint* (the "Motion") filed on July 22, 2022 at docket no 96. Upon Consideration of the Motion and accompanying brief in support, the Court finds and concludes as follows:

    A.  The Motion was properly served and no further service is necessary.

    B.  The Court has jurisdiction over the matter and has authority to enter this Order.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is hereby GRANTED.

2. The Second Amended Complaint filed on June 8, 2022 is hereby DISMISSED with prejudice in its entirety as to Credit Partners and Cole for failure to state a claim upon which relief can be granted.

SIGNED this ___ day of _____, 2022.

                                                                                                                                                               _____
                                                                                                                                                                        Honorable Judge Presiding