IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| D&T Partners, LLC, successor-in-interest to ACET Venture Partners, LLC, *et al* §§§§ *Plaintiff*, §§ v. §§ Baymark Partners, LP, *et al*., §§§ *Defendants*. § | Civil Cause: 3:21-cv-1171-b |

## ORDER GRANTING WINDSPEED EMPLOYEES' MOTION TO DISMISS SECOND AMENDED COMPLAINT CLAIMS PURSUANT TO RULE 12(b)(6)

CAME ON FOR CONSIDERATION the motion filed by defendants Ms. Zhexian Lin ("Lin"), Ms. Dana Marie Tomerlin ("Tomerlin"), Ms. Padasamai Vattana ("Vattana"); Ms. Vanessa Torres ("Torres" and together with Lin, Tomerlin and Vattana the "Windspeed Employees") styled *Windspeed Employees' Motion to Dismiss Second Amended Complaint Claims Pursuant to Rule 12(b)(6)* (the "Motion") filed on July 22, 2022 at docket no. __. Upon consideration of the Motion and accompanying brief in support, the Court finds and concludes as follows:

   A. The Motion was properly served and no further service is necessary.

   B. The Court has jurisdiction over the matter and has authority to enter this Order.

   C. Good and sufficient cause exists for entry of this Order.

IT IS THEREFORE, ORDERED ADJUDGED AND DECREED that:

   1. The Motion is hereby **GRANTED**.

   2. The RICO Claims asserted in Counts I-III by Plaintiffs in its Second Amended Complaint against the Windspeed Employees in this action, whether directly and/or derivatively

asserted, are hereby dismissed with prejudice for failure to state a claim upon which relief can be granted.

3. The state law claims asserted in Counts IV-IV[1] (the "State Law Claims") by Plaintiffs against the Windspeed Employees, whether directly and/or derivatively asserted, are dismissed with prejudice for failure to state a claim upon which relief can be granted.

4. This Order disposes of all claims asserted against the Windspeed Employees in this action and is final and appealable.

Dated: _____

                                                                                                               _____
                                                                                                                HON. JANE J. BOYLE;
                                                                                                                UNITED STATES DISTRICT JUDGE:

---

[1] Count IV appears to be mis-identified as "Count VIX" in the Second Amended Complaint.