UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), § § § § § | | |
| *Plaintiff*, § | | |
| v. § § | | |
| BAYMARK PARTNERS, LP; § BAYMARK PARTNERS MANAGEMENT, LLC; § SUPER G CAPITAL, LLC; § SG CREDIT PARTNERS, INC.; § BAYMARK ACET HOLDCO, LLC; § BAYMARK ACET DIRECT INVEST, LLC; § BAYMARK PARTNERS; § DAVID HOOK; TONY LUDLOW; § MATT DENEGRE; WILLIAM SZETO; § MARC COLE; STEVEN BELLAH; § ZHEXIAN "JANE" LIN; § DANA MARIE TOMERLIN; § PADASAMAI VATTANA; PAULA KETTER; § VANESSA TORRES; and § WINDSPEED TRADING, LLC, § § | CIVIL CAUSE NO. 3:21-CV-01171-B | |
| *Defendants*. § | | |

## ORDER GRANTING DEFENDANTS DAVID HOOK AND TONY LUDLOW'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

On this day, the Court heard Defendants David Hook and Tony Ludlow's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion"). After considering the Motion, Plaintiff's Response, and David Hook and Tony Ludlow's Reply thereto, this Court is of the opinion that David Hook and Tony Ludlow's Motion should be GRANTED.

SIGNED on this _____ day of _____, 2022.

_____
JUDGE PRESIDING

4891-7021-3419, v. 1

ORDER GRANTING DEFENDANTS DAVID HOOK AND TONY LUDLOW'S
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT – SOLO PAGE