UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), Directly and Derivatively on Behalf of ACET GLOBAL, LLC and BAYMARK ACET HOLDCO, LLC<br><br>and<br><br>ACET Global, LLC,<br><br>**Plaintiffs,**<br><br>v.<br><br>BAYMARK PARTNERS, LP;<br>BAYMARK PARTNERS MANAGEMENT, LLC;<br>BAYMARK MANAGEMENT, LLC;<br>SUPER G CAPITAL, LLC;<br>SG CREDIT PARTNERS, INC.;<br>BAYMARK ACET HOLDCO, LLC;<br>BAYMARK ACET DIRECT INVEST, LLC;<br>BAYMARK PARTNERS;<br>et al.,<br><br>**Defendants.** | §§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL CAUSE NO. 3:21-cv-01171-B |

# ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

This matter comes before the Court on Plaintiffs' Unopposed Motion to Extend Deadline to Respond to Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint (the "Motion"). After considering the Motion and the pleadings on file, it appears to this Court that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Plaintiffs' deadline to respond to the Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint in the above-styled and numbered case shall be rescheduled for September 2, 2022.

**SIGNED** this \_\_\_\_\_ day of _____ 2022.

_____
JUDGE PRESIDING