IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC),<br><br>　　Plaintiffs,<br><br>v.<br><br>BAYMARK PARTNERS, LP; BAYMARK PARTNERS MANAGEMENT, LLC; SUPER G CAPITAL, LLC; SG CREDIT PARTNERS, INC.; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; MATTHEW DENEGRE; WILLIAM SZETO; MARC COLE; STEVEN BELLAH: ZHEXIAN "JANE" LIN; DANA MARIE TOMERLIN; PADASAMAI VATTANA; PAULA KETTER; VANESSA TORRES; WINDSPEED TRADING, LLC; HALLETT & PERRIN, P.C.; and JULIE A. SMITH,<br><br>　　Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 3:21-CV-01171-B |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

COME NOW Defendants Baymark Partners Management, LLC; Baymark ACET Holdco, LLC; Baymark ACET Direct Invest, LLC; Baymark Partners; David Hook; Tony Ludlow; Matthew Denegre;  Baymark Management, LLC; Super G Capital, LLC; Steven Bellah; Windspeed Trading, LLC; William Szeto; Zhexian "Jane" Lin; Dana Marie Tomerlin; Padasamai Vattana; Vanessa Torres; Hallett & Perrin, P.C.; Julie A. Smith; SG Credit Partners, Inc.; and Marc Cole; (collectively, "Defendants") and file their Unopposed Motion to Extend Deadline to File Replies in Support of Their Respective Motions to Dismiss Plaintiff's Second Amended

Complaint (herein "Motions to Dismiss SAC"). Defendants respectfully request the Court extend the deadline for all Defendants to file their respective Replies to on or before September 20, 2022, as authorized by Federal Rule of Civil Procedure 6(b).

## I.   PROCEDURAL BACKGROUND

1. Defendants filed the following Motions to Dismiss with respect to Plaintiffs' Second Amended Complaint (along with and/or including Briefs in support of same) on July 22, 2022:

- Defendants SG Credit Partners, Inc.'s and Marc Cole's Motion to Dismiss Plaintiffs' Second Amended Complaint [Docket No. 96];

- Defendants Hallett & Perrin, P.C. and Julie A. Smith's Motion to Dismiss Plaintiff's Second Amended Complaint and Brief in Support [Docket No. 97];

- Defendants Super G Capital LLC's and Steven Bellah's Motion to Dismiss Plaintiff's Second Amended Complaint [Docket Nos. 98, 99];

- Windspeed Employees' Motion to Dismiss Second Amended Complaint Claims Pursuant to Rule 12(b)(6) [Docket No. 101];

- Windspeed and Mr. Szeto's Motion to Dismiss Second Amended Complaint Claims Pursuant to Rule 12(b)(6) [Docket No. 102];

- Defendant Baymark ACET Holdco, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint and Brief in Support [Docket No. 103];

- Baymark Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and Brief in Support [Docket No. 105]; and

- Defendants David Hook and Tony Ludlow's Motion to Dismiss Plaintiff's Second Amended Complaint and Brief in Support [Docket No. 107].

2. Without opposition, Plaintiff sought and received an extension of time to file its Responses to the Motions to Dismiss SAC to September 2, 2022 [*see* Docket No. 110].

3. Plaintiff timely filed its Responses to the Motions to Dismiss SAC on September 2, 2022, which was the Friday before the Labor Day holiday weekend. [Docket Nos. 113-120].

4. Currently, Defendants' Replies in support of the Motions to Dismiss SAC are due on Friday, September 16, 2022. To allow all Defendants sufficient time to prepare and file their respective Replies in support of their Motions to Dismiss SAC, particularly in light of the recent holiday weekend, Defendants are requesting a four-day extension of this deadline, up to and including Tuesday, September 20, 2022. Plaintiff's counsel has indicated that Plaintiff is not opposed to this short extension of time.

## II.   ARGUMENT

5. A court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); *Doss v. Helpenstell*, 699 F. App'x 337, 339 (5th Cir. 2017) ("A district court's decision to grant a request for an extension of time is reviewed only for an abuse of discretion.").

6. As noted above, Defendants seek to extend the deadline for them to file their respective Replies in support of their Motions to Dismiss SAC.

7. Good cause exists for the requested extension, and it is not being sought for purposes of delay.

### III.  PRAYER

WHEREFORE, Defendants respectfully request that the Court enter an order extending the deadline for all Defendants to file their respective Replies in support of their Motions to Dismiss SAC to September 20, 2022.

Respectfully submitted,

**HALLETT & PERRIN, P.C.**

By: */s/ Edward P. Perrin, Jr.*
    **EDWARD P. PERRIN, JR.**
    State Bar No. 15796700
    eperrin@hallettperrin.com
    **JENNIFER R. POE**
    State Bar No. 00794470
    jpoe@hallettperrin.com
    **ELIZABETH A. FITCH**
    State Bar No. 24075777
    efitch@hallettperrin.com
    1445 Ross Avenue, Suite 2400
    Dallas, TX  75202
    Telephone: (214) 953-0053
    Facsimile: (214) 922-4142

    ATTORNEYS FOR BAYMARK PARTNERS MANAGEMENT, LLC; BAYMARK MANAGEMENT, LLC; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; and MATTHEW DENEGRE

        **DUNN SHEEHAN LLP**

By: */s/ John David Blakley* with permission by
    Edward P. Perrin, Jr.
    **JOHN DAVID BLAKLEY**
    State Bar No. 24069388
    jdblakley@dunnsheehan.com
    **WILLIAM D. DUNN**
    State Bar No. 24002023
    ddunn@dunnsheehan.com
    5910 North Central Expressway, Suite 1310
    Dallas, TX 75206
    Telephone: (214) 866-0077
    Facsimile: (214) 866-0070

    ATTORNEYS FOR SUPER G CAPITAL LLC; and STEVEN BELLAH


        **HIGIER ALLEN & LAUTIN, P.C.**

By: */s/ Jason T. Rodriguez* with permission by
    Edward P. Perrin, Jr.
    **JASON T. RODRIGUEZ**
    State Bar No. 24042827
    jrodriguez@higierallen.com
    **TIMOTHY P. WOODS**
    State Bar No. 21965500
    twoods@higierallen.com
    The Tower at Cityplace
    2711 N. Haskell Ave., Suite 2400
    Dallas, Texas 75204
    Telephone: (972) 716-1888
    Facsimile: (972) 716-1899

    ATTORNEYS FOR WINDSPEED TRADING, LLC; WILLIAM SZETO; ZHEXIAN LIN; DANA MARIE TOMERLIN; PADASAMAI VATTANA; and VANESSA TORRES

        **DANIELS TREDENNICK, PLLC**

By: */s/ Andrea Levin Kim* with permission by
      Edward P. Perrin, Jr.
      **ANDREA LEVIN KIM**
      State Bar No. 00798327
      andrea.kim@dtlawyers.com
      6363 Woodway Drive, Suite 700
      Houston, Texas 77057
      Telephone: (713) 917-0024
      Facsimile: (713) 917-0026

      **RACHEL WILLIAMS**
      State Bar No. 24067175
      rachel@williamslawtx.com
      **WILLIAMS LAW, PC**
      10300 N. Central Expressway, Suite 544
      Dallas, Texas 75231
      Telephone: (214) 550-2858
      Facsimile: (214) 550-2856

      ATTORNEYS FOR SG CREDIT PARTNERS, INC. and MARC COLE


**COBB MARTINEZ WOODWARD PLLC**

By: */s/ Daniel D. Tostrud* with permission by
      Edward P. Perrin, Jr.
      **DANIEL D. TOSTRUD**
      State Bar No. 20146160
      dtostrud@cobbmartinez.com
      **MATTHEW E. LAST**
      State Bar No. 03360550
      mlast@cobbmartinez.com
      1700 Pacific Avenue, Suite 3100
      Dallas, Texas 75201
      Telephone: (214) 220-5200
      Facsimile: (214) 2205299

      ATTORNEYS FOR HALLETT & PERRIN, P.C. and JULIE SMITH

## CERTIFICATE OF CONFERENCE

Undersigned counsel certifies that counsel for Plaintiff, Jason Freemen, has indicated, through a series of e-mails, that he is unopposed to the relief sought herein.

>                                        */s/ Edward P. Perrin, Jr.*
>                                        Edward P. Perrin, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record on September 9, 2022 via the Court's CM/ECF system pursuant to the local rules of this Court.

>                                        */s/ Edward P. Perrin, Jr.*
>                                        Edward P. Perrin, Jr.