IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), § § § | | |
| Plaintiffs, § | | |
| v. § | Civil Action No. 3:21-CV-01171-B | |
| § | | |
| BAYMARK PARTNERS, LP; BAYMARK PARTNERS MANAGEMENT, LLC; SUPER G CAPITAL, LLC; SG CREDIT PARTNERS, INC.; BAYMARK ACET HOLDCO, LLC; BAYMARK ACET DIRECT INVEST, LLC; BAYMARK PARTNERS; DAVID HOOK; TONY LUDLOW; MATTHEW DENEGRE; WILLIAM SZETO; MARC COLE; STEVEN BELLAH: ZHEXIAN "JANE" LIN; DANA MARIE TOMERLIN; PADASAMAI VATTANA; PAULA KETTER; VANESSA TORRES; WINDSPEED TRADING, LLC; HALLETT & PERRIN, P.C.; and JULIE A. SMITH, § § § § § § § § § § § § § § § | | |
| Defendants. § | | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

On this day, the Court heard Defendants' Unopposed Motion to Extend Deadline to File Replies in Support of Their Respective Motions to Dismiss Plaintiff's Second Amended Complaint (the "Motion"). After considering the Motion and the arguments therein, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED as to all Defendants.

IT IS FURTHER ORDERED that all Defendants' deadline to file replies in support of their respective Motions to Dismiss Plaintiff's Second Amended Complaint is September 20, 2022.

SIGNED on this _____ day of September, 2022.

---

JUDGE PRESIDING