UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), Directly and Derivatively on Behalf of ACET GLOBAL, LLC and BAYMARK ACET HOLDCO, LLC,<br><br>    Plaintiffs,<br>v.<br><br>BAYMARK PARTNERS, LP;<br>BAYMARK PARTNERS MANAGEMENT, LLC;<br>BAYMARK MANAGEMENT, LLC;<br>SUPER G CAPITAL, LLC;<br>SG CREDIT PARTNERS, INC.;<br>BAYMARK ACET HOLDCO, LLC;<br>BAYMARK ACET DIRECT INVEST, LLC;<br>BAYMARK PARTNERS; et al.,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§ | CIVIL CAUSE NO. 3:21-cv-01171-B |

## NOTICE OF APPEAL

Notice is hereby given that D&T PARTNERS, LLC (successor in interest to ACET VENTURE PARTNERS, LLC), Directly and Derivatively on Behalf of ACET GLOBAL, LLC and BAYMARK ACET HOLDCO, LLC and ACET GLOBAL, LLC (the "Plaintiffs), hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion & Order entered in this action on the 21ˢᵗ day of October, 2022.

                                                                         Respectfully submitted,

                                                                         **FREEMAN LAW, PLLC**

                                                                         By: */s/ Jason Freeman*
                                                                                 Jason B. Freeman
                                                                                  TX Bar # 24069736

7011 Main Street  
Frisco, Texas 75034  
Tel: 214.984.3410  
Fax: 214.984.3409  
Jason@freemanlaw.com

**ATTORNEY FOR PLAINTIFFS**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 18th day of November, 2022, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF document filing system, which sent notification and copies of the filing to all counsel of record.

By: */s/ Jason Freeman*
     Jason B. Freeman